Alan E. Wisotsky – State Bar No. 68051
James N. Procter II – State Bar No. 96589
Brian P. Keighron – State Bar No. 71445
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email: bkeighron@wps-law.net

Attorneys for Defendants,
   CITY OF OXNARD, OXNARD POLICE
DEPARTMENT, JERI WILLIAMS, STEVEN
RAMIREZ, MICHAEL BOCANEGRA,
ROSLYNN WILFERT, PEDRO RODRIGUEZ,
AARON ZAVALA, KYLE BRANTNER, and
MATTHEW ROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>   Defendants. | CASE NO. CV13-01615-MWF-AN<br><br>**DEFENDANTS' EVIDENCE SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN P. KEIGHRON**<br><br>[Filed Concurrently with motion for summary judgment, statement of uncontroverted facts and conclusions of law, [proposed] judgment]<br><br>Date : December 8, 2014<br>Time : 10:00 a.m.<br>Ctrm : 1600<br>Judge: Michael W. Fitzgerald |

Defendants CITY OF OXNARD, OXNARD POLICE DEPARTMENT, JERI WILLIAMS, STEVEN RAMIREZ, MICHAEL BOCANEGRA, ROSLYNN WILFERT, PEDRO RODRIGUEZ, AARON ZAVALA, KYLE BRANTNER, and MATTHEW ROSS respectfully submit the attached evidence in support of their Motion for Summary Judgment and Statement of Uncontroverted Facts and

///

1

Conclusions of Law.

DATED: November 5, 2014      WISOTSKY, PROCTER & SHYER

By: /s/ Brian P. Keighron
Alan E. Wisotsky
James N. Procter II
Brian P. Keighron
Attorneys for Defendants,
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, JERI WILLIAMS, STEVEN RAMIREZ, MICHAEL BOCANEGRA, ROSLYNN WILFERT, PEDRO RODRIGUEZ, AARON ZAVALA, KYLE BRANTNER, and MATTHEW ROSS

# INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit A     Declaration of Kala Everhart

Exhibit B     Reporter's Transcript of 911 Call

Exhibit C     Transcript of Deposition of Jaime Villa

Exhibit D     Declaration of Michael Bocanegra

Exhibit E     Declaration of Kyle Brantner

Exhibit F     Declaration of Steven Ramirez

Exhibit G     Declaration of Pedro Rodriguez

Exhibit H     Declaration of Matthew Ross

Exhibit I     Declaration of Aaron Zavala

Exhibit J     Declaration of Roslynn Wilfert

Exhibit K     Trancript of Deposition of Ronald O'Halloran, M.D.

Exhibit L     Declaration of Expert Witness Curtis J. Cope

*Ramirez v. City of Oxnard, et al.*
USDC Case No. CV13-01615-MWF-AN

### DECLARATION OF BRIAN P. KEIGHRON

I, BRIAN P. KEIGHRON, declare:

1. I am an attorney admitted to practice law before all of the courts of the State of California and the United States District Court, Central District of California. I an attorney with the law firm of Wisotsky, Procter & Shyer, attorneys for defendants in the case herein. If called to testify in this matter, I could and would competently testify to the following facts.

2. Attached hereto as Exhibit "C" are true and correct certified copies of pages 12, 14, 15, 36, 37, 46, 47, 68, 69, and 80 of the deposition of Jaime Villa conducted on October 1, 2014. I personally attended said deposition. Attached is the affidavit by certified shorthand reporter Monica T. Corely, dated October 8, 2014, stating that the witness was duly sworn to testify and that the proceedings were taken on October 1, 2014, and transcribed thereafter by said court reporter.

3. Attached hereto as Exhibit "K" are true and correct certified copies of pages 50, 51, 52, 53, 54, 55, 56, 57, 131, 132 of the deposition of Ronald K. O'Halloran, M.D., conducted on August 25, 2014. I personally attended said deposition. Attached is the affidavit by certified shorthand reporter Cynthia Siu, dated September 4, 2014, stating that the witness was duly sworn to testify and that the proceedings were taken on August 25, 2014, and transcribed thereafter by said court reporter.

/ / /
/ / /
/ / /
/ / /
/ / /

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 6 day of November, 2014, at Oxnard, California.

/s/ Brian P. Keighron
BRIAN P. KEIGHRON