# EXHIBIT K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
GUILLERMO RAMIREZ, et al.,   )
                             )
        Plaintiffs,          )
                             ) CASE NO.
   vs.                       ) CV13-01615-MWF-AN
                             )
OXNARD POLICE DEPARTMENT,    )
et al.,                      )
                             )
        Defendants.          )
_____)
```

DEPOSITION OF RONALD LOUIS O'HALLORAN, M.D.

MONDAY, AUGUST 25, 2014

FILE NO.: 40666

REPORTED BY: CYNTHIA SIU, C.S.R. NO. 13660

Page 53

Exhibit K

```
 1              THE WITNESS:  Perhaps you have a copy of my
 2    opinion?
 3              MR. KEIGHRON:  Yes.  There's also a comment
 4    attached at the end.
 5              MR. BAMIEH:  His comment or your comment?
 6              MR. KEIGHRON:  His comment.
 7              MR. BAMIEH:  Okay.
 8              MR. KEIGHRON:  I think it's Page 7.  Is that
 9    included as part of the report?
10              MR. BAMIEH:  I don't know.  I think we stopped
11    at the signature line.  This is -- we'll talk about
12    that.
13    BY MR. BAMIEH:
14         Q    This is 11-2.  Why don't you go ahead and look
15    at that.  That's a copy of the exhibit that we've put
16    in, a number which I can't remember.  I'm going to guess
17    214 or 215.
18         A    Okay.  I have that in front of me on Page 5.
19         Q    Okay.  You gave three possible causes of death.
20              Would that be fair to say?
21         A    Yes.  Those, in my opinion, were the three most
22    reasonable.
23         Q    Okay.
24         A    Possible causes.
25         Q    Let's go in order, please.  Let's start with
```

Personal Court Reporters, Inc.                                Page: 50

Page 54
Exhibit K

1    No. 1, please.
2         A    Okay.  One cause of death that would be
3    reasonable to consider is complications of
4    methamphetamine causing the death with no significant
5    contribution from the restraint incident with the
6    police.
7         Q    Okay.  And what was the basis for that,
8    please?
9         A    Well, the methamphetamine level was clearly
10   very high in the decedent.
11        Q    And you had that level when you issued your
12   opinion; correct?
13        A    Yes, I did.
14        Q    Okay.  Anything else?
15        A    Okay.  There was the element also of
16   hyperthermia.  The decedent had a high temperature.
17   Very shortly before he died, actually, the temperature
18   was taken in the emergency room before he was pronounced
19   dead, that is, and it was 105.6 degrees, as I recall.
20             That's kind of on the borderline of a level
21   that can cause death.  Generally, anything over
22   105 degrees is considered critical.  And high
23   temperatures, you know, in that level or higher -- the
24   higher it goes, the greater the risk for a death usually
25   from a cardiac arrhythmia, as I understand it.  Those

1  ==were two factors that argued for methamphetamine as a==
2  ==reasonable possible cause of death==.
3      Q    Okay.  And in terms of the methamphetamine
4  level, was it a level you had seen before that had been
5  fatal, or a level you thought could be fatal, or how did
6  you base your thought that this was a potentially fatal
7  level of methamphetamine?
8      A    Methamphetamine deaths have been reported with
9  levels that are in the recreational methamphetamine use
10 level, less than 1,000.  I believe the units are
11 micrograms per milliliter.
12      More deaths have been reported over 1,000
13 milligrams per milliliter, but deaths -- people have
14 come into emergency rooms and had blood drawn and had
15 levels that are ten times that amount and survive.  So
16 basically, methamphetamine probably rarely kills at
17 levels before -- below 1,000.  Sometimes, but still
18 fairly rarely, over 1,000.  But clearly, people can live
19 with levels that are very high.
20      And when you consider the estimated number of
21 people who use or misuse methamphetamine daily in the
22 United States, it's -- death from it is still a very
23 rare occurrence.  Not that it can't occur.
24      Q    Okay.
25      A    So the level he had, which was quite high, is

