Alan E. Wisotsky – State Bar No. 68051
James N. Procter II – State Bar No. 96589
Brian P. Keighron – State Bar No. 71445
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone:  (805) 278-0920
Facsimile: (805) 278-0289
Email:  bkeighron@wps-law.net

Attorneys for Defendants,
   STEVEN RAMIREZ, MICHAEL BOCANEGRA,
   ROSLYNN WILFERT, PEDRO RODRIGUEZ,
   AARON ZAVALA, KYLE BRANTNER, and
   MATTHEW ROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OXNARD POLICE DEPARTMENT, et al., <br><br> Defendants. | CASE NO. CV13-01615-MWF-AN <br><br> **DEFENDANTS' TRIAL WITNESS LIST** <br><br> Trial: February 24, 2014 <br> Time:  8:30 a.m. <br> Ctrm:  1600, Spring Street |

Defendants STEVEN RAMIREZ, MICHAEL BOCANEGRA, ROSLYNN WILFERT, PEDRO RODRIGUEZ, AARON ZAVALA, KYLE BRANTNER, and MATTHEW ROSS hereby submit the following lists of witnesses to testify at the time of trial:

    1.    Officer Michael Bocanegra, Oxnard Police Department.

        Direct Examiner:   Defendant

        Direct Exam Time Estimate:     60 Minutes

        Cross Examiner:    Plaintiff

        Cross Exam Estimate:     30 Minutes

Brief Description of Testimony: He will testify regarding the events surrounding the incident and his audiotape of the incident.

2. Officer Kyle Brantner, Oxnard Police Department.
Direct Examiner: Defendant (via videotaped deposition).
Direct Exam Time Estimate: 60 Minutes
Cross Examiner: Plaintiff (via videotaped deposition).
Cross Exam Estimate: 30 Minutes
Brief Description of Testimony: He will testify regarding the events surrounding the incident and his audiotape of the incident.

3. Sgt. Steve Ramirez, Oxnard Police Department.
Direct Examiner: Defendant
Direct Exam Time Estimate: 60 Minutes
Cross Examiner: Plaintiff
Cross Exam Estimate: 30 Minutes
Brief Description of Testimony: He will testify regarding the events surrounding the incident.

4. Officer Matthew Ross, Oxnard Police Department
Direct Examiner: Defendant
Direct Exam Time Estimate: 60 Minutes
Cross Examiner: Plaintiff
Cross Exam Estimate: 30 Minutes
Brief Description of Testimony: He will testify regarding the events surrounding the incident and his audiotape of the incident.

5. Officer Pedro Rodriquez, Oxnard Police Department
Direct Examiner: Defendant
Direct Exam Time Estimate: 60 Minutes
Cross Examiner: Plaintiff
Cross Exam Estimate: 30 Minutes

Brief Description of Testimony: He will testify regarding the events surrounding the incident and his audiotape of the incident.

6. Officer Roslyn Wilfert, Oxnard Police Department.

Direct Examiner: Defendant

Direct Exam Time Estimate: 60 Minutes

Cross Examiner: Plaintiff

Cross Exam Estimate: 30 Minutes

Brief Description of Testimony: She will testify regarding the events surrounding the incident and her audiotape of the incident.

7. Officer Aaron Zavala, Oxnard Police Department.

Direct Examiner: Defendant

Direct Exam Time Estimate: 60 Minutes

Cross Examiner: Plaintiff

Cross Exam Estimate: 30 Minutes

Brief Description of Testimony: He will testify regarding the events surrounding the incident.

8. Sgt. Terry Burr, Oxnard Police Department (retired).

Direct Examiner: Defendant

Direct Exam Time Estimate: 30 Minutes

Cross Examiner: Plaintiff

Cross Exam Estimate: 15 Minutes

Brief Description of Testimony: He will testify regarding the events surrounding the incident.

