Law Offices of Dale K. Galipo
Dale K. Galipo, (SBN 144074)
Eric Valenzuela, (SBN 284500)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GUILLERMO RAMIREZ, et al., | CASE NUMBER: |
| Plaintiff(s) | CR |
| v. | CV 13-01615 MWF AN |
| OXNARD POLICE DEPARTMENT, et al., | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable Michael W. Fitzgerald Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Pre-Trial Detention Center, 800 S. Victoria, Ventura CA, 93009

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Francisco Maldonado** before the Honorable Michael W. Fitzgerald Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 1600-16th Floor, located at 312 N. Spring Street, Los Angeles CA, 90012 on _____ at _____, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Michael W. Fitzgerald Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 2/20/15

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM

G-09A (09/97)