LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (SBN 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. **CV 13-01615-MWF-AN**<br><br>**DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER ALLOWING PLAINTIFFS TO DESIGNATE A POLICE PRACTICES EXPERT AND TO TAKE THE DEPOSITIONS OF DEFENDANTS' RETAINED EXPERTS** |

## DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am an attorney of record for Plaintiffs in the instant action. I make this declaration in support of Plaintiffs' Ex Parte Application to Modify the Scheduling Order Allowing Plaintiffs to Designate a Police Practices Expert and to Take the Depositions of Defendants' retained experts.

I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Prior to filing Plaintiffs *Ex Parte* application I contacted defense counsel Mr. Brian P. Keighron in compliance with Local Rule 7-19 through 7-19.1.

3. Mr. Keighron stated that Defendants would oppose Plaintiffs' Ex Parte Application to designate a police practices expert and he would also be opposed to the Plaintiffs taking the depositions of the Defendants' retained experts prior to trial.

4. Defendants have designated a total of four experts. Three medical experts Tom S. Neuman, M.D., Frank Sheridan, M.D., and Binh T. Ly, M.D. and one police practices expert Curtis J. Cope.

5. Plaintiffs' counsel never deposed any of Defendants designated experts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 27, 2015          THE LAW OFFICES OF DALE K. GALIPO

                                  By:      /s/ Eric Valenzuela
                                           Eric Valenzuela
                                           Attorneys for Plaintiffs