# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al., <br><br> Plaintiffs, <br> vs. <br> OXNARD POLICE DEPARTMENT, et al., <br><br> Defendants. | **Case No. CV 13-01615-MWF-AN** <br> [*Honorable Michael W. Fitzgerald*] <br> **[PROPOSED] ORDER** <br><br> [Ex Parte Application To Modify The Scheduling Order Allowing Plaintiffs To Designate A Police Practices Expert And To Take The Depositions of Defendants' Retained Experts And Declaration Of Eric Valenzuela In Support Thereof *Filed Concurrently Herewith*] <br><br> Trial:   June 16, 2015 |

# [PROPOSED] ORDER

Having reviewed Plaintiffs' *ex parte* application to modify the scheduling order, and GOOD CAUSE appearing therefore, Plaintiffs' application is hereby GRANTED.  The Scheduling Order is hereby modified for the limited purpose of permitting Plaintiffs to designate Roger Clark as a retained police practices expert. Mr. Clark's Expert Report is to be provided to Defendants by no later than **April 3, 2015** and Plaintiffs shall make Mr. Clark available for deposition on or before **May 2, 2015**.  Further, Plaintiffs shall be permitted to take the depositions of Defendants' retained experts.  All other dates previously set by the Court remain unchanged

**IT IS SO ORDERED.**

Dated: _____            _____
                                    Honorable Michael W. Fitzgerald
                                    United States District Court
                                    Central District of California