# EXHIBIT B

1

BRIAN A. VOGEL, SBN 167493

2

brian@bvogel.com
HEATHER A. QUEST, SBN 186740

3

heather@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC

4

770 County Square Dr., Ste. 104

5

Ventura, CA 93003
Phone: (805) 654-0400

6

Facsimile: (805) 654-0326

7

8

Attorneys for Plaintiff R.R., by and through his
Guardian Ad Litem and Mother, LUCINA GARCIA

9

DAVID R. RING, SBN 134823

10

david@bamieherickson.com

11

RON BAMIEH, SBN 159413
ronb@bamieherickson.com

12

BAMIEH & ERICKSON, PLC

13

692 E. Thompson Blvd.
Ventura, CA 93001

14

Phone: (805) 643-5555

15

Facsimile: (805) 643-5558

16

Attorneys for Plaintiffs GUILLERMO RAMIREZ and TERESA RAMIREZ

17

UNITED STATES DISTRICT COURT

18

CENTRAL DISTRICT OF CALIFORNIA

19

20

21

GUILLERMO RAMIREZ, an individual
and successor-in-interest to ROBERT

22

RAMIREZ, et al.,

23

Plaintiffs,

24

vs.

25

OXNARD POLICE DEPARTMENT,

26

et al.,

27

Defendants.

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV13-01615 MWF (ANx)

**PLAINTIFF'S DISCLOSURE OF
EXPERT WITNESSES**

[F.R.C.P. Rule 26]

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT Plaintiff hereby submits the following Disclosure of Expert Witnesses:

RETAINED EXPERTS:

    1. Dr. Ronald L. O'Halloran (CV attached as Exhibit A).

    2. Dr. Ron Martinelli (CV attached as Exhibit B).

DATED: October 24, 2014      LAW OFFICES OF BRIAN A. VOGEL, PC

By: _____
        BRIAN A. VOGEL
        Attorney for Plaintiff R.R.

DATED: October 24, 2014      BAMIEH & ERICKSON, PLC

By: _____
        DAVID R. RING
        Attorney for Plaintiffs GUILLERMO
        RAMIREZ and TERESA RAMIREZ

2

# EXHIBIT A

# CURRICULUM VITAE
## Ronald L. O'Halloran, M.D.

March, 2014

## ADDRESS AND PHONE:

Home:    347 Nevada Avenue
         Ventura, California  93004
         Phone (805) 647-5198
Office:  Ventura County Medical Examiner
         3291 Loma Vista Road
         Ventura, California  93003
         Phone (805) 641-4408

## PERSONAL:

Born in Portland, Oregon, 2-15-50
Married in 1974, two children, born 1980, 1982

## COLLEGE EDUCATION:

*Gonzaga University*
Spokane, Washington
Psychology and Premedicine, BA, 1972
Honors:    Honor Society
           Graduation - Summa Cum Laude

## MEDICAL SCHOOL EDUCATION:

*Oregon Health Sciences University*
Portland, Oregon
*Doctor of Medicine*, 1977
Honors:  Sneeden Award for Excellence in Pathology, 1977

## MEDICAL INTERNSHIP AND RESIDENCY TRAINING:

Anatomic Pathology:    *Oregon Health Sciences University*
                       Department of Pathology,
                       Portland, Oregon, 1974 - 1977
                       Student Fellowship in Pathology

                       *U.C.L.A. Hospitals and Clinics*
                       Department of Pathology
                       Los Angeles, California, 1977 - 1979

EXHIBIT
224
O'Halloran 8-25-14
PENGAD 800-631-6989

2

Forensic Pathology:   *Office of the Chief State Medical Investigator*
University of New Mexico
Albuquerque, New Mexico, 1979

*Oregon State Medical Examiner Office*
Portland, Oregon, 1980 -1981

PROFESSIONAL BOARD CERTIFICATIONS:

American Board of Pathology
Certification in *Anatomic Pathology* - November, 1980

American Board of Pathology
Certification in *Forensic Pathology* - May, 1981

ASSOCIATIONS:

Former:   Oregon Pathologists Association
Washington County Medical Society (Oregon)
Tri-counties Investigators' Association (CA)
American Medical Association
California State Coroners Association

Current:   National Association of Medical Examiners
American Academy of Forensic Sciences

FORMER POSITIONS:

Deputy Chief Medical Examiner,
State of Oregon, 1979-1985
Washington County Medical Examiner,
Oregon, 1983-1985
Instructor in Anatomic and Forensic Pathology,
University of Oregon Medical School, 1979-85
Clinical Assistant Professor, Department of Pathology,
Division of Forensic Studies,
University of Oregon Dental School, 1984-85
Assistant Chief Medical Examiner
Ventura County, California, 1985-92
Chief Medical Examiner - Coroner
Ventura County, California, 1993-2012 (retired)

3

## CURRENT POSITIONS:

> Emeritus Chief Medical Examiner
>> Ventura County, California, 2012-present
> Forensic Pathologist, Department of Medicine,
>> Ventura County Medical Center, 1985-present

## OTHER APPOINTMENTS:

> Lecturer – Ventura County Criminal Justice
>> Training Center, 1986-2012
> Lecturer – Basic Coroner Academy, California Board of
>> Police Standards and Training, 1989-2012
> Lecturer – Ventura County Traffic Accident
>> Investigators School, 1990-2012
> Ventura County Child Death Review Team, 1988-2008

## MEDICAL LICENSURE:

> Oregon, 1979-present (now inactive status)
> California, 1978-79, 1985-present (active status)

## OTHER AWARDS:

> *1996 Manager of the Year*
>> California State Coroners' Association
> *2011 Mentoring/Teaching Award*
>> Ventura County Management Council

## PUBLICATIONS:

1. Atypical Papillary Hyperplasia of the Pancreatic Duct Mimicking Obstructing Pancreatic Carcinoma.  New England Journal of Medicine: 301; 531-532, Sept 6, 1979.

2. Deaths during the May, 1980, Eruption of Mount St. Helens.  New England Journal of Medicine. 305: 931-936, Oct. 15, 1981.

3. Three Fatalities in a Flash Fire with Variable Dental Charring.  American Journal of Forensic Medicine and Pathology. 6(3): 248-249, Sept., 1985.

4. Age and Ossification of the Hyoid Bone: Forensic Implications.  Journal of Forensic Sciences.  Vol. 32(6): Nov., 1987.

4

5. Autoerotic Asphyxial Death Following Television Broadcast.  Journal of Forensic Sciences. Vol. 33(6): 1493-94, Nov., 1988.

6. Death by Embolization of Prosthetic Aortic Valve.  American Journal of Forensic Medicine and Pathology.  Vol. 12(l): 80-81, March, 1991.

7. Autoerotic Fatalities with Power Hydraulics.  Journal of Forensic Sciences. JFSCA. Vol. 38, (2): 359-364, March, 1993.

8. An Accidental Death Related to Cocaine, Cocaethylene and Caffeine.  Presented at the 1993 American Academy of Forensic Sciences Annual Meeting, Boston. Journal of Forensic Sciences, JFSCA, Vol. 38(6): 1513-1515, November, 1993.

9. Restraint Asphyxiation in Excited Delirium.  American Journal of Forensic Medicine and Pathology. Vol. 14(4): 289-295. Dec., 1993.

10. The Author's Response. (Letter to the Editor re: Restraint Asphyxia Death Certification) American Journal of Forensic Medicine and Pathology. Vol. 15, (4): page 348, Dec. 1994.

11. Child Abuse Reports in Families with Sudden Infant Death Syndrome.  American Journal of Forensic Medicine and Pathology.  Vol.19(1):57-62, March, 1998.

12. Age and Sex-Related Variation in Hyoid Bone Morphology.  Journal of Forensic Sciences. 1998; Vol. 43(6):1138-1143.

13. Asphyxial Death During Prone Restraint Revisited: A Report of 21 Cases. American Journal of Forensic Medicine and Pathology.  March 2000; 21(1):39-52.

