UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 13-01615-MWF (Ax) | Date: March 11, 2015 |
| Title: Guillermo Ramirez, et al. -v- Oxnard Police Department., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER

Before the Court is Plaintiffs' Ex Parte Application to Modify the Scheduling Order Allowing Plaintiffs to Designate a Police Practicing Expert and to Take the Depositions of Defendants' Retained Experts (the "Application") filed January February 27, 2015. (Docket No. 119). Defendants filed an Opposition to Plaintiffs' Ex Parte Application (the "Opposition") on March, 2, 2015. (Docket No. 120).

In its Application Plaintiffs make to two requests that require the Court to alter its current scheduling order. First, Plaintiffs request that they be allowed to designate policing practices expert, Roger Clark and make him available for a deposition so that he may testify on their behalf at trial. (Application at 2). Second, Plaintiffs request leave to depose the medical experts currently designated by Defendants who they did not depose while discovery was open. (Application at 6).

The Court **GRANTS in part** and **DENIES in part** Plaintiffs' Application.

The Court will permit Plaintiffs to designate Mr. Clark as a policing practices expert for the purposes of allowing him to testify at trial. Plaintiffs argue that they will be seriously prejudiced if they are not able to offer Mr. Clark's rebuttal testimony to Defendants' own expert. The Court agrees. Further, Defendants will not be prejudiced by the late designation of Mr. Clark. There remains sufficient time left before trial for Mr. Clark to submit an expert report, for his deposition to be taken, and to allow

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 13-01615-MWF (Ax)                    **Date:**  March 11, 2015
Title:     Guillermo Ramirez, et al. -v- Oxnard Police Department., et al.

Defendants the opportunity to adequately prepare for his expected testimony at trial. Mr. Clark is a routine fixture at Section 1983 cases in this Courthouse; counsel for Defendants will undoubtedly be able to prepare for his deposition or cross-examination at trial without much difficulty.

However, the Court will not permit Plaintiffs to take the depositions of any of Defendants' witnesses. Plaintiffs provide no justification for their failure to take these expert depositions when they had the opportunity to do so. Plaintiffs have the expert reports and will have ample opportunity to challenge the experts' conclusions and reasoning on cross-examination at trial. Further, Plaintiff already have a medical expert of their own to provide testimony in support of their case.

Accordingly, the Court will permit Plaintiffs to amend their Rule 26 disclosures to include Mr. Clark. Such disclosure shall take place by **March 16, 2015**. Plaintiffs shall provide Mr. Clark's report to Defendants by **April 3, 2015** and will make him available for deposition on or before **May 2, 2015**.

IT IS SO ORDERED.