# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | CASE NO. CV13-01615-MWF-AN<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A MOTION IN LIMINE PRECLUDING PLAINTIFFS' POLICE PRACTICES EXPERT FROM TESTIFYING AS TO MEDICAL OPINIONS AND LEGAL CONCLUSIONS** |

    After reviewing Defendants' Ex Parte Application for a Motion in Limine Precluding Plaintiffs' Police Practices Expert from Testifying as to Medical Opinions and Legal Conclusions, and plaintiffs' opposition to said ex parte application, and for GOOD CAUSE SHOWN, the Court makes the following orders:

    1.    Plaintiffs' police practices expert, Roger Clark, is not permitted to express medical opinions at the trial of this case, including but not limited to opinions to the effect that Mr. Ramirez died as a result of restraint asphyxia, that he exhibited signs that he had died of restraint asphyxia, or that he agrees with the medical examiner's findings as to the manner or cause of death of the decedent; and

/ / /

2. Plaintiffs' police practices expert, Roger Clark, is not permitted to express legal conclusions to the effect that the officers' conduct was deliberately indifferent, reckless, or negligent, or that they violated the plaintiffs' Fourth Amendment or other constitutional rights.

IT IS SO ORDERED.

Dated: _____

Michael W. Fitzgerald
United States District Judge