James N. Procter II – State Bar No. 96589
Dirk DeGenna – State Bar No. 188972
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email: ddegenna@wps-law.net

Attorneys for Defendants,
   STEVEN RAMIREZ, MICHAEL BOCANEGRA,
   ROSLYNN WILFERT, PEDRO RODRIGUEZ,
   AARON ZAVALA, KYLE BRANTNER, and
   MATTHEW ROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | CASE NO. CV13-01615-MWF-AN<br><br>***CORRECTED* DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE**<br><br>[Declaration of Dirk DeGenna and Proposed Order Filed Concurrently Herewith]<br><br>Trial Date: June 16, 2015 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants STEVEN RAMIREZ, MICHAEL BOCANEGRA, ROSLYNN WILFERT, PEDRO RODRIGUEZ, AARON ZAVALA, KYLE BRANTNER, and MATTHEW ROSS will and hereby do apply to this Court, ex parte, for an order granting defendants' motion to continue the trial date of June 16, 2015, to August 11, 2015; October 13, 2015; October 27, 2015 or some later date convenient to the court.

## **LOCAL RULE 7-19 COMPLIANCE**

Prior to filing this ex parte application, defense counsel contacted plaintiffs' counsel, Eric Valenzuela and Dale Galipo in compliance with Local Rule 7-19 through 7-19.1 by a series of emails exchanged between counsel on June 1, 2015. See Declaration of Dirk DeGenna in support of ex parte application ("DeGenna Declaration"), paragraphs 4 and 5.

After the exchange of emails, defense counsel indicated on June 1, 2015 that he will be filing this ex parte application by Tuesday, June 2, 2015 and Mr. Valenzuela indicated by e-mail dated June 1, 2015, that the plaintiffs' position is to oppose defendants' ex parte. See DeGenna Declaration, paragraph 5 and 6.

Plaintiffs' counsel are Dale Galipo and Eric Valenzuela of the Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367; Phone: (818) 347-3333; Fax: (818) 347-4118; dalekgalipo@yahoo.com; evalenzuela@galipolaw.com.

DATED: June 1, 2015        WISOTSKY, PROCTER & SHYER

By: _____

James N. Procter II
Dirk Keighron
Attorneys for Defendants,
STEVEN RAMIREZ, MICHAEL
BOCANEGRA, ROSLYNN WILFERT,
PEDRO RODRIGUEZ, AARON ZAVALA,
KYLE BRANTNER, and MATTHEW ROSS

# EX PARTE APPLICATION

## I.

## INTRODUCTION

This case arises out of the death of Robert Ramirez, who died after consuming an eight ball of methamphetamine and other drugs on June 23, 2012. Plaintiffs claim that Mr. Ramirez' death was the result of restraint asphyxia. Defendants assert that the officers acted reasonably in light of the circumstances facing them and that Mr. Ramirez died from a cardiac event caused by the enormous amount of methamphetamine that he swallowed prior to the arrival of the police on scene.

Trial in the this matter is currently scheduled to begin June 16, 2015, having been continued from February 24, 2015, in part due to the fact plaintiffs' current counsel, Dale Galipo substituted in for Brian Vogel of the Law Offices of Brian A. Vogel and Ron Bamieh of Bamieh & Erickson, PLC, on February 3, 2015.

James Procter, lead counsel for defendants, received confirmation from the Los Angeles County Superior Court in the case of *Sachs v. Meders*, Los Angeles Superior Court Case No. BC535961, that the trial in that matter will begin on June 8, 2015. Mr. Procter is the trial attorney in the *Sachs v. Meders*. Trial is expected to last a minimum of 12 court days, thereby making Mr. Procter unavailable in this case.

A request was made of Mr. Galipo to stipulate to continue the trial to accommodate Mr. Procter's trial calendar, however, the request was denied. The request was denied, despite defense counsel having made similar accommodations for Mr. Galipo's trial calendar in other Federal Civil Rights cases handled between the respective offices. Mr. Galipo's office indicated they would oppose an ex parte application to continue the trial.

A continuance to at least August 11, 2015, is required. Mr. Procter will be leaving the country on June 30, 2015, for a family reunion in Brazil and has another trial scheduled to begin upon his return. After August 11, 2015, the next available dates for Mr. Procter are October 13 or 27, 2015.

3

## II.
## **GOOD CAUSE EXISTS TO GRANT DEFENDANTS' EX PARTE APPLICATION**

Under Rule 16, a Court may modify a scheduling order for good cause shown. F.R.C.P. 16(b)(4). Good cause exists for the granting of defendants' ex parte application to continue the June 16, 2015 trial date and have their motion heard at this time ex parte as follows:

1. The defendants have been represented in this matter by James Procter and Brian Keighron, with Mr. Procter serving as lead trial attorney, since the inception of this litigation;

2. On May 15, 2015, Mr. Keighron retired;

3. On February 3, 2015, plaintiffs' current counsel, Dale Galipo substituted in for Brian Vogel of the Law Offices of Brian A. Vogel and Ron Bamieh of Bamieh & Erickson, PLC;

4. On February 11, 2015, the Court issued a minute order continuing the trial date in this matter from February 24, 2015 to June 16, 2015;

5. Mr. James Procter, lead counsel for defendants, is the trial attorney in a matter entitled *Sachs v. Meders*, Los Angeles Superior Court Case No. BC535961. A Case Management Conference in that matter was held on May 20, 2014. At the Case Management Conference, the court set the matter for a trial to begin on June 8, 2015;

6. On Friday May 29, 2015, the court in *Sachs v. Meders* advised that the trial will proceed on June 8, 2015 as scheduled;

7. Trial in *Sachs v. Meders* is expected to last a minimum of 12 court days, thereby creating a conflict with the case at hand and making Mr. Procter unavailable for trial;

8. Due to the fact the trial in this case is scheduled for June 16, 2015, a noticed motion to continue trial is not possible;

9. Moving party is without fault in creating the situation that requires the

ex parte relief; and

10. The issue to be decided by the Court is uncomplicated and extended briefing or oral hearing on the motion to continue is not required or necessary.

Thus, the application to have the court rule on defendant's motion in limine on an ex parte basis is an appropriate remedy in this case and complies with the criteria set forth in *Mission Power Engineering Company v. Continental Casualty Company*, 883 F.Supp. 488, 490-491 (C.D. Cal. 1995).

## III.

## CONCLUSION

Due to Mr. Procter unavailability to attend trial in this matter as scheduled, because of no fault of his own, trial in this matter should be continued from June 16, 2015, to August 11, 2015; October 13, 2015; October 27, 2015 or some later date convenient to the court. Defendants respectfully request that the Court grant their ex parte application for a motion to continue trial.

DATED: June 1, 2015                    WISOTSKY, PROCTER & SHYER


By: _____
James N. Procter II
Dirk DeGenna
Attorneys for Defendants,
STEVEN RAMIREZ, MICHAEL
BOCANEGRA, ROSLYNN WILFERT,
PEDRO RODRIGUEZ, AARON ZAVALA,
KYLE BRANTNER, and MATTHEW ROSS

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | CASE NO. CV13-01615-MWF-AN<br><br>[Proposed] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A MOTION TO CONTINUE TRIAL |

　　　　After reviewing Defendants' Ex Parte Application for an Order Continuing the Trial Date, and plaintiffs' opposition to said ex parte application, and for GOOD CAUSE SHOWN, the Court makes the following orders:

　　　　1.　Trial in this matter is continued from June 16, 2015 at 8:30 a.m. before Judge Michael W. Fitzgerald, to August 11, 2015 at 8:30 a.m.

　　　　IT IS SO ORDERED.

Dated:_____

　　　　　　　　　　　　　　　Michael W. Fitzgerald
　　　　　　　　　　　　　　　United States District Judge

1