# EXHIBIT F

# Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number: BC535961
ALINA SACHS VS ISAIAH MEDERS

Filing Date: 02/10/2014
Case Type: Contractual Fraud (General Jurisdiction)
Status: Pending

Future Hearings

**06/08/2015** at 09:30 am in department 68 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

Documents Filed | Proceeding Information

Parties

BOURKE THOMAS K. LAW OFFICES OF - Attorney for Plaintiff/Petitioner

DOES 1-10 - Defendant/Respondent

MEDERS ISAIAH - Defendant/Respondent

PROCTER JAMES N. II ESQ. - Attorney for Deft/Respnt

SACHS ALINA - Plaintiff/Petitioner

Case Information | Party Information | Proceeding Information

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:
02/10/2014

**05/27/2015** Brief (TRIAL BREIF )
Filed by Attorney for Pltf/Petnr

**05/22/2015** List of Witnesses
Filed by Attorney for Deft/Respnt

**05/22/2015** Opposition Document (TO MOT IN LIM NO.4 )
Filed by Attorney for Pltf/Petnr

**05/22/2015** Notice (OF JOINT WAIVER OF JURY TRIAL )
Filed by Attorney for Pltf/Petnr

**05/22/2015** List of Exhibits (JOINT )
Filed by Attorney for Deft/Respnt

**05/21/2015** List of Exhibits
Filed by Attorney for Pltf/Petnr

**05/21/2015** Motion in Limine (NOS. 1 AND 2 )
Filed by Attorney for Pltf/Petnr

**05/21/2015** Opposition Document ((2)PARTIAL OPPS TO MOTS IN LIM 1-3 )
Filed by Attorney for Pltf/Petnr

**05/21/2015** List of Witnesses
Filed by Attorney for Pltf/Petnr

**05/21/2015** Miscellaneous-Other (JURY INSTRUCTS )
Filed by Attorney for Pltf/Petnr

**05/11/2015** Order (DEFT ISAIAH MEDERS' OBJECTIONS TO DEC OF AMY WONG IN SUPPORT OF OPP TO DEFT ISAIAH MEDERS' M/SAJ AND ORDER )
Filed by Attorney for Defendant/Respondent

**05/06/2015** Opposition Document (Plaintiff Alina Sachs' opp to belated request for 60-day post- ponment )
Filed by Attorney for Plaintiff/Petitioner

**05/06/2015** Ex-Parte Application (Deft Isaiah Meders exp app for an order cont the trial )
Filed by Attorney for Defendant/Respondent

**05/06/2015** Motion in Limine (NOS.1-4 )
Filed by Attorney for Deft/Respnt

**05/04/2015** Reply/Response (TO OPP TO MOT FOR S/J )
Filed by Attorney for Deft/Respnt

**05/04/2015** Reply/Response (TO OBJS AND RESPS TO SEP STMT )
Filed by Attorney for Deft/Respnt

**05/04/2015** Objection Document (TO DECL IN SUP OF OPP TO MOT FOR S/J )
Filed by Attorney for Deft/Respnt

**05/04/2015** Objection Document (TO MOT FOR SAI )
Filed by Attorney for Deft/Respnt

**04/27/2015** Points and Authorities (IN OPP TO MOT FOR S/J )
Filed by Attorney for Pltf/Petnr

**04/27/2015** Miscellaneous-Other (EVID SUBMITTED )
Filed by Attorney for Pltf/Petnr

**04/27/2015** Miscellaneous-Other (SEP STMT OF DISP AND UNDISP MAT FACTS IN OPP TO MOT FOR SAI )
Filed by Attorney for Pltf/Petnr

**03/04/2015** Notice of Continuance (RE MOT FOR SAI )
Filed by Attorney for Deft/Respnt

**02/23/2015** Mtn for Summary Adjud of Issues
Filed by Attorney for Deft/Respnt

**02/23/2015** Miscellaneous-Other (SEP STMT OF UNDISP MAT FACTS IN SUP OF MOT FOR SAI )
Filed by Attorney for Deft/Respnt

**02/23/2015** Miscellaneous-Other (OF DOCS EVID IN SU-P OF MOT FOR SAI )
Filed by Attorney for Deft/Respnt

**09/05/2014** Answer to First Amended Complaint
Filed by Attorney for Deft/Respnt

**08/27/2014** Answer to First Amended Complaint
Filed by Attorney for Deft/Respnt

**07/31/2014** Motion for an Order (FOR ORD TO APPAR FOR NTC'D DEPO )
Filed by Attorney for Deft/Respnt

**07/28/2014** First Amended Complaint
Filed by Attorney for Pltf/Petnr

**06/19/2014** Reply/Response (TO OPP TO DEM )
Filed by Attorney for Deft/Respnt

**06/19/2014** Reply/Response (TO OPP TO MOT TO STRIKE )
Filed by Attorney for Deft/Respnt

**06/17/2014** Opposition Document (OPP TO DEM TO COMPLAINT )
Filed by Attorney for Pltf/Petnr

**06/17/2014** Opposition Document (TO MOT TO STRIKE )
Filed by Attorney for Pltf/Petnr

**05/05/2014** Statement-Case Management
Filed by Attorney for Pltf/Petnr

**05/05/2014** Statement-Case Management
Filed by Attorney for Deft/Respnt

**04/01/2014** Demurrer
Filed by Attorney for Deft/Respnt

**04/01/2014** Motion to Strike (PORTS OF COMPLAINT )
Filed by Attorney for Deft/Respnt

**03/14/2014** Notice-Case Management Conference
Filed by Clerk

**03/03/2014** Proof-Service/Summons
Filed by Attorney for Pltf/Petnr

**02/11/2014** Notice (OF LODGING OF EXHIBITS 1 & 2 )
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   02/10/2014

**02/10/2014** Complaint

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   02/10/2014

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

**05/29/2015** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Final Status Conference - **Completed**

**05/11/2015** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Motion for Summary Adjudication (MOT OF DEF) - **Denied**

**05/06/2015** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Exparte proceeding - **Denied**

**10/06/2014** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Motion to Compel (MOT OF DEFT) - **Off Calendar**

**06/26/2014** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Hearing on Demurrer (DEF'S DEM and MOT STRIKECMC) - **Sustained**

**05/20/2014** at 08:30 am in Department 68, Mark V. Mooney, Presiding
Conference-Case Management - **Matter continued**

Case Information | Party Information | Documents Filed | Proceeding Information