# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 13-1615-MWF(ANx) |
| Title: | Guillermo Ramirez, et al. v. Oxnard Police Department, et al. |
| Date | June 25, 2015 |

Present: The Honorable MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Maria Bustillos/Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo/Eric Valenzuela | Dirk DeGenna/James Procter, II |

___ Day Court Trial    7th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

___ Plaintiff(s) rest.    ✓ Defendant(s) rest.

___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.

___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.

___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.

✓ Motion for Judgment/Directed Verdict by Defendants is    ___ granted.    ✓ denied.    ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to Friday, June 26, 2015 at 7:30 a.m. for further trial/further jury deliberation.

✓ Other: Outside the jury's presence, Court and counsel discuss witnesses, exhibits, and jury instructions.

                                                                        05 : 00

                                        Initials of Deputy Clerk    rs

cc: