# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 13-1615-MWF(ANx) |
| Title: | Guillermo Ramirez, et al. v. Oxnard Police Department, et al. |
| Date | June 26, 2015 |

Present: The Honorable  MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Maria Bustillos/Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo/Eric Valenzuela | Dirk DeGenna/James Procter, II |

\_\_\_\_\_ Day Court Trial      8th Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);   **X** Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.

✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by Defendants is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    Tuesday, June 30, 2015 at 8:30 am    for further trial/further jury deliberation.

✓ Other: Outside the jury's presence, Court and counsel discuss witnesses, exhibits, and jury instructions.

03 : 15

Initials of Deputy Clerk    rs

cc: