# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CV 13-1615-MWF(ANx) | Date  June 30, 2015 |
| Title: | Guillermo Ramirez, et al. v. Oxnard Police Department, et al. | |

Present: The Honorable    MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eric Valenzuela | Dirk DeGenna |

_____ Day Court Trial          9th          Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  X  Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.          _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.          _____ Jury retires to deliberate.    ✓ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.          _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by  Defendants    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    Wednesday, July 1, 2015 at 8:30 a.m.    for XXXXXXX/further jury deliberation.

✓ Other:  Outside the jury's presence, Court and counsel discuss Jury Note No. 1.  The Court will prepare a proposed response to the note, and confer with counsel July 1 at 8:30 a.m. and instruct the jury at 9:00 a.m.

_____  :  10

Initials of Deputy Clerk  _____  cw

cc: