# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO RAMIREZ, et al.,

    Plaintiffs,

vs.

THE CITY OF OXNARD, et al.,,

    Defendants.

Case No. CV 13-01615-MWF (ANx)

**JUDGMENT AFTER TRIAL**

    This action came on regularly for trial on June 16, 2015, in Courtroom 1600 of this United States District Court. Plaintiffs were R.R., by and through his Guardian Ad Litem, Antonio Anguiano Cervantez, Guillermo Ramirez, and Teresa Ramirez. Plaintiffs are respectively the minor son, mother and father of Decedent Robert Ramirez. Plaintiffs were represented by attorney Dale K. Galipo and Eric Valenzuela of the Law Offices of Dale K. Galipo. Defendants City of Oxnard, Michael Bocanegra, Kyle Brantner, Steven Ramirez, Pedro Rodriguez, Matthew Ross, Roslyn Wilfert, and Aaron Zayala were represented by James Procter and Dirk DeGenna of Wisotsky, Procter & Shyer.

    A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

**First Claim: Excessive Force**

  **Question 1:** Did any of the following Officers use excessive force against Robert Ramirez?

| Officer | Yes | No |
|---|---|---|
| Michael Bocanegra | Yes___ | No_X_ |
| Kyle Brantner | Yes___ | No_X_ |
| Steven Ramirez | Yes_X_ | No___ |
| Pedro Rodriguez | Yes___ | No_X_ |
| Matthew Ross | Yes___ | No_X_ |
| Roslyn Wilfert | Yes___ | No_X_ |
| Aaron Zavala | Yes___ | No_X_ |

*If you answered "Yes" for any of the Officers, please answer Questions 2 and 3.*
*If you answered "No" for all of the Officers, please answer Question 4.*

  **Question 2:** Was the excessive force a substantial factor (as defined in Jury Instruction No. 26) in causing any injury or harm to Robert Ramirez?

      Yes_X_  No___

*If you answered "Yes" for Question 2 please answer Question 3.*
*If you answered "No" for Question 2 please answer Question 4.*

  **Question 3:** Was the excessive force a substantial factor in causing Robert Ramirez's death?

      Yes_X_  No___

*Please answer Question 4.*

///
///
///
///
///

**Second Claim: Deliberate Indifference to Medical Needs**

**Question 4:** Did any of the following officers violate the constitutional rights of Robert Ramirez by acting with deliberate indifference to his medical needs?

| Officer | Yes | No |
|---|---|---|
| Michael Bocanegra | ___ | _X_ |
| Kyle Brantner | ___ | _X_ |
| Steven Ramirez | ___ | _X_ |
| Pedro Rodriguez | ___ | _X_ |
| Matthew Ross | ___ | _X_ |
| Roslyn Wilfert | ___ | _X_ |
| Aaron Zavala | ___ | _X_ |

*If you answered "Yes" for any of the Officers, please answer Questions 5 and 6.*
*If you answered "No" for all of the Officers, please proceed to Question 7.*

**Third Claim: Interference with Family Relationship**

**Question 7:** Did any of the following Officers violate the constitutional rights of Guillermo Ramirez, Teresa Ramirez, or R.R. by interfering with their family relationship with Robert Ramirez?

| Officer | Yes | No |
|---|---|---|
| Michael Bocanegra | _X_ | ___ |
| Kyle Brantner | _X_ | ___ |
| Steven Ramirez | _X_ | ___ |
| Pedro Rodriguez | _X_ | ___ |
| Matthew Ross | _X_ | ___ |
| Roslyn Wilfert | _X_ | ___ |
| Aaron Zavala | _X_ | ___ |

*Please answer Question 8.*

///
///
///

**Fourth Claim: Negligence**

**Question 8:** Were any of the following Officers negligent in their contact with Robert Ramirez?

| Officer | Yes | No |
|---|---|---|
| Michael Bocanegra | X | |
| Kyle Brantner | X | |
| Steven Ramirez | X | |
| Pedro Rodriguez | X | |
| Matthew Ross | X | |
| Roslyn Wilfert | X | |
| Aaron Zavala | X | |

*If you answered "Yes" to any of the Officers, please answer Question 9.*
*If you answered "No" to all of the Officers, please proceed to Question 12.*

**Question 9:** Was the negligence of any of the following Officers a substantial factor (as defined in Jury Instruction No. 26) in causing Robert Ramirez's death?

| Officer | Yes | No |
|---|---|---|
| Michael Bocanegra | X | |
| Kyle Brantner | X | |
| Steven Ramirez | X | |
| Pedro Rodriguez | X | |
| Matthew Ross | X | |
| Roslyn Wilfert | X | |
| Aaron Zavala | X | |

*If you answered "Yes" to any of the Officers, please answer Question 10.*
*If you answered "No" to all of the Officers, please proceed to Question 12.*
*However, if you answered "No" to Questions 2, 3, 5, 6, **and** as to all the Officers in Questions 7 **and** 9, please sign and return this Form to the Clerk.*

**Question 10:** Was Robert Ramirez negligent in his actions on June 23, 2012, such that his negligence contributed to the harm caused by any Officers' negligence?

Yes _X_   No ___

*If you answered "Yes" to Question 10, please answer Question 11.*
*If you answered "No" to Question 10, please proceed to Question 12.*

Question 11: What percentage of responsibility for Robert Ramirez's injury or harm do you assign to the following?

| | |
|---|---|
| The negligence of the Officers | <u>52</u>% |
| The negligence of Robert Ramirez | <u>48</u>% |
| **Total:** | **100**% |

*Please proceed to Question 12.*

**Damages**

*If you answered "Yes" to Questions 2, 3, 5 __or__ 6, please answer Question 12. If you answered "No" to Questions 2, 3, 5 __and__ 6, please leave question 12 blank and proceed to Question 13.*

**Question 12:** What amount of damages, if any, did Robert Ramirez sustain which was caused by the Officers?

<u>$ 75,000</u>

*If you answered "Yes" to Questions 3 __or__ 9, please answer Question 13. __Do not__ make any allowances in damages based on your answer to Question 11 if you answered Question 11. If you answered "No" to Questions 3 __and__ 9, please leave Question 13 blank and proceed to Question 14.*

///
///

**Question 13:** What are R.R.'s damages as a result of the death of Robert Ramirez?

<u>$ 1.6 million</u>

*If you answered "Yes" to Question 7 as to any Officer, please answer Question 14. If you did not answer "Yes" to Question 7 as to any Officer, do not answer Question 14, and please sign and return this Form.*

**Question 14:** What are Guillermo Ramirez's damages as a result of the death of Robert Ramirez?

<u>$ 625,000</u>

*If you answered "Yes" to Question 7 as to any Officer, please answer Question 15. If you did not answer "Yes" to Question 7 as to any Officer, do not answer Question 15, and please sign and return this Form.*

**Question 15:** What are Teresa Ramirez's damages as a result of the death of Robert Ramirez?

<u>$ 625,000</u>

By the agreement of the parties and operation of law, judgment on a claim of battery is entered consistent with the verdict on the claim for excessive force.

By the operation of law, judgment is entered against Defendant City of Oxnard consistent with the verdict on the claims for battery and negligence.

By operation of law, judgment is entered in favor of Plaintiff R.R for the damages arising from the claims for excessive force, battery, and negligence, which are the survival damages of Decedent Robert Ramirez.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claims for excessive force, battery and negligence*: Judgment is entered in favor of Plaintiff R.R. in the amount of $75,000.

Defendants Steven Ramirez and City of Oxnard, jointly and severally, are liable for $75,000. Defendant Steven Ramirez is also liable for interest, costs, and attorneys' fees as provided by law. Defendant City of Oxnard is also liable for interest and costs as provided by law. Of the amount of $75,000 on these claims, Defendants Michael Bocanegra, Kyle Brantner, Pedro Rodriguez, Matthew Ross, Roslyn Wilfert, and Aaron Zayala, jointly and severally, are liable for $39,000, plus interest and costs as provided by law.

2. *On the claim for deliberate indifference to serious medical needs*: Judgment is entered in favor of Defendants Michael Bocanegra, Roslynn Wilfert, Steven Ramirez, Pedro Rodriguez, Aaron Zavala, Kyle Brantner, and Matthew Ross, and Plaintiffs take nothing by their Complaint.

3. *On the claim for interference with a family relationship*: Judgment is entered in favor of Plaintiff R.R. in the amount of $1,600,000 against Defendants Michael Bocanegra, Kyle Brantner, Steven Ramirez, Pedro Rodriguez, Matthew Ross, Roslyn Wilfert, and Aaron Zayala, jointly and severally, plus interest, costs and attorney's fees as provided by law.

4. *On the claim for interference with a family relationship*: Judgment is entered in favor of Plaintiff Guillermo Ramirez in the amount of $625,000 against Defendants Michael Bocanegra, Kyle Brantner, Steven Ramirez, Pedro Rodriguez, Matthew Ross, Roslyn Wilfert, and Aaron Zayala, jointly and severally, plus interest, costs and attorney's fees as provided by law.

5. *On the claim for interference with a family relationship*: Judgment is entered in favor of Plaintiff Teresa Ramirez in the amount of $625,000 against Defendants Michael Bocanegra, Kyle Brantner, Steven

Ramirez, Pedro Rodriguez, Matthew Ross, Roslyn Wilfert, and Aaron Zayala, jointly and severally, plus interest, costs and attorney's fees as provided by law.

6. The total amount awarded to Plaintiff R.R. by this Judgment is $1,675,000, plus interest, costs and attorney's fees as provided by law.

7. The total amount awarded to Plaintiff Guillermo Ramirez by this Judgment is $625,000, plus interest, costs and attorney's fees as provided by law.

8. The total amount awarded to Plaintiff Teresa Ramirez by this Judgment is $625,000, plus interest, costs and attorney's fees as provided by law.

Dated: July 9, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge