# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Guillermo Ramirez, et al.

V.

Oxnard Police Dept., et al.

Case Number: 2:13-cv-01615

Judgment was entered in this action on __7/10/2015__ / __188__ against __All Defendants__
                                         Date         Docket No.

NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $350.00 |
| Fees for service of process: see L.R. 54-3.2 | $500.00 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $9,473.40 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $89.13 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$10,412.53** |

NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[✓] Conventional service by first class mail
[ ] Other

_/s/ Brian Vogel_                                   Brian A. Vogel, Esq.
Signature                                            Print Name

Attorney for: Plaintiff R.R., by and through his Guardian Ad Litem, Antonio Cervantes

Costs are taxed in the amount of  $10,412.53 - no objections.

KIRY K. GRAY            By: _____                November 6, 2015
Clerk of Court               Deputy Clerk                    Date
                             Rosa Morales

CV-59 (12/14)                BILL OF COSTS                   Page 1 of 2