```
 1   one of the higher ones I've seen for deaths from
 2   methamphetamine, but there have been higher levels where
 3   there is not death that I've seen also.
 4        Q    Okay.  And do you remember the level that you
 5   saw, without looking at the tox report, or the
 6   approximation of it?
 7        A    Approximately, I think it was 8,000 from the
 8   blood sample from the hospital.  And from the autopsy,
 9   it was approximately 10,000, to my recollection.
10        Q    Okay.  Would that be consistent with swallowing
11   methamphetamine?
12        A    Yes.
13        Q    Swallowing an eight-ball?
14        A    Exactly.
15        Q    And then you talked about people have
16   survived -- you had knowledge that people had survived
17   those types of levels of methamphetamine in their -- is
18   it blood system?
19        A    We're talking about in the blood, yes.
20        Q    Okay.  And when you say "in the blood" -- let's
21   go over a couple of things here.
22             When somebody swallows methamphetamine, it
23   obviously goes to your stomach; correct?
24        A    Correct.
25        Q    And in this case, it was swallowed.
```

```
 1   Apparently, you found a baggie in him?
 2       A    Exactly.
 3       Q    Okay.  And the baggie seemed to disintegrate or
 4   torn up or whatever you want to say.
 5       A    Yes, it was -- it had a hole in it.
 6       Q    So there were some -- obviously, the -- was the
 7   baggie empty or were there any remnants of
 8   methamphetamine in the --
 9       A    I would have to look at my autopsy report to
10   see exactly how I described it.  My recollection is that
11   there was no dried powder or crystalline material
12   visible in it, so it dissolved.  The concentration in
13   the bag, I don't think, was ever measured, but the
14   concentration in his stomach of methamphetamine was
15   measured, and it was very high, like in the range of
16   1 million micrograms per milliliter, if those were the
17   units.  I'd have to look at the units again.
18       Q    Okay.  Now, the concentration of stomach is
19   different than the concentration in the blood?
20       A    Exactly.
21       Q    Okay.  What's that process?  Can you explain
22   that to me?
23       A    Things that go into the stomach that dissolve,
24   if they are water soluble, like methamphetamine is, will
25   eventually get absorbed into the body and dissolved
```

```
 1   roughly in equal amounts throughout the body, as the
 2   body slowly removes it.  But at first, the drug or
 3   whatever material in the stomach, is in a much higher
 4   concentration dissolved in the stomach juices, and
 5   that's the state that the subject was in.
 6           His stomach concentration, the liquid in his
 7   stomach, basically had a thousand times as much
 8   methamphetamine as his blood did.  So the blood -- as a
 9   person is alive, the blood is circulating around the
10   stomach and things that are in the stomach, and the
11   things that get into the small intestine past the
12   stomach can be absorbed into the blood vessels.  It is a
13   relatively slow process.
14      Q    Okay.  Are you aware of anything that emergency
15   personnel could do or medical personnel could do to
16   alleviate the potential of overdosing on
17   methamphetamine, dying of methamphetamine?
18      A    EMTs can't do anything.  When the person gets
19   to the emergency room, if they are not just trying to
20   restore life to him, you know, in theory, they can
21   certainly pump out the stomach.
22           In this case, that would be difficult, too,
23   because there were plastic bags that would make it
24   difficult to pump the stomach.  But in general, you
25   know, if a poison is in the person's stomach, if it's
```

Personal Court Reporters, Inc.                                  Page: 55



Page 59
K

```
 1  not too caustic, you can pump it out without causing or
 2  worsening the condition for the patient.
 3      Q    Okay.
 4      A    But EMTs are not equipped to do that.
 5      Q    Okay.  So as I understand it, your -- I'll call
 6  it one of your opinions of possible causes of death in
 7  terms of overdose of methamphetamine was based on the
 8  methamphetamine you found in his system, blood,
 9  corroborated by what you found in the stomach in terms
10  of the baggies and the high level that had not been into
11  the bloodstream yet?
12      A    Correct.
13      Q    And I'm guessing knowledge from some of the
14  police reports that he had swallowed bags of
15  methamphetamine also?
16      A    Yes.  I had heard that he had an encounter with
17  the police some hours before this incident with the
18  police, where he had told friends he swallowed the
19  eight-ball.  And apparently, from the autopsy, he also
20  swallowed a baggie of marijuana.
21      Q    Did the marijuana have any effect on your
22  opinion in terms of methamphetamine overdosing or --
23      A    It can also alter your mental state, obviously,
24  and cause you to be confused, sometimes agitated, and it
25  speeds up your heart rate.  So it doesn't make it any
```



Page 60 K

```
 1   better, that's for sure.  But compared with the high
 2   amount of methamphetamine -- the methamphetamine, in my
 3   opinion, was the major reason for his disordered
 4   behavior and the probable reason for his high
 5   temperature and his sweating and so on.
 6        Q    Okay.  And the way methamphetamine kills
 7   somebody, the way it would kill somebody, is what?
 8        A    Well, one of the mechanisms is through
 9   hyperthermia.  Hyperthermia can cause seizures and cause
10   cardiac arrhythmias.  Another mechanism is that it can
11   cause the heart to speed up and go into an arrhythmia.
12   And anytime there's an arrhythmia with the heart not
13   beating properly, then the blood pressure drops and the
14   oxygen delivery goes away, so you can have a loss of
15   consciousness or you can have -- well, you first present
16   with loss of consciousness.
17        Q    Okay.  And in terms of the heart speeds up,
18   basically -- or you saw symptoms of hyperthermia.
19             Did you see any other evidence of the heart
20   speeding up causing the arrhythmia?
21        A    I can't say -- I can't see it in autopsy, but
22   he had described to one of his friends or acquaintances
23   at the scene that he felt like his heart was racing.
24        Q    Okay.  Now, if somebody is at that level with
25   methamphetamine ingestion and then has a physical
```

```
 1    Q    And he was grunting or growling?
 2    A    Before he was restrained?
 3    Q    Before they went hands-on with him.
 4    A    I don't remember if that was reported or not.
 5    Q    Were the behaviors that he exhibited prior to
 6  the police officers touching him indicators that he was
 7  suffering from some kind of delirium or acutely
 8  disturbed state of mind?
 9    A    Yes.
10    Q    And in his case, there's a lot of evidence that
11  his delirium or agitated state of mind was a result of
12  methamphetamine intoxication; correct?
13    A    Yes, indeed.
14    Q    You mentioned earlier that the methamphetamine
15  that was found in Mr. Ramirez's stomach was -- I think
16  you used the word "million," or something like that.
17       What does that term "million" refer to?
18    A    Now that we have the files back, the reports
19  back, I can go to the toxicology report --
20    Q    Okay.
21    A    -- and tell you what those figures were.  The
22  toxicology has been separated from the autopsy.
23       MR. BAMIEH:  Hold on a second.  I think I may
24  have it.
25       THE WITNESS:  Here.  I found it.
```

```
1           MR. BAMIEH:  You got it?
2           THE WITNESS:  Yeah.  I got it.
3           Okay.  The blood from the hospital, according
4  to the toxicology report, it's Item 1B, which was a
5  blue top test tube, which was taken before he was
6  pronounced dead at the hospital, was 8,185 nanograms per
7  milliliter; then Blood Item 002, which was blood from
8  the superior vena cava that I collected at autopsy, was
9  10,075; same units, nanograms per milliliter.
10 BY MR. KEIGHRON:
11     Q    The vena cava, is that near the heart?
12     A    Yes, it's near the heart.
13          Then the figure from the stomach, I --
14 obviously, my recollection was off.  It wasn't
15 1,000,000, it was 3,145,000 nanograms per milliliter.
16     Q    That was in his stomach and yet to be absorbed
17 into his blood; correct?
18     A    Well, yeah, it wouldn't be absorbed very fast
19 because he was dead, so just passive diffusion, if any,
20 from the stomach.  Passive diffusion could explain the
21 higher amount found in the superior vena cava at
22 autopsy.
23     Q    If he continued to live, the concentration of
24 methamphetamine in his blood would have continued to
25 rise?
```

```
1    STATE OF CALIFORNIA    )
                            ) ss.
2    COUNTY OF LOS ANGELES  )

3

4         I, Cynthia Siu, C.S.R. No. 13660, in
5    and for the State of California, do hereby certify:
6         That prior to being examined, the witness
7    named in the foregoing deposition was by me duly sworn
8    to testify to the truth, the whole truth, and nothing
9    but the truth;
10        That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct, and complete transcript
14   of said proceedings;
15        That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   {X} was { } was not required.
19        I further certify that I am not interested in
20   the event of the action.
21        Witness my hand this 4th day of September,
22   2014.
23
                          _____
24                        Cynthia Siu
                          Certified Shorthand Reporter
25                        for the State of California
```

Personal Court Reporters, Inc.

Page 64