9. Paramedic Jaime Villa, Gold Coast Ambulance.

Direct Examiner: Defendant

Direct Exam Time Estimate: 60 Minutes

Cross Examiner: Plaintiff

Cross Exam Estimate: 30 Minutes

        Brief Description of Testimony: Treatment rendered to decedent at the scene, on the way to the hospital and at the hospital and position of decedent at the scene.

10. Fire Engineer Bradley Kerman, Ventura County Fire Department.
        Direct Examiner: Defendant
        Direct Exam Time Estimate: 60 Minutes
        Cross Examiner: Plaintiff
        Cross Exam Estimate: 30 Minutes
        Brief Description of Testimony: Treatment rendered to decedent at the scene, on the way to the hospital and at the hospital.

11. Curtis Cope.
        Direct Examiner: Defendant
        Direct Exam Time Estimate: 60 Minutes
        Cross Examiner: Plaintiff
        Cross Exam Estimate: 30 Minutes
        Brief Description of Testimony: He will provide expert testimony in the area of police practices as they apply to the incident.

12. Tom Neuman, M.D.
        Direct Examiner: Defendant
        Direct Exam Time Estimate: 60 Minutes
        Cross Examiner: Plaintiff
        Cross Exam Estimate: 30 Minutes
        Brief Description of Testimony: Expert opinions regarding the fact that the decedent was not asphyxiated as claimed by Ronald O'Halloran, M.D. and other opinions expressed in Dr. Neuman's Rule 26 expert report.

13. Binh Ly, M.D.
        Direct Examiner: Defendant
        Direct Exam Time Estimate: 60 Minutes

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

1         Cross Examiner:   Plaintiff

2         Cross Exam Estimate:   30 Minutes

3         Brief Description of Testimony:   Expert opinions regarding the effects of the consumption of an eight ball of methamphetamine on the behavior of the decedent; excited delirium and effects of methamphetamine on the body and organ systems of decedent; and other opinions expressed in Dr. Ly's Rule 26 expert report.

    14.   Frank Sheridan, M.D.

        Direct Examiner:   Defendant

        Direct Exam Time Estimate:   60 Minutes

        Cross Examiner:   Plaintiff

        Cross Exam Estimate:   30 Minutes

        Brief Description of Testimony:   Expert opinions regarding the cause of death of decedent; Dr. O'Halloran's autopsy report and opinions; and other opinions expressed in Dr. Sheridan's Rule 26 report.

    15.   Sgt. Jeff Kay, Oxnard Police Department.

        Direct Examiner:   Defendant

        Direct Exam Time Estimate:   60 Minutes

        Cross Examiner:   Plaintiff

        Cross Exam Estimate:   20 Minutes

        Brief Description of Testimony:   Sgt. Kay will testify as to the incident timelines he created and the criminal record, convictions and incarcerations of decedent.

    16.   Officer Robert Eckland, Oxnard Police Department.

        Direct Examiner:   Defendant

        Direct Exam Time Estimate:   15 Minutes

        Cross Examiner:   Plaintiff

        Cross Exam Estimate:   10 Minutes

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

Brief Description of Testimony: Officer Eckland will testify regarding witness Arturo Pedro's prior inconsistent statements and omissions regarding positioning of officers on the body of decedent.

Defendants reserve the right to call as witnesses in this trial any witnesses listed in any exhibits disclosed and listed by defendants necessary to lay a foundation of authenticity for business records and identified by name on such documents; any witnesses that may have been omitted herefrom through good faith, inadvertent oversight; and any witnesses necessary for rebuttal testimony.

DATED: January 12, 2015        WISOTSKY, PROCTER & SHYER


By: _____
    Alan E. Wisotsky
    James N. Procter II
    Brian P. Keighron
    Attorneys for Defendants,
    STEVEN RAMIREZ, MICHAEL
    BOCANEGRA, ROSLYNN WILFERT,
    PEDRO RODRIGUEZ, AARON ZAVALA,
    KYLE BRANTNER, and MATTHEW ROSS