14. The Authors' Reply.  (Letter to the Editor re: Restraint Asphyxia Diagnosis) American Journal of Forensic Medicine and Pathology. Dec. 2000; 21(4): p 420.

15. Reenactment of Circumstances in Deaths Related to Restraint.  American Journal of Forensic Medicine and Pathology. Sept. 2004 Vol. 25(3): pp 190-193.

16. Tied Up and Isolated in the Schoolhouse.  WK Mohr, J LeBel, RL O'Halloran, C Preustch. The Journal of School Nursing. April 2010 Vol. 26(4): pp 91-101

17. Restraint and Seclusion Use in U.S. School Settings: Recommendations From Allied Treatment Disciplines. J LeBel, MA Nunno, WK Mohr, RL O'Halloran American Journal of Orthopsychiatry. January 2012 Vol. 82(1): pp 75–86.

18. California: Home of the Sheriff-Coroner. Academic Forensic Pathology. 2014 4 (1): 74-79.

5

SELECTED LECTURES GIVEN:

1. *Oregon State Medical Examiner Death Investigation Seminars*. 1980-1985. All aspects of forensic death investigation.

1. *"Sudden Death from Natural Causes."* Oregon Health Sciences University Medical School. 1980-1985.

2. *"Sudden Death in Alcoholics."* Oregon Pathologists Association. 1983.

3. *"Postmortem Time of Death Determination; Postmortem Identification; Functions of Medical Examiner/Coroner"*. Ventura County Sheriff's Academy. 1986 to present.

4. *"Postmortem Identification."* International Association of Forensic Identification, California Division. 1989 Annual Conference.

5. *"Investigation of Traffic Fatalities."* Ventura County Sheriff Traffic Investigator School. 1990 to present.

6. *"The Dead Body as Evidence."* Pepperdine University School of Law. 1993-1996.

7. *"Investigating Asphyxial Deaths in Custody."* Los Angeles Correctional Medical Service. 1994.

8. *"Positional/Restraint Asphyxial Deaths."* California Coroners Association Annual Training Conference. 1994.

9. *"Investigating Traffic Fatalities."* International Association of Medical Examiners and Coroners Annual Conference. 1995.

10. *"Sudden Infant Death Syndrome vs. Child Abuse."* California SIDS Program Training Seminar. 1995.

11. *"Restraint Asphyxia in Custody: the Ventura County Experience."* National Association of Medical Examiners Annual Conference. 1995.

12. *"The Dead Body as Evidence."* Ventura County Emergency Medical Services Second Annual Conference. May 24, 1996.

13. *"Death by Asphyxia and Restraint."* Ventura County Emergency Medical Services Third Annual Conference. June 5, 1997.

14. Lecturer, California POST certified "Basic Death Investigation" course. Addressing *Time of Death, Postmortem Changes, Postmortem Identification, Asphyxial*

6

*Deaths, Blunt and Sharp Force Injuries, Traffic Fatalities* and *Gunshot Wounds*.
1987-1999.

15. *"Positional Asphyxia and Restraint Asphyxia"*. Ventura County Police and Sheriff
Patrol Commander Meeting. April 23, 1998.

16. *"Asphyxia, Sudden Death and In-Custody Restraint"*. California State Coroner
Association Advanced Training Program. Riverside, CA. September 22, 1998.

17. *"Restraint Asphyxia: Asphyxia by Chest Compression during Prone Restraint."*
Los Angeles County Medical Examiner CME Death Investigation Conference.
May 27, 1999.

18. *"How to Interpret an Autopsy Report."* California Public Defenders Association.
Training meeting in Oxnard. November 20, 1999.

19. *"The Crash of Alaska Flight 261 - Medical Examiner Operations and Identification
Issues"* Ventura County Emergency Medical Services Sixth Annual Conference.
June 2, 2000.

20. *"How and When a Physician Should Sign a Death Certificate."*
   - VCMC Medicine Staff Conference, September 11, 1997.
   - St. John's & Los Robles Regional Medical Center's CME Conference, Sept. 26, 2000.
   - VCMC Family Practice Resident Physician Conference, Feb. 21, 2007.

21. *"The Crash of Alaska Flight 261 - Medical Examiner Operations and Identification
Issues"*. California Emergency Services Association Annual Conference. South
Lake Tahoe, CA. October 18, 2000.

22. *"Manner of Death Determination; Restraint Asphyxia; the Crash of Alaska Flight
261 - Medical Examiner Operations and Identification Issues"*. California State
Coroner Association Advanced Training Program. Ventura, CA. September 18-
21, 2001.

23. *"How a Medical Examiner Uses Postmortem Toxicology"*. California Association of
Toxicologists meeting. Ventura, CA. November 2, 2002.

24. *"Videotaped re-enactment of Deaths during Restraint."* Presented at the National
Association of Medical Examiners Annual Meeting. October, 2003.

25. *"Restraint Asphyxia and the Sudden In-Custody Death Syndrome."* California
State Coroner Association Advanced Symposium. Riverside, CA. Sept. 2008.

26. *"Restraint Asphyxia and the Sudden Custody Death Syndrome."* Institute for the
Prevention of In-Custody Death 4th Annual Meeting. Las Vegas, Nevada.
November 2009.

*Ronald L. O'Halloran, M.D.*
*347 Nevada Avenue*
*Ventura, California 93004*
*Home phone: 805 647-5198*
*Home email: vcmedexaminer@yahoo.com*

### Dr. R. L. O'Halloran CONSULTATION FEE SCHEDULE 2008
Revised January, 2008

- $400 per hour for all time involved including case file review, document preparation, telephone or personal consultation, testimony time, waiting time, travel time.

- $3200 retainer if work on case is estimated to be more than four hours.

- Advance payment at rate of $400/hr for anticipated time involved for requested services for non-government entity.

- $1600 minimum for deposition or court testimony, or hourly rate, whichever is greater.

- Payment for major costs incurred in performance of services, such as laboratory tests, air transportation or lodging expenses.

# EXHIBIT B

**MARTINELLI & ASSOCIATES**
JUSTICE & FORENSIC CONSULTANTS, INC.

Professional Work Experience- Dr. Ron Martinelli

**Forensic Criminologist & Law Enforcement Training Consultant**
**Federal/State Courts Qualified Police Practices & Premises Liability Expert**
Martinelli & Associates, Justice & Forensic Consultants, Inc.
Full-time: 05/1977 – Present    Part-time: 10/1978

Forensic criminologist and private law enforcement training provider retained to develop and produce professional training and policies for law enforcement, corrections, criminal justice agencies and civilian personnel.

**Federal/State Courts Qualified Police Practices Expert:** Provide consultation, forensic analysis, investigative reports and expert testimony for agencies, associations, county counsels, state/city attorneys, law firms and plaintiffs involved in police/corrections practices and premises liability litigation.

**Team Leader, Multidisciplinary Forensic Death Investigations Team**. Manage a team of homicide, forensic investigations, medical and scientific experts in the investigation of complex death cases involving officer-involved shootings, in-custody deaths, suicides, self-defense shootings and other homicides and suspicious deaths. Significant portfolio of State Attorney Generals, municipal, plaintiff civil rights, criminal defense and corporate attorney and insurance company clients.

**Trial Consultant**
AnotherLook®
27475 Ynez Road, Suite 716, Temecula, CA 92591 • (951) 719-1450
514 Marble Avenue NW, Albuquerque, NM 87102 •(505) 242-5777

Co-founder/Equity Partner in a litigation consulting firm which assists state, municipal and private attorneys in providing secondary evaluation and assessment of civil rights or tort cases in advance of trial. Company launched 10/2014.

**Independent Special Investigator, Officer-Involved Shootings  & In-Custody Deaths**
City of Riverside (CA) Office of the Mayor, Community Police Review Commission
Part-time: 04/2008 - 2013

Contract specialist and investigator working under the Manager of the Community Police Review Commission to independently investigate all officer-involved shootings (OIS) and in-custody death incidents involving the Riverside Police Department. Provide in-depth investigations, forensic analysis and reports, testimony, consultation and training to the City Attorney's Office, the commission, city agencies and administrators as requested.

27475 Ynez Road, Suite 716, Temecula, CA  92591
P  951.719.1450    F  951.501.2952
E-mail: code3law@martinelliandassoc.com
www.martinelliandassoc.com

**CEO/Director, Strategic Training & Consulting, LLC**
Part-time Contract 05/2008 – 06/2009

**Government Consultant/Chief Learning Officer**
1009 North Street, Suite B ● Christiansted, U.S. Virgin Islands 00820-5019

Administration of law enforcement and criminal justice training and consulting firm
providing training and consulting services under contract to the government of the U.S.
Virgin Islands and the Virgin Islands Police Department and offshore Caribbean Island
nations. Oversee development and production of police practices training. Provide police
practices consultation and training to USVI Governor's Office, VIPD Police Commissioner,
police administration and department officers. Involved in budgeting, staff selection,
appointments; supervision of training specialists; supervision and evaluation of training
programs.

**Director, Criminal Justice Training Center & Fire Science Training Academy**
**Division Dean, Criminal Justice; Modesto Junior College**   01/1992 to 05/1993
201 Blue Gum Avenue, Modesto, California 95352

Interim contract administration and coordination of a California POST accredited law
enforcement Basic Police Academy, Criminal Justice Training Center and Regional Fire
Science Training Center serving eight counties.  Management and supervision of 105 full
and adjunct faculty.  Program development and certification of basic academy and
advanced officer courses; scheduling, budget, networking with law enforcement, fire and
community public safety agencies.

**Police Officer/Field Training Officer/Detective**  07/1994 to 05/1997
Morro Bay Police Department
850 Morro Bay Blvd, Morro Bay, California 93442

Investigation of felonies, major crimes and narcotics violations.  Registered Sex Offender
compliance officer. Investigations liaison with County District Attorney and CA Department
of Justice on complex forensic cases; crime scene investigations. Uniformed patrol and
Field Training Officer. Collateral responsibilities to include providing Spanish translation,
officer safety and use of defensive force training to departmental personnel.  Developed
training manual and instructed the city's Citizens Academy for community police
volunteers.
Reserve Police Officer status from November 1993 to July 1994.

**Police Officer/Senior FTO/Field Training Coordinator/Investigator** 01/1977 to 01/1992
San Jose Police Department
201 W. Mission Street, San Jose, California 95110

Diverse uniformed patrol and investigative assignments:  Administrative Assistant to District
Supervisor, Senior Field Training Officer, Field Training Program Coordinator, police
academy instructor, and investigator. Assignments included: felony suppression patrol,
Street Crimes Unit (undercover, vice, prostitution, narcotics, robbery suppression); Fraud
Unit:  Forgery and complex theft investigation; street gang investigations; juvenile Crimes
Against Persons Unit. Developing, implemented and instructed various specialized
enforcement programs for the Bureau of Field Operations and Bureau of Investigations.
Department training liaison to various enforcement agencies within Santa Clara County to
consult with and instruct street gang and child abuse and neglect investigations courses.
Certified bilingual (Spanish-fluent) officer/translator.

**Police Officer:** 1975 to 1977
Redwood City Police Department
1301 Maple Street, Redwood City, California 94063

General patrol, enforcement and investigative functions. Department Spanish language translator.

## Education

**Doctor of Philosophy (Ph.D.), Criminology, Emphasis in Forensic Psychology**
Columbia Pacific University, San Rafael, California 1983 - 1986
(CA Dept. Ed. Full Institutional Approval thru 1989)

**Masters Degrees, Public Administration & Justice Administration** 1979 - 1980
Golden Gate University, San Francisco, California (CA Dept. of Ed. Accredited)

**MPA Degree Program, Graduate Studies in Criminal Law and Public Administration**
John F. Kennedy University, Orinda, California 1978 - 1979
(CA Dept. of Ed. Accredited)

**Bachelor of Science Degree, Physical Education & History** 1969 - 1973
California Polytechnic State University, San Luis Obispo, California Recipient of California
Secondary Teaching Credential 1974 (CA Dept. of Ed. Accredited)

## Faculty Memberships (Past – Present)

**Professor – Adjunct National University:** 2007 – Present
11255 No. Torrey Pines Road, La Jolla, California 92037-1011 (Accredited)
Forensic Science Masters Degree Program, Forensic Science Department

**Professor – Adjunct Argosy University:** 2004 – 2005
999-A Canal Boulevard, Point Richmond, California 94804 (Accredited)
Forensic Psychology Masters Degree Program, Forensic Psychology Department

**Professor – Adjunct • California Polytechnic State University** 1998 – 1999
1 Grand Avenue, San Luis Obispo, California 93407 (Accredited)
Criminology, Bachelors Degree Program, Social Science Department

**Instructor – Adjunct • DeAnza College:** 1983 to 1991
21250 Stevens Creek Boulevard, Cupertino, California 9501 (Accredited)
Advanced criminology/law enforcement Instructor: Social Science Division, Administration
of Justice

**Professor – Adjunct • Columbia Pacific University:** 1987 to 1989
1415 Third Street, San Rafael, California 94901 (CA Dept. of Ed. Full Institutional Approval)
Adjunct Professor & faculty mentor for graduate & undergraduate studies: Criminal Justice
Program

**Instructor – Adjunct • San Jose City College:** 1977 to 1981
2100 Moorpark Avenue, San Jose, California (Accredited)
Basic Police Academy, Regional Criminal Justice Training Center. Instructor of advanced
law enforcement studies for corrections and probation departments

**Visiting Lectureships**

- U. S. Naval Special Warfare Command, SEAL Team One, Coronado, California

- San Jose State University, Center for Transitional Studies
- San Joaquin Delta Community College, Regional Criminal Justice Training Center
- Los Medanos College, Criminal Justice Training Center
- Butte College, Criminal Justice Training Center
- University of Nevada-Reno, Criminal Justice Division
- Truckee-Meadows Community College, Law Enforcement Academy
- Tampa College, Florida, Criminal Justice Division
- Wyoming Law Enforcement Academy, Wyoming Div. of Criminal Investigations
- Crafton Hills College, Criminal Justice Division
- Atlanta Police Department & Police Academy, Atlanta, Georgia

**Professional Certifications (Partial List Only)**

- Peace Officer Standards & Training Advanced Certificate, 1980 #A9825; POST Trng #A99-Y53
- Certified Force Analyst: Force Science Institute, Minnesota State University, 2010
- Board Certified in Forensic Traumatology, National Center for Crisis Management, 2008, 2012
- Diplomate, American Academy of Experts in Traumatic Stress, NCCM, 2008, 2012
- Kinesic Interviewing – Public Agency Training Council, 2011
- Certified Litigation Specialist: Police Practices & Corrections, AELE, 2009
- Forensic Analyst: Excited/Agitated Delirium & In-Custody Death, (National) IPICD, 2009
- Administrative & Internal Affairs Investigations, AELE, 2008
- Officer-Involved Shooting Investigations, Los Angeles Police Department, 2008
- Officer-Involved Shootings & In-Custody Death Investigations, AELE, 2008
- Jail & Prison Legal Issues & Litigation, AELE, 2008, 2010, 2012
- Sexual Assault Investigator School, San Jose State University, POST, 1996
- Homicide Investigator School, California District Attorney's Association, 1995
- Child Physical/Sexual Abuse & Sexual Exploitation Investigator School, POST, 1994
- Criminal Psychological Profiling Certification, National Law Enforcement Institute, 1988
- Computer Crime & Complex Economic Fraud Certification, U.S. Dept. of Justice, 1981
- Bilingual Spanish language Certification, City of San Jose, 1977

**Instructor Certifications (Past – Present)**

- California Community College Instructor Certificate (Life),
  Police Science/Administration of Justice (1977) #146515
- Law Enforcement Training Provider & Instructor (CA, NV, AZ, AK, WY, NE, GA, FL, USVI)
- Law Enforcement Training Provider & Instructor, California Board of Corrections #0970, 1980 - 2008
- Simunitions FX, Officer-Involved Shooting & Scenario Safety Training Instructor, 2006
- Law Enforcement Firearms (Tactical Pistol) Instructor (CA)
- NRA Law Enforcement Firearms Instructor, 2004, 2007 (National)
- NRA Civilian Firearms Instructor (Pistol/Shotgun), (National), 2005, 2007, 2013
- NRA Home Defense Instructor, (National), 2005, 2007, 2013

**Instructor Certifications** (Past-Present) Continued:

- Excited-Agitated Delirium, Sudden In-Custody Death Recognition, IPICD (National), 2009, 2012
- Peacekeeper Rapid Containment Baton Adv. Instructor, Peacekeeper Products (National), 2012
- Peacekeeper Rapid Containment Baton (RCB) Instructor, Peacekeeper Products (National), 2009
- Carotid Restraint Control Hold Instructor, Carotid Restraint Training Institute (National), 2013
- Grav Maga Edged Weapons Defense (National), 2002
- Electronic Weapons Instructor (Master Instructor), CA-POST #6730-23092-11, 2011
- Electronic Weapons Instructor (Master Instructor), AZ-POST, #11-256, 2011
- Advanced TASER Electronic Control Devices Instructor, TASER Intl., (National), 2002, '05, '07, '10, 2011
- Gunsite Law Enforcement Firearms Instructor, (National)1998
- Chemical Agents, OC Pepper Spray Aerosol & Chemical Munitions Instructor, CA-POST, 1993, 2011
- Less Lethal Weapons & Munitions Instructor (Defense Technology), CA-POST,      1993
- Less Lethal Weapons & Munitions, 40mm Launcher & Exact Impact Sponge Round, 2004
- Defensive Force Management Instructor (CA, NV, NE, WY, FL)
- Defensive Force: Unarmed Defensive Tactics Instructor (CA, NV, WY, NE)
- Arrest, Control, and Restraints Tactics Instructor (CA, NV, NE)
- Officer Survival Tactics for First Responders Instructor (CA, NV)
- Tactics for Armed Officers Instructor (CA)
- Tactical Negotiation & Conflict Resolution Instructor (CA)
- Field Training Officer & Field Training Supervisor Course (CA, USVI)
- Special Emergency Response Teams (SERT) for Corrections Institutions Instructor (CA)
- Survival Tactics for Unarmed Field & Institutions Officers Instructor (CA)
- Officer Safety/Survival in High-Risk Environments Instructor (CA)
- Integrated Force Instructor (CA)
- Probation Field & Institution Supervision Instructor (CA)
- Street Gang Dynamics & Investigations Instructor (CA, NV, WY, NE, FL)
- White Supremacist Groups, Organizations & Hate Crime Investigations Instructor (CA, NV)
- Prostitution – Vice Investigations Instructor (CA)
- Field Training Officer & Field Training Supervisor Instructor (USVI), FTO In-Service (CA)
- Probation/Corrections Training Officer Instructor (CA)
- Report Writing & Testimony for Critical Incidents Instructor (CA)
- Risk Management, Civil Liability & Training Instructor (CA)
- CA Board of Corrections Title 15 Instructor (CA)
- Officer & Suspect Psychology & Physiology During Critical Incidents Instructor (CA)
- Supervisor Response to Critical Incidents, In-Custody Deaths & Officer-Involved Shootings Instructor (Corrections & Field Officers) (CA)


## Awards & Special Achievements (Partial List Only)

- Distinguished Faculty for 2014, Lorman Education Services, Inc.
- Diplomate, American Academy of Experts in Traumatic Stress, NCCM, 2008, 2012
- Presenter/Instructor: American College of Forensic Examiners Institute (ACFEI), Executive Summit National Conference, Las Vegas, NV, "Use of Force and Electronic Control Weapon Investigation & Analysis," 2012

- Presenter/Instructor: American College of Forensic Examiners Institute (ACFEI) International Conference, Orlando, FL, *"Agitated – Excited Delirium and Sudden In-Custody Death,"* 2010
- Presenter/Instructor: International Law Enforcement Educators & Trainers Association (ILEETA) International Conference, Chicago, *"Suicide by Cop: Police Tactical Responses",* 2009
- Key Presenter/Instructor: CA Board of Corrections Law Enforcement Training Manager's Seminar, 2006, *"Risk Management, Training and Law Enforcement Liability"*
- Presenter: CA Probation, Parole & Corrections Officers Assoc. State Conference, *"Tactical Psychology & Physiology in Officer Involved Shootings;" "TASER Electronic Control Device Weapon Systems"* 2005
- Presenter: CA State Park Rangers Association State Conference, 2007 *"Tactical Psychology: Dealing with Stress Inoculation during Critical Incidents"*
- Presenter: CA State Park Rangers Association State Conference, 2005 *"Training, Standards and Law Enforcement Liability; Arming of Park Rangers"*
- Visiting Instructor: U.S. Naval Special Warfare Command, SEAL/s *Hand to Hand Combat Instructor/UDT Course,* 2000
- Presenter: California Probation, Parole, & Correctional Assoc. State Conference, *"Managing Risk & Liability in Training,"* "Standards for Arming Peace Officers," 2002, '04
- Visiting Instructor: Atlanta Police Department *"Undercover Street Crimes Operations"* 2003
- Presenter: American Society of Law Enforcement Trainers Use of Force National Conference, *"Unarmed Defensive Tactics/Tactical Ground Fighting Instructor's Course",* 1999
- Presenter: CA Probation Chief's Association State Conference, *"Risk Management & Training",* 1998
- Expert Witness, *Caliber Press, Inc.* Law Enforcement Agency Defense Services, 1997
- Key Presenter: California Probation, Parole, & Correctional Assoc. Conference, *Use of Force Training"* 1996
- Key Presenter: California Probation Administrator's State Conference, *"Use of Force Liability"* 1995
- Appointed *"Use of Force Advisor",* CA Probation Chief's Arming Committee, 1993-94
- San Jose Police Department Employee Recognition Awards, 1987, 1988, 1989
- Nominated San Jose Police Department Medal of Valor, 1981
- San Jose Police Department & Santa Clara County "Top Cop Award" Most Felony Arrests, 1980
- San Jose Police Department Outstanding Duty Award, 1980
- Recipient of over **140** departmental, community, and citizen commendations for outstanding performance and community service
- Peace Officer Research Association of California Graduate Studies Scholarship, 1985
- Chair, Education & Training Committee, Northern California Gang Investigators Association 1983-84
- Outstanding Service Award, American Association of Retired Persons, 1981
- Appointed Child Abuse Task Force, San Mateo County Supervisors, 1980
- California Youth Gang Task Force, (Governor's Consultant) 1980 Instructor/Presenter: CA State Park Rangers Association State Conference, 2007 *"Tactical Psychology: Dealing with Stress Inoculation During Critical Incidents"*
- Instructor/Presenter: CA State Park Rangers Association State Conference, 2005 *"Training, Standards and Law Enforcement Liability; Arming of Park Rangers"*

<u>Professional Memberships</u> (Past & Present)

- California Academy Director's Association (CADA)
- International Association of Chiefs of Police (IACP), #1688415
- International Association of Coroners & Medical Examiners
- The Society for Police and Criminal Psychology
- American Academy of Experts in Traumatic Stress (AAETS), #4897
- National Center for Crisis Management (NCCM)
- Crime Scene Investigator's Association
- American College of Forensic Examiners Institute (ACFEI), National Institute of Forensic Science, #111434
- Commission on Forensic Education (COFE)
- International Law Enforcement Educators & Trainers Association (ILEETA), #
- International Association of Law Enforcement Firearms Instructors (IALEFI)
- American Society of Law Enforcement Trainers (ASLET)
- Americans for Effective law Enforcement (AELE)
- National Rifle Association Law Enforcement Activities Division (NRA-LEAD)
- California Probation, Parole, & Correctional Association (CPPCA)
- California Association of Police Training Officers (CAPTO)
- California Peace Officers' Association (CPOA)
- Association of Security & Intelligence Specialists (ASIS) International, #306956
- Peace Officers' Research Association of California (PORAC)
- Crime Scene Investigators & Trainers Association
- California Gang Investigators Association
- Northern California Gang Investigators Association (Founding Member)
- National Tactical Officers Association (NTOA)
- American Society of Criminology
- Society of Police Psychologists
- International Assoc. Crime & Intelligence Analysts
- Calif. Association of Licensed Investigators (CALI), Qualified Manager, #10808
- Police Marksman Association
- U.S. Navy UDT/SEAL Association
- Navy League
- Professional Association of Diving Instructors, PADI Open Water Diver #14030A3023

<u>Publications Authored</u> **(Texts)**

- ***The Violent Gang***
  Shield Criminal Justice Publications; San Carlos, 1991, '92, '93, '94

- ***The Stroll: Victims and Violators of the World's Oldest Profession – Prostitution***
  Shield Criminal Justice Publications; San Carlos, 1986, '87, '90

- ***Street Gangs: Violent Nations Within A Violent Nation***
  Shield Criminal Justice Publications; San Carlos, 1986, '87

- ***Streetwise Criminology***
  Martinelli & Associates Justice Consultants, Inc., Los Osos, CA 1999

## Training Manuals Authored

- ***Forensic Determinations of "bath salts" Influence (Manual & PowerPoint),*** *2014*
  Martinelli, Ron, Ph.D., Martinelli & Associates: Justice & Forensic Consultants, Inc.

- ***The Investigation of Self-Defense Homicides,*** (Manual & PowerPoint), *2014*
  Martinelli, Ron, Ph.D., with Davis, Jason, Esq.
  Martinelli & Associates, Justice & Forensic Consultants, Inc.
  Lorman Education Services, Eau Claire, WI

- ***Electronic Control Weapons Instructor (Manual & PowerPoint),*** *2012, 2014*
  Martinelli, Ron, Ph.D., (2012, 2014); Ed Fiosi (2012 Edition)
  Martinelli & Associates: Justice & Forensic Consultants, Inc.

- ***Electronic Control Weapons and Legal Liability (Manual & PowerPoint),*** *2012, 2013*
  Martinelli & Associates: Justice & Forensic Consultants, Inc.
  Lorman Educational Services, Eau Claire, WI

- ***Lethal and Less Lethal Uses of Force (Manual & PowerPoint),*** *2011*
  Martinelli & Associates: Justice & Forensic Consultants, Inc.
  Lorman Educational Services, Eau Claire, WI

- ***TASER® - ECW Force Investigations and Analysis (Manual & PowerPoint),*** *2010, 2012*
  Martinelli & Associates: Justice & Forensic Consultants, Inc.

- ***Agitated Excited Delirium and Sudden In-Custody Death Forensic Investigations (Manual & PowerPoint),*** *2010, 2012*
  Martinelli & Associates: Justice & Forensic Consultants, Inc.

- ***Suicidal Behavior and Police Responses to "Suicide by Cop" (Manual & PowerPoint),*** *2009,*
  *Martinelli & Associates: Justice & Forensic Consultants, Inc.*

- ***Field Training Officer & FTO Supervisor's Course (Manual & PowerPoint),*** *2008*
  *Strategic Training & Consulting, LLC – USVI*

- ***Police Supervisor's Liability Course (Manual & PowerPoint),*** *2007*
  Martinelli & Associates Justice Consultants, LLC

- ***Supervisor Responses to Critical Incidents (Manual & PowerPoint),*** *2007*
  Martinelli & Associates Justice Consultants, LLC

- ***Tactical Psychology & Physiology: How the Body Acts when Stress Inoculated***
  Martinelli & Associates Justice Consultants, LLC, 2005, '06

- ***Managing Risk & Civil Liability Through Training (Manual & PowerPoint)***
  Martinelli & Associates: Justice Consultants, LLC, 1999, '01, '02, '06

- ***Arrest, Control, & Restraint Tactics (ACT)***
  Martinelli & Associates: Justice Consultants, LLC, 1994, '97, '98, '03, '07

- ***Arrest, Control, & Restraint Tactics (ACT) Instructor***
  Martinelli & Associates: Justice Consultants, LLC, 1998, '00, '03, '07

- **Chemical Agent OC Pepper Spray Defense (Manual & PowerPoint)**
  Martinelli & Associates: Justice Consultants, 1994, '95, '96, '97, '98, '03, '06, '07

- **Probation Training Officer (PTO Manual & PowerPoint)**
  Martinelli & Associates: Justice Consultants, LLC, 1996, '97, '98, '02, '06

- **Tactical Use of OC Spray**
  Martinelli & Associates: Justice Consultants, LLC, 1995, '96, '97, '98, '03, '07

- **Report Writing & Testimony for Critical Incidents**
  Martinelli & Associates Justice Consultants, LLC, 1998, 2000

- **Use of Force:  Unarmed Defensive Tactics (UDT)**
  Shield Criminal Justice: Consultants, LLC, 1993, '96, '97, '03

- **Weaponless Defense for Corrections Instructor**
  Martinelli & Associates: Justice Consultants, LLC, 2003

- **Laws of Arrest, Search & Seizure (Manual & PowerPoint)**
  Martinelli & Associates Justice Consultants, LLC, 2005, 2006

- **Tactical Negotiation & Conflict Resolution (Manual & PowerPoint)**
  Martinelli & Associates: Justice Consultants, LLC, 1995, '98, 2002

- **High-Risk Environments for Officers (Manual & PowerPoint)**
  Martinelli & Associates: Justice Consultants, LLC, 1995, '97, '99, 2002, '07

- **Armed Officer Academy: Semi-Auto Pistol Transition**
  Martinelli & Associates: Justice Consultants, LLC, 2000, '02, '03
  Co-Author Larry Nichols

- **Arrest & Control Tactics (ACT) Instructor**
  Martinelli & Associates: Justice Consultants, LLC, 2000, 2003

- **Unarmed Defensive Tactics (UDT) Instructor**
  Martinelli & Associates: Justice Consultants, LLC, 2003

- **The Juvenile Street Gang Phenomenon**
  Martinelli & Associates: Justice Consultants, LLC, 1981

- **Defensive Force Management for Administrators & Supervisors**
  Martinelli & Associates: Justice Consultants, LLC, 1994, '95, 2001

- **Probation Supervisor's Manual (& PowerPoint)**
  Martinelli & Associates: Justice Consultants, LLC, 1995, 2007
  Co-Author Al Petrides

- **Outlaw Motorcycle Gangs & Clandestine Labs**
  Martinelli & Associates: Justice Consultants, LLC, 1993, '95, '98
  Co-Author Anthony Tait (Compilation of OLMCG & Narcotics Data)

<u>Articles Authored</u> (Recent)

- *"The Investigation of Homicides where Self-Defense Is Asserted,"* POLICE Magazine, October, 2014, pp. 50-57

- *"Re-analyzing the "21 Foot Rule,"* Peace Officer Research Association of California (PORAC) Magazine, O9-2014, pp. 32-34

- *"Re-analyzing the "21 Foot Rule,"* POLICE Magazine, Internet Edition, "The Winning Edge," http://www.policemag.com/channel/weapons/articles/2014/09/revisiting-the-21-foot-rule.aspx, 09-18-14

- *"Reconsidering Carotid Restraint Control,"* POLICE Magazine, 01-2014, pp. 56-61

- *"Reconsidering Carotid Restraint Control,"* Peace Officer Research Association of California (PORAC) Magazine, O2-2014, pp. 36-39

- *"The Sandy Hook Massacre – What No Cop Should Ever Experience: Post-Shooting Trauma,"* Peace Officer Research Association of California (PORAC) Magazine, O2-2013, pp. 8-10

- *"The Sandy Hook Massacre – What No Cop Should Ever Experience: Post-Shooting Trauma,"* **Internet Article:** PoliceOne.com News, 12-23-12, http://www.policeone.com/active-shooter/articles/6069664-Newtown-shooting-What-no-cop-should-experience/; Police & Security Magazine, 12-2012

- *"Duty Dangers: The Deadly Cost of Technology,"* POLICE Magazine, April, 2012 http://www.policemag.com/channel/technology/articles/2012/04/duty-dangers-the-deadly-cost-of-technology.aspx

- *"The Dynamics of Suicide,"* Internet Article, Forensic Forum® Series, Ron Martinelli, Ph.D., 05-07-12, Distribution via Martinelli & Associates, Inc. website

- *"The Trayvon Martin Shooting Case,"* Internet Article, Forensic Force® Series, Ron Martinelli, Ph.D., 04-20-12, Distribution via Martinelli & Associates, Inc. website

- *"Foot Pursuits: To Chase or Not to Chase,"* POLICE Magazine, December, 2011

- *"The Tucson Shooting Incident: America's Ticking Time Bombs,"* Internet Article, Ron Martinelli, Ph.D., 01-16-11, Distribution via Martinelli & Associates, Inc. website

- *"Pre-contact Threat Assessment and the 'Art of Force,' "* Internet Article, PoliceOne.com News, 01-14-11, www.policeone.com/pc_print.asp?vid=3199272 Peace Officers Research Association of California (PORAC) News, 02-2011

- *"Foot Pursuits: To Chase or Not to Chase?,"* Peace Officers Research Association of California (PORAC) News, 01-2011; Internet Article, PoliceOne.com News, 04-22-11; www.policeone.com/pc_print.asp?vid=3531874

- *"The Officer Mehserle BART Shooting: Murder or Hypervigilance?"* Peace Officers Research Association of California (PORAC) News, 12-2010

- *"Profiling Hollywood Publicist Ronnie Chasen's Killer,"* Internet Article, Mid Valley News, 11-24-10; www.midvalleynewsonline.com

- *"Assessing Subjects Under TASER® - ECD Influence,"* PoliceOne.com News – Internet Article, Police Magazine, 08-30-10

- *"Psychophysiological Responses to TASER®-ECD Influence,"* Co-authored with Jerry Staton, CLS, SMTI, Law Enforcement Executive Forum Journal, 2010 Edition, Vol. 10, No. 4

- *"Taser ®- ECD Mentality"*
  PoliceOne.com News – Internet Article, 10-09-09, www.policeone.com
  Peace Officer's Research Association of California (PORAC) News, 03-2010
  Law Enforcement Executive Forum, 2011 Edition, Vol. 11

- *"Playing the Race Card: Analyzing the Gates vs. Sgt. Crowley Incident"*
  PoliceOne.com News – Internet Article, 09-03-09, www.policeone.com

**Documentaries and News: Film, Television, Radio, Print Media**

- *National Television Discussion and Live Demonstration, CNN News*
  "Deadly Force Encounters, Use of Force and the "21 Foot Rule,"
  CNN News, http://outfront.blogs.cnn.com/2014/08/22/how-are-cops-trained-for-deadly-for, 08-22-14

- *Newspaper Interview – Press Enterprise, San Bernardino, CA*
  "Recruit's training put to life and death test."  Reporter Brian Rokos
  www.pe.com/articles/training-748789-field-training.html 08-23-14

- *Radio Interview – AM 590 Inland Empire, "The Answer" Firing Line Program*
  Discussion on criminal investigations involving homicides where self-defense is asserted, 06-21-14

- *Lecture Series – Lorman Education Services, national webinar*
  "Forensic Determinations of "Bath Salts" Influence," 07-17-14
  www.lorman.com ID391875 CEU 1.0

- *Television Series – "Deadly Secrets," Investigation Discovery Channel*
  On-going retention, Forensic Expert Contributor, 07-16-14

- *Radio Interview – AM 590 Inland Empire, "The Answer" Firing Line Program*
  Discussion and opinions on newly proposed firearms legislation in CA, 06-21-14

- *Interview – Salt Lake City Tribune,*
  Police executing search warrants for non-violent crimes.
  Reporter Nate Carlisle, http://www.sltrib.com/sltrib/news/58028660-78/shurtleff-search-police-martinelli.html.csp. 06-04-14

- *Lecture Series – Lorman Education Services, national webinar*
  "Electronic Control Weapons & Legal Liability," 12-19-13
  www.lorman.com/393407

- *Interview – Orange County Register,* "Kelly Thomas Police Beating Homicide,"
  Forensic explanation of use of force/excessive force and the analysis of recorded media in establishing criminal corpus and the presentation of evidence. 11-28-13

- *Interview – BBC, London*
  *Christopher Dorner Shootout with Police*, Reporter Jon Kelly, 02-13-13

- *Interview- Washington Times, Washington D.C.*
  "Shootout or suicide likely fate of L.A. fugitive, "Not going to be taken alive."
  http://www.washingtontimes.com/news/2013/feb/11/shootout-or-suicide-likely-fate- of-fugitive/#.URp5IvaAj3A.email, 02-11-13

- *Interview- Press Enterprise Inland Empire (CA)*
  *"Expert Profiles Cop Killer Christopher Dorner – This Will End Badly"* 02-07-13
  http://blog.pe.com/crime-blotter/2013/02/07/dorner-manhunt-expert-says-this-will-end-badly/

- *Interview – KFI 640 AM Radio – Los Angeles*
  "Posttraumatic Stress and Post-Shooting Trauma – The Sandy Hook School Massacre"
  12-18-12

- *Lecture Series – Lorman Education Services, national webinar*
  "Electronic Control Weapons and Legal Liability," 12-19-13
  www.lorman.com ID389046 CEU 1.5

- *Lecture Series – Lorman Education Services, national webinar*
  "Agitated-Excited Delirium, Responses to Agitated Chaotic Events" 11-13-13
  www.lorman.com ID388285 CEU 1.5

- *Lecture Series – Lorman Education Services, national webinar*
  "Lethal and Less Lethal Uses of Force," 12-04-12,
  www.lorman.com ID390766 CEU 1.5

- *Lecture Series – Lorman Education Services, national webinar*
  "Agitated-Excited Delirium, Responses to Agitated Chaotic Events" 11-29-12,
  www.lorman.com ID388285 CEU 1.5

- *Interview – Associated Press, Miami, Florida*
  "Treyvon Martin Shooting Homicide" Provided forensic information on recorded media analysis of police department surveillance video. 03-29-12

- *Lecture Series – Lorman Education Services, national webinar*
  "Electronic Control Weapons and Legal Liability," 02-08-12
  www.lorman.com ID389046 CEU 1.5

- *Lecture Series – Lorman Education Services, national webinar*
  "Lethal and Less Lethal Uses of Force," 08-10-11,
  www.lorman.com ID388285 CEU 1.5

- *Interview – KVOA NBC Channel 4, Tucson, AZ*
  "The Tucson Incident: America's Ticking Time Bombs", 01-21-11
  Morning News Hour

- *Interview – WTVG ABC Channel 13, Toledo, Ohio*
  "The Tucson Incident: America's Ticking Time Bombs", 01-23-11
  Sunday Roundtable Discussion

- *Interview – KYNO 940 AM Radio, Fresno, CA*
  "The Tucson Incident: America's Ticking Time Bombs", 01-20-11
  The Bill McEwen Show

- *"History's Mysteries" Series, 'Butch Cassidy & The Sundance Kid: Did they Survive their Famous Shootout?'*
  The History Channel, August, 2004
  Technical Advisor/Appearance

- *"Myth Busters" Spike TV* (New Series)
  Demonstrations of Bullet Ricochets & Forensic Results, 2008
  Technical Advisor/Appearance

- *"Dangerous Missions" Series, 'Law Enforcement Snipers & Force'*
  The History Channel, August, 2002
  Technical Advisor/Appearance

- *"History's Mysteries: Forensic History" Series, 'Investigating the Shoot-Out At the OK Corral'*
  The Discovery Channel, November, 2002
  Technical Advisor/Appearance

- *"Officer-Directed Violence" : 'Officers Facing Violent Encounters'*
  KICU-TV Channel 36 San Jose, 1996
  Technical Advisor/Appearance

- *"Criminal Psychological Profiling of A Serial Killer"*
  'Hard Copy' Cable Television Documentary Series, 1993
  Technical Advisor/Appearance

- *"Satanism & The Occult"*
  KICU-TV Channel 36 San Jose, 1993
  Technical Advisor/Appearance

- *"Crime & Criminology"* Radio Talk Show Series Guest
  KGO-ABC Radio 810 AM San Francisco 1986-1990

- *"Shaved & Dangerous: White Supremacy In America"*
  'Hard Copy' Cable Television Documentary Series, 1990
  Technical Advisor/Appearance

- *"Street Gangs"*
  'Hard Copy' Cable Television Documentary Series, 1989
  Technical Advisor/Appearance

- *"Street Prostitution In America"* (News Feature)
  'The Today Show' NBC-TV, 1986
  Appearance

<u>Recent Professional Courses Attended:</u>

- *Forensic Determinations of "Bath Salts" Influence*
  Ron Martinelli, Ph.D., Instructor, www.lorman.com/391875
  Lorman Education Services, Inc., National Webinar, 07-17-14 CLE 1.0

- *Homicide & Questioned Death Scene Determination,*
  *Reconstruction and Blood Spatter Analysis*
  Tom Martin, Crime Scene Investigator, New York State Police
  Public Agency Training Council, Las Vegas, NV, 05/28 – 30/2014  24.0 hours

- *Lethal and Less Lethal Weaponry & Litigation*
  Ron Martinelli, Ph.D., Instructor, www.lorman.com/394141
  Lorman Education Services, Inc., National Webinar, 05-21-14 CLE 1.5

- *Electronic Control Weapons Instructor Course*
  Ron Martinelli, Ph.D., Sgt. Jim Boydd (Ret.)
  Martinelli & Associates, Justice & Forensic Consultants, Inc.
  California State Parks Ranger Division, Asilomar, CA, 04-22/23-14  16.0 hours

- *Police Interviews and Interrogations*
  Ron Martinelli, Ph.D., Lt. Dennis Gomez, Joe Dane, Esq.
  Lorman Education Services, Inc., Santa Ana, CA, 02-26-14  6.0 MCLE

- *Forensic Pathology for the Death, Homicide & Criminal Investigator*
  Tracey S. Corey, M.D., Forensic Pathologist
  Public Agency Training Council, Las Vegas, NV, 02-13/14-2014   16.0 hours

- *Gunshot Wounds*
  Tracey S. Corey, M.D., Forensic Pathologist
  Public Agency Training Council, Las Vegas, NV, 02-13-14

- *Dealing with the Mentally Ill & Persons with Diminished Capacity*
  *Legal Update and Best Practices*
  John "Jack" Ryan, Esq., Dr. Rob Cipriano, Psy.D.
  Public Agency Training Council; Legal Liability & Risk Management Institute,
  Internet Webinar, 12-20-13 1 CEU

- *Electronic Control Weapons & Legal Liability*
  Ron Martinelli, Ph.D., BCFT (Instructor)
  Lorman Education Services, Internet Webinar, 12-19-13 1.5 CEU
  www.lorman.com/393407

- *Recognizing and Responding to Excited Delirium*
  Ron Martinelli, Ph.D., BCFT (Instructor)
  Lorman Education Services, Internet Webinar, 11-12-13 1.5 CEU
  www.lorman.com/392581

- *Carotid Restraint Control Hold Instructor Course*
  Jim Boydd, Roger Owen, Ron Martinelli, Ph.D. (Co-Instructed)
  Carotid Restraint Training Institute
  San Diego Regional Public Safety Academy, Miramar, CA 07-2013 16.0 Hours

- **Police Liability and Litigation**
  Michael P. Stone, Esq., Dennis E. Wagner, Esq., Grey Myer
  Lorman Education Services, Santa Ana, CA 06-25-13 6.0 CLE Credit

- **Identifying Excited Delirium Syndrome at Autopsy:**
  **Biomarkers, Pathways and Candidate Genes.** Deborah Mash, Ph.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Sudden Cardiac Arrest Following Deployment of A TASER® ECW**
  Douglas P. Zipes, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Restraint Physiology: Update on Latest Research**
  Theodore Chan, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Introduction to K2, Spice, and Bath Salts**
  Steven B. Karch, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Brain Biomarkers of Excited Delirium: Science in the Aid of Law Enforcement**
  Deborah Mash, Ph.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Excited Delirium, In-Custody Death and the Courts**
  Hon. Emory J. Plitt, Jr., Americans for Effective Law Enforcement (AELE)
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Excited Delirium and Sudden In-Custody Death: Research for Patrol Officers**
  Christine Hall, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Ketamine Sedation for the Control of the Agitated and Combative**
  Michael D. Curtis, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Electronic Control Devices and the not so shocking truth about their lethality**
  Gary M. Vilke, M.D.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Developing 9-1-1 Protocols for Excited Delirium Calls**
  Charles Carter
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012 AELE Credit

- **Defending Corrections Agencies in Use of Force Litigation**
  Carrie Hill, Esq.
  Institute for the Prevention of In-Custody Death National Conference
  Las Vegas, NV, 11-2012   AELE Credit

- **Pitfalls in Forensic Science: Lessons Learned in High Profile cases**
  Dr. Henry Lee, Dr. Cyril Wecht, Forensic Pathologists
  American College of Forensic Examiners Institute, Executive Summit
  Las Vegas, NV, CE: 2.0, ACFEI, ACCME, 10-2012

- **Analyzing and Interpreting Behavior in the Serial Murder and Sexual Homicide Crime Scene**; Mark Safarik, Forensic Behavioral Sciences, FBI Supervisory SA
  American College of Forensic Examiners Institute, Executive Summit
  Las Vegas, NV, CE: 2.0, ACFEI, 10-2012

- **Human Factors Threat & Error Management**
  California Training Institute, Craig E. Geis, Ph.D.
  Huntington Beach (CA) Police Department, 02-2012
  CA-POST Control No. 1095-10801-11003

- **Defending Law Enforcement Litigation**
  Public Agency Training Council; Las Vegas, NV, 12-2011, CE: 16

- **Chemical Agents – OC Pepper Spray Instructor**
  San Jose (CA) Police Department, Officer Ken Hardesty
  CA-POST Control No. 25602162511001, 11-2011

- **TASER® Electronic Control Weapon Model X-2 Familiarization**
  San Jose (CA) Police Department, 11-2011, CA-POST Accredited
  TASER International approved

- **Electronic Control Weapons – TASER® Legal Issues and Litigation**
  Jack Ryan, Esq., Alphonse Gerhardstein, Esq.
  Public Agency Training Council; Las Vegas, NV, 2011, CE: 20

- **Excited Delirium Syndrome**; William Oliver, M.D. (Pathologist)
  Public Agency Training Council; Las Vegas, NV, 2011, CE: 20

- **Use of Force Investigation and Review,**
  Los Angeles Office of the Inspector General, Django Sibley
  Los Angeles Police Department – Force Investigation Division, Det. III Bruce Hosea
  Corona Police Department (CA), 2011

- **Force Science Analyst – Officer Involved Shootings Certification Course**
  Force Science Center® - Minnesota State University,
  San Jose Police Department (CA), 2010

- **Understanding & Leveraging the Psychophysiology of Emotional Intensity,**
  Matthew Sztajnkrycer, MD, Ph.D.
  San Jose Police Department (CA), 2010

- **Observe, Deduce and Corroborate Forensic Evidence,**
  Katherine Ramsland, Ph.D., CMI-V
  American College of Forensic Examiners Institute, National Conference

Orlando, (FL), 2010, CE: 2.0 ACFEI

- *Forensic Analysis & Presentation of Recorded Evidence,*
  Michael C. McDermott, Gregg M. Stutchman, Stephen C. Buller
  American College of Forensic Examiners Institute, National Conference
  Orlando, (FL), 2010, CE: 3.0 ACFEI

- *Quiet Eye Characteristics that Can Save an Officer's Life,*
  Joan N. Vickers, Ph.D., Kinesiology Department, University of Calgary, Canada
  San Jose Police Department (CA), 2010

- *Fundamentals of Human Performance Applications to Police Activities*
  Richard Schmidt, Ph.D., Psychology Department, UCLA
  San Jose Police Department (CA), 2010

- *The Cognitive Interview: Memory Enhancing Techniques for Investigative
  Interviewing,* Edward Geiselman, Ph.D., Psychology Department, UCLA
  San Jose Police Department (CA), 2010

- *Biomechanics of Lethal Force Encounters,*
  William Lewinski, Ph.D., Force Science Center®, Minnesota State University
  San Jose Police Department (CA), 2010

- *Law Enforcement Officer Safety Research: 1990 – 2010,*
  Anthony Pinizzotto, Ph.D., FBI Behavioral Science Unit (Ret.)
  Force Science Center®, Minnesota State University
  San Jose Police Department (CA), 2010

- *Rapid Containment Baton (RCB) Advanced Baton Instructor Course*
  San Bernardino Co. Sheriff's Department (CA), 2010

- *Kinesic Interview & Interrogation ®,* Stan B. Walters & Associates, Inc.
  Public Agency Training Counsel, Las Vegas, NV, 2009

- *Sudden Death, Excited Delirium and In-Custody Death Conference,*
  Las Vegas, NV, Institute for the Prevention of In-Custody Deaths, 2009

- *Identifying Brain Mechanisms and Biomarkers for Excited Delirium,*
  Debra Mash, Ph.D., Michelina Witte, Ph.D., Department of Neurology, Molecular
  and Cellular Pharmacology, University of Miami School of Medicine, 2009

- *Heart Disease in Stimulant Abusers,* Steven Karch, M.D., FFFLM,
  Institute for the Prevention of In-Custody Deaths, Las Vegas, NV, 2009

- *Excited Delirium: Behavioral Cues,* A. David Berman
  Institute for the Prevention of In-Custody Deaths, Las Vegas, NV, 2009

- *Evaluating and Communicating with Psychotic Persons,* Ellis Amdur, M.A.
  Institute for the Prevention of In-Custody Deaths, Las Vegas, NV, 2009

- *Restraint Asphyxia from a Medical Examiner's Perspective,*
  Ronald L. O'Halloran, M.D., Ventura County (CA) Medical Examiner's Office, 2009

- *Forensic Alcohol Evidence*, John Beck, Ph.D., CMI-V
  American College of Forensic Examiners Institute, Medical Investigators
  Certification Program, Las Vegas, NV, CE: 2.0 ACFEI, 2009

- *Eyewitness Cognition: Eyewitness Performance for Field & Courtroom*,
  Matthew Sharps, Ph.D., FACFEI, DABPS,
  American College of Forensic Examiners Institute, Forensic Consultant
  Certification Program, Las Vegas, NV, CE: 1.5 ACFEI, 10-2009

- *Investigating False Allegations of Sexual Abuse: Adults & Children*,
  Susan Robbins, Ph.D., LCSW, DFSW,
  American College of Forensic Examiners Institute, American Psychological
  Association, CE: 1.5 APA, 10-2009

- *Certified Medical Investigator Update Course, "Abusive Head Trauma: Forensic Medical Protocols in the Investigation of Childhood Injuries & Death,"*
  Douglas W. Beal, MD, MSHA, CMI-V
  American College of Forensic Examiners International Conference, Las Vegas, NV
  CE: 1.5 ACCME, 10-2009

- *Suicide Ideation: Suicide Note Evaluation*, Lori Bates, MA, CFC,
  American College of Forensic Examiners Institute, Forensic Consultant
  Certification Program, CE: 1.5 ACFEI, 10-2009

- *Forensic Consulting: In Search of the Truth, Veracity of Criminal Investigations*,
  Alva Bush
  American College of Forensic Examiners Institute, Forensic Consultant
  Certification Program, CE: 1.5 ACFEI, 10-2009

- *The Rise of Islamic Terrorism in the United States*, Bridgette Gabriel,
  American College of Forensic Examiners International Conference, Las Vegas, NV
  CE: 1.0, ACFEI, ABCHS, 10-2009

- *Excited-Agitated Delirium, Sudden In-Custody Death Recognition Instructor Course*
  Institute for the Prevention of In-Custody Death (IPICD), Las Vegas, NV, 2009

- *Forensic Analyst Certification Course – Excited Delirium, Sudden In-Custody Deaths*
  Institute for the Prevention of In-Custody Death (IPICD), Scottsdale, AZ, 2009

- *Peacekeeper Rapid Containment Baton (RCB) Instructor Course*,
  Peacekeeper Products, Jim Boydd, Master Instructor, Chicago, 2009

- *Jail & Prison Legal Issues (No. J29)*, 2009
  Americans for Effective Law Enforcement (AELE), Las Vegas, NV

- *Discipline & Internal Affairs Investigations (No. D49)*, 2008
  Americans for Effective Law Enforcement (AELE), Las Vegas, NV

- *Officer-Involved Shooting Investigations*, 2008
  Los Angeles Police Department (CA)

- *Lethal & Less Lethal Force (No. L04)*, 2008
  Americans for Effective Law Enforcement (AELE), Las Vegas, NV

**PROOF OF SERVICE**

I declare that I am employed in the County of Ventura, State of California. I am over the age of 18 years and not a party to the within action; my business address is 770 County Square Drive, Suite 104, Ventura, California 93003.

On October 24, 2014, I served [ ] the original [X] a true copy of the within document(s) on the interested parties in this action as follows: **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES**

Mr. Brian P. Keighron
Wisotsky, Proctor & Shyer
Financial Plaza Tower
300 Esplanade Drive, Suite 1500
Oxnard, CA 93036

[X]  **BY US MAIL.** I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Ventura, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[X]  **BY ELECTRONIC MAIL.** I caused a true and correct copy of such documents to be transmitted to the offices of the addressees via electronic mail on the date specified above.

[ ]  **BY PERSONAL SERVICE.** I delivered said document by hand to the offices of the addressee.

[ ]  **BY FAX.** I transmitted said document(s) by facsimile to the above fax number. This transmission was reported as complete and without error. The transmission report, attached hereto, was properly issued by the transmitting facsimile machine.

[ ]  **STATE.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on October 24, 2014, at Ventura, California.

_____Cindy Hendricks_____