1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4                  - - -

5   HONORABLE MICHAEL W. FITZGERALD, DISTRICT JUDGE PRESIDING

6

7   GUILLERMO RAMIREZ, et al.,        )
                                      )
8          Plaintiffs,               )
                                      )
9                                     )
                                      )
10     vs.                           ) No. CV 13-01615-MWF
                                      )
11                                    )
                                      )
12  OXNARD POLICE DEPARTMENT, ET     )
    AL,                               )
13                                    )
           Defendants.               )
14  _____

15

16    REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS, DAY 6

17              _VOLUME I OF II_

18           LOS ANGELES, CALIFORNIA

19           WEDNESDAY, JUNE 24,2015

20  _____

21

22              MARIA R. BUSTILLOS
             OFFICIAL COURT REPORTER
                C.S.R. 12254
23           UNITED STATES COURTHOUSE
             312 NORTH SPRING STREET
24                 ROOM 404
           LOS ANGELES, CALIFORNIA 90012
25               (213) 894-2739

1                           **A P P E A R A N C E S**

2

3

4        **ON BEHALF OF THE PLAINTIFFS,**
         **GUILLERMO RAMIREZ:**              LAW OFFICES OF DALE K.
5                                            GALIPO
                                             BY:  DALE K. GALIPO, ESQ.
6                                                 ERIC VALENZUELA, ESQ.
                                             21800 BURBANK BOULEVARD
7                                            SUITE 310
                                             WOODLAND HILLS, CA 91367
8                                            (818)347-3333

9

10       **ON BEHALF OF THE DEFENDANTS,**
         **OXNARD POLICE DEPARTMENT:**       PROCTER & SHYER, LLP
11                                           BY:  JAMES N. PROCTER, II,
                                             ESQ.
12                                                DIRK DeGENNA
                                             300 ESPLANADE DRIVE
13                                           SUITE 1500
                                             OXNARD, CA 93036
14                                           (805)278-0920

15

16

17

18

19

20

21

22

23

24

25

1

## I N D E X

2

PAGE

VOLUME I OF II:
3        GOVERNMENT'S CASE, TRIAL DAY 8.................        5

4


5

PLAINTIFF'S WITNESSES:    DIRECT    CROSS    REDIRECT    RECROSS
6

DR. O'HALLORAN, RONALD      --        --        --           --
7        BY DALE GALIPO               --        --        25           --
(FURTHER)                    --        --        34           --
8        BY JAMES PROCTER             --         5        --           32

9

10

11

12

13

14

15

16

17

18

19                                 - -

20

21

22                            **E X H I B I T S**

PLAINTIFF'S                              RECEIVED      MARKED
23          101                                    27          --

24

25

E X H I B I T S

| DEFENSE'S | RECEIVED | MARKED |
|---|---|---|
| 100A-D | 9 | -- |
| 203 | 22 | -- |

UNITED STATES DISTRICT COURT

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 24, 2015

 2                              -o0o-

 3                   (COURT IN SESSION AT 8:36 A.M.)

 4              THE COURT:  Okay.  So let's get the jurors.

 5         (Whereupon the following was held in open court:)

 6              THE COURT:  Good morning.  Ladies and gentlemen,

 7    good morning.  You are all here.  Dr. O'Halloran is on the

 8    stand under oath.  Counsel, you may proceed.

 9              MR. PROCTER:  Thank you, Your Honor.

10                        CROSS-EXAMINATION

11    DR. O'HALLORAN, RONALD, PREVIOUSLY SWORN.

12    BY MR. PROCTER:

13    Q    Good morning, Doctor.

14    A    Good morning.

15    Q    Can you explain to the jury what cyanosis is?

16    A    Cyanosis is just the way -- in this context is just a

17    bluish discoloration of the skin.

18    Q    Okay.  What causes that?

19    A    Often it's caused by not enough oxygen in the blood

20    vessels under the skin.

21    Q    I'm sorry.  Can you spell that, Doctor.

22              THE COURT:  I'm sorry.  And could you spell that,

23    Doctor.

24              THE WITNESS:  Yes, it's E-c-c -- I forget.

25              I stopped writing that one.
```

```
 1              THE COURT:  Ecchymosis?

 2              THE WITNESS:  Yeah.  E-c-c-h-y-m-o-s-i-s.

 3              THE COURT:  Boy, I did not have that right, which

 4    is why I asked.

 5              Okay.  Go ahead, Mr. Procter...

 6    BY MR. PROCTER:

 7    Q    Okay.  And cyanosis is a common finding when an

 8    individual is asphyxiated; correct?

 9    A    On a dead person, yes.  You can see -- you can see it

10    anywhere on the body because the -- the -- all of the blood

11    loses its oxygen --

12    Q    Okay.

13    A    -- on a dead person.

14    Q    Okay.  So if a person dies of asphyxia, you expect them

15    to be cyanotic; correct?

16    A    Yeah, among other people, yes.

17    Q    I beg your pardon?

18    A    Just like other people, yes.

19    Q    Okay.  Well, you wouldn't necessarily see cyanosis

20    immediately after a sudden cardiac death, would you?

21    A    No, not immediately.

22    Q    Okay.  Now, if the EMT who came to the scene

23    immediately -- while he came to the scene when he was called

24    in by the sergeant with the Oxnard Police Department, if he

25    reported that Mr. Ramirez' face was very red and flushed,
```

UNITED STATES DISTRICT COURT

```
 1    that would be inconsistent with asphyxia, would it not?
 2    A     No.
 3    Q     Don't you expect to see people who have asphyxiated,
 4    have cyanosis?
 5    A     You can see that in people who asphyxiate.
 6    Q     Right.
 7    A     I mean, you can see it in live people, who if they're
 8    cold, their fingers get blue.
 9    Q     Right.  But as we discussed yesterday, we're not talking
10    about a live person here?
11    A     Right.
12    Q     I'm going to ask that the Court mark as Exhibits 99A, B
13    and C.  They're already --
14              THE COURT:  There is a 99.  So let's make it 100.
15              THE CLERK:  Okay.  I'm handing this to the witness.
16              MR. PROCTER:  Yes, would you please.  Thank you.
17              Let's have those back for a moment.
18              MR. PROCTER:  Your Honor, may we approach for just
19    a moment for clarity?
20              THE COURT:  Yes.
21                        (Sidebar.)
22              MR. PROCTER:  This is the cropping, and these
23    are -- this one is going to be visible.
24              THE COURT:  Yes.
25              MR. PROCTER:  Okay.  Thank you.
```

```
 1              THE COURT:  If you want, you can suggest some -- I
 2    can suggest a limiting instruction, saying there is no
 3    evidence of activity here.
 4              MR. GALIPO:  Yes, I would.
 5              THE COURT:  Yeah.
 6              MR. GALIPO:  Yeah.
 7              THE COURT:  Okay.
 8                   (Whereupon sidebar concluded.)
 9              THE COURT:  Ladies and gentlemen, there's going to
10    be some autopsy graphs there -- it's -- not of incisions or
11    anything like that, although, obviously, it's of a naked
12    body.  So I've had them cropped to preserve Mr. Ramirez'
13    dignity.  There are also on the body some tattoos.  I just
14    want you to know, there's no evidence of any gang activity
15    here.  There was -- I'm unaware of any reason to think
16    Mr. Ramirez was involved in that.  Lots of people have
17    tattoos.  So it's just they happen to be there.  It shouldn't
18    influence your -- anything you're deciding in this case one
19    way or the other.  They just happen to be there.  The reason
20    you're being shown those photographs has nothing to do with
21    those tattoos.
22              All right.  Go ahead, Mr. Procter.
23              MR. PROCTER:  Thank you, Your Honor.
24    BY MR. PROCTER:
25    Q    Doctor, do you recognize those photographs?
```

1    A    Yes, I do.

2    Q    And what are they collectively -- and they're

3    Exhibits 100A, B, C and D?

4    A    Well, they're photographs taken of the autopsy of

5    Mr. Ramirez.

6    Q    And do those photographs show the bruises on

7    Mr. Ramirez' torso that we've been talking about since

8    yesterday?

9    A    Some of them.

10    Q    Okay.  All right.  I would ask that Exhibits 100A

11    through D be received and admitted into evidence?

12            THE COURT:  They are admitted.

13      (Whereupon Defense's Exhibits 100A-D are admitted hereto.)

14            MR. PROCTER:  May I have them, so they can be

15    published, Your Honor?

16            THE COURT:  Yes.

17            THE WITNESS:  I'd be happy to circle them or

18    something, so the jury could see them better.

19            MR. PROCTER:  Yes, I think we can do that --

20            THE WITNESS:  Okay.

21            MR. PROCTER:  -- from -- I'm going to put them on

22    the Elmo.

23            THE WITNESS:  Okay.

24    BY MR. PROCTER:

25    Q    So what we're looking at here is what?

```
 1   A    That's the right shoulder back area.  So here's the
 2   back.  Do you see?  You don't see -- when I -- well, I guess
 3   I can't point at it.
 4              MR. PROCTER:  I beg your pardon, sir?
 5              THE WITNESS:  I guess I can't point at it.
 6              THE COURT:  What you can do, Doctor, is circle it
 7   on the screen.  If you put pressure on the screen, a line
 8   will show up.
 9              THE WITNESS:  Oh, okay.  Oh, I see.  I'm making
10   dotted lines.
11              MR. PROCTER:  As the other witnesses have found
12   out, there is a learning curve here.
13              THE WITNESS:  Yes, I see.
14   BY MR. PROCTER:
15   Q    Well, what are we looking at there that you just
16   circled?
17   A    Well, you an see there's a reddish purple area in the
18   center of the circle that I have drawn and that's a bruise on
19   the back of the right shoulder area.
20   Q    Um, is that a deep bruise?
21   A    I didn't cut through it to see how deep it was.
22   Q    Does it appear just surficially that that's a deep
23   bruise?
24   A    We can't tell.  You can't tell unless you look in the
25   fat underneath and make a cut.
```

UNITED STATES DISTRICT COURT

```
 1   Q    Okay.  So there's no way that you can offer an opinion
 2   with respect to severity of the -- the force that caused this
 3   bruise that we're looking at on Exhibit 100A; correct?
 4   A    No, that's not correct.  To make any bruise, it takes
 5   force -- significant force.  And it's easier to make bruises
 6   over bones.  So this is over a soft tissue area.  I can say
 7   that.
 8   Q    Well, I don't mean to split hairs with you, but you
 9   don't know the -- you can't quantify the amount of force that
10   cause that bruise; can you?
11   A    It would be significant.  And it could be very hard.
12   Q    Okay.  Well, my question is different.  Can you quantify
13   it in terms of foot pounds of energy?  I mean, you're the
14   expert.  Can you do that?
15   A    No, you can't.
16   Q    Okay.  Oh, now, did you know when Mr. Ramirez got this
17   bruise?
18   A    I don't know for sure.  It looks recent but -- you know,
19   I can't pinpoint to, you know, 20 minutes before, one minute
20   before, even an hour before.
21   Q    You can't pinpoint it to whether it occurred before or
22   after his contact with the police officers; correct?
23   A    Well, it's unlikely.  I mean, it's very unlikely that it
24   occurred after the contact because his heart wasn't beating.
25   So if the heart's not beating, then blood won't pull when the
```

```
1    blood vessels are broken during a -- a -- you know, of

2    pressure -- an impact or whatever that causes -- would cause

3    a bruise.  So this was -- you know, before he -- his heart

4    stopped.

5    Q    Right.  I understand that; but my question was, before

6    he was contacted by the police officers on the night of

7    June 23rd?

8    A    Oh, I'm sorry.  I thought you said -- after the

9    restraint.

10   Q    No.  Okay.  And can you tell if this bruise occurred

11   before or after his contact with the police officers?

12   A    It could have occurred before or during.

13   Q    Okay.  And based upon what you know about the struggle

14   that occurred, is -- is -- does a bruise of this nature

15   surprise you?

16   A    Not with the information of all the pressure applied to

17   the right back area and right shoulder, no.

18   Q    Are there any other bruises that you can see on this

19   photograph?

20   A    No, not clearly.  There's a -- there's a -- a little

21   green area here that might be the remnants of an old bruise.

22   As we all know when we get bruised, it starts out purple and

23   it fades to a green and yellow color and then disappears.  So

24   there's a little bit of greenish/yellowish discoloration

25   there that might be an old bruise, but that wouldn't be
```

```
 1   related to this incident.
 2   Q    Did you receive any information during your
 3   investigation in this matter that at one point Mr. Ramirez
 4   fell over in his back next to a tree?
 5   A    Against a tree?
 6   Q    Next to a tree?
 7   A    Next to a tree?  I do recall something about him
 8   falling.  I don't remember if it was on his back or not or by
 9   a tree or not.
10   Q    This bruise could have been caused by that; correct?
11   A    Depending on what he landed on, yes, it could.
12   Q    And there was some testimony earlier about Mr. Ramirez
13   striking himself -- hitting himself.  Is that something that
14   you have seen with people who are overdosing or have too much
15   methamphetamine in their system?
16             MR. GALIPO:  I apologize, Your Honor; but I think
17   it's going to call for speculation and lack of foundation.
18             THE COURT:  Overruled.
19             THE WITNESS:  Oh, I didn't see anything in the
20   records about hitting himself.  I saw him punching a wall.  I
21   saw the information about that, and he did have a bruise --
22             THE COURT:  What matters is what's been here at
23   court.  So, Doctor, just assume you're being asked if that
24   happened, what as an expert can you tell us what effect that
25   have.
```

```
 1              Ask the question again, Mr. Procter.
 2              MR. PROCTER:  I was ready to move on to something
 3     else.
 4              May we have this returned to Dr. O'Halloran, so
 5     that he can mark on the exhibit itself where the bruises are.
 6     And you can mark the old one, as well, Dr. O'Halloran, but if
 7     you would please just put a notation and an arrow to that
 8     one.
 9              THE WITNESS:  Okay.  Okay.  Maybe -- can you clear
10     out the markings on the screen?  I'm going to...
11     BY MR. PROCTER:
12     Q    I'm going to show you Exhibit 100B in evidence.
13              What are we looking at here, Dr. O'Halloran?
14     A    This one it actually shows two things.  To clarify for
15     the jury, all this -- can't point to it -- just above where
16     the ruler is, you can see two kind of straight horizontal
17     dark purple spots and -- do you want me to circle those?
18     Q    Yes.
19     A    Okay.  So you can see those two intermittent purple
20     spots are kind of parallel to each other and kind of
21     horizontal slanted towards the mid line of the body -- toward
22     the backbone where they touch.  And those are bruises -- the
23     broken blood vessels underneath the skin that have bled.  All
24     the other discolorations you see that are kind of red and
25     blue with patches of clearness in between them are lividity.
```

```
 1    That's the postmortem of settling of blood.  When we die, we
 2    don't have any blood pressure and gravity slowly pulls blood
 3    to whatever parts down.  And when a person dies like in the
 4    hospital, they put them on their back, and of course, when we
 5    pick them up and bring them to the morgue, we leave them on
 6    their back.  So in the back, you get lividity.  It's kind of
 7    a reddish purple discoloration.  It looks a lot like a
 8    bruise.  So I just want them to know that that wasn't a
 9    bruise -- bruising.
10    Q    Okay.  Now that bruise on his left lower back that's
11    shown here in 100B, is that consistent with somebody having
12    their hands behind their back and somebody trying to give
13    chest compressions?
14    A    Well, if it's -- if he's handcuffed, you know, I don't
15    know how long the chain is between them, but the chain would
16    go -- well, let me just show on myself.  So I'm putting my
17    hands behind my back --
18    Q    Uh-huh?
19    A    -- like the wrists are together and the handcuffs would
20    be going around my wrists; but they would be going vertically
21    from top to bottom, making a bruise, if the bruise was caused
22    by them.  It would be pretty hard to get them so you can get
23    both of them next to each other even if there's a six-inch
24    chain or something in between.  So I -- I don't think they're
25    very consistent with handcuffs.  They're going
```

```
 1    the opposite -- 90 degrees the wrong direction.

 2    Q    If your hands are handcuffed this way, the cuffs go

 3    around the wrist; correct?

 4    A    Correct.

 5    Q    And behind your back; correct?

 6    A    Yeah.  Why don't you step out from behind the podium, so

 7    I can see.  Thanks.

 8    Q    Oh, I'm sorry.  They're like this; correct?

 9    A    Yeah, they're about -- your wrists are at about a

10    45-degree angle from each other, going opposite directions.

11    Q    Well, isn't this what I'm showing about the location of

12    that bruise?

13    A    Actually, you have to lift it a good --

14              THE COURT:  Please, Doctor, let Mr. Procter finish

15    his question.  He'll let you finish your answer.  The court

16    reporter will be happy.  The jury will follow what's going

17    on.

18              All right.  Counsel, go ahead.

19    BY MR. PROCTER:

20    Q    I'm holding my wrist about where that bruise is on

21    Mr. Ramirez' back; correct?

22    A    Not correct.

23    Q    Where would I have to hold the -- the handcuffs, up

24    higher?

25    A    Yeah, about eight inches higher.
```

1    Q    Okay.  All right.  So about here?

2    A    A little higher.

3    Q    Okay.  Do you have any information as to what caused

4    that bruise?

5    A    Well, I can say what things it would be consistent with,

6    but I don't know specifically what caused it; just some

7    pressure.

8    Q    Beg your pardon?

9    A    Just some sort of pressure.

10   Q    Okay.  But based upon all your review of the tapes and

11   the -- the -- and the facts of this case, you can't ascribe a

12   particular cause to that bruise; correct?

13   A    Some sort of pressure or impact, but the instrument

14   involved, whether it's a shoe or whether it's a baton or

15   whatever, I can't say.

16   Q    Or what you -- you did know that there's no evidence

17   that he was struck by a baton; correct?

18   A    I know a baton was out, but I don't know that I had seen

19   nothing about stricken with a baton.

20   Q    And -- and you didn't find any evidence on his body that

21   he was punched or struck with anything, did you?

22   A    Well, this bruise -- this pair of bruises would support

23   that he was struck with something.

24   Q    Well, you can get a -- you can get a bruise just by

25   being held down; correct?

```
 1    A    That's correct, but I think you cut off my answer --

 2    Q    Oh, I'm sorry.

 3    A    -- to your previous question.  This bruise is two

 4    straight bruises.  Almost parallel to each other or it's

 5    one -- now, there's one up there.

 6    Q    I will reformat it here.

 7    A    Okay.

 8    Q    Let's clear this out for now.  And.  Okay -- all right.

 9    And how large are those bruises?

10    A    The upper one is about three inches long, and the lower

11    one is about two and a half inches long.

12    Q    Okay.  And they're -- there are portions of the bruise,

13    obviously, that are -- are more prominent than others?

14    A    Exactly.

15    Q    Okay.  Thank you.  Let's take a look at Exhibit 100C...

16         Oh, and before I move on, let me return 100D to the

17    witness, so that he can mark the area of those two bruises...

18    Dr. O'Halloran, what are we looking at in this photograph --

19    what is significant here?

20    A    This is another bruise.  This one is on the victim's

21    right upper --

22         MR. PROCTER:  Objection, Your Honor.  Can we

23    have --

24         THE COURT:  Sustained.  Just ask the question

25    again.
```

1    BY MR. PROCTER:

2    Q    Okay.

3    A    I'll try to use subject.  I'm sorry.

4    Q    Please do.

5    A    Okay.

6    Q    What are we looking at here?

7    A    This is another purple bruise.  It's on the top of the

8    subject's right upper arm over the -- the -- the deltoid

9    muscle -- almost at the joint.

10   Q    Okay.  Like -- is it -- it is kind of a boney prominence

11   up there?  Is that in that area, or is it somewhere else?

12   A    Yeah, it's in a boney area.

13   Q    Okay.  Is that a -- a fresh bruise or an old one?

14   A    It seems to be fresh.  It's still purplish red, rather

15   than fading to a brown or a yellow.

16         MR. PROCTER:  Okay.  All right.  Just for the

17   record, I'm going to return this to Dr. O'Halloran, so that

18   he can mark this bruise of 100C.

19   BY MR. PROCTER:

20   Q    Dr. O'Halloran, though is Exhibit 100D.  And we're

21   looking at a full shot of Mr. Ramirez' upper back; correct?

22   A    Correct.

23   Q    All right.  Are there any bruises that you can see in

24   this area?

25   A    The exposure on the left isn't good.  I don't see any

```
 1    bruises there.  The exposure on the right is under-exposed.
 2    And I don't see any there.  There's lividity again postmortem
 3    settling in blood in the area of the tattoo and areas that
 4    are pale, kind of in the center and that's where the back is
 5    lying on the surface on the gurney.  And so the lividity
 6    doesn't collect there, but it collects around the perimeter.
 7    Q    Okay.  So can you -- can you show on the -- on the
 8    screen where the lividity is located.
 9    A    I can do that.  It covers almost all of it.  It might be
10    easier just to show where it's not.
11    Q    Okay.  And maybe that's a better way to go about it.
12    Where -- where is there no lividity in this photograph?
13    A    Okay.  The margins aren't very clear, but it's about
14    like -- like this.  It forms sort of a circle.  And I can't
15    tell where it's faded on the left -- left side of his back,
16    but you can see it in -- in this area anyway.
17    Q    Okay.
18    A    So it's not in the center of these -- this almost
19    circle.  I can't tell, if there's no lividity on the left so
20    I could -- it's over-exposed.
21    Q    And it's kind of a little bit hard to tell because of
22    the -- the tattoo; correct?
23    A    Well, no the tattoo doesn't make it harder.  It's just
24    the -- it's kind of modelled.  It's not -- it doesn't have
25    distinct margins.
```

```
 1   Q    Okay.  Allow me to return this and ask you to mark on

 2   the exhibit, the area you marked and just write on there, "no

 3   lividity" with an arrow, please.

 4          Doctor, earlier you spoke about a toxicology

 5   report; is that correct?

 6   A    Yes, I did.

 7   Q    Would you look at Exhibit 203 in the exhibit book,

 8   please.

 9   A    I'm sorry.  What number was it?

10   Q    203.

11   A    Thank you.  Okay.  I'm there.

12   Q    Okay.  What is the document that you were looking at?

13   A    This is the first page of a multipage toxicology report

14   from the sheriff's office toxicology laboratory in

15   Ventura county.

16   Q    Okay.  And I notice there's some initials in the lower

17   right-hand corner.  Who's are those, sir?

18   A    That's my initials.

19   Q    And what do those initials signify?

20   A    That I reviewed it.

21   Q    Okay.  All right.  And is this a -- a typical toxicology

22   report from county of Ventura sheriff's office crime lab in

23   the sense that it looks like other toxicology reports?

24   A    Yeah, it's a typical format.

25   Q    And this is a document that is kept in the ordinary
```

```
 1    course of business, both at the crime lab and in your office;

 2    correct?

 3    A    Correct.

 4    Q    And you did rely on this in arriving at your opinions

 5    and conclusions in this case; correct?

 6    A    Correct.

 7    Q    Okay.  I would ask that Exhibit 203 be admitted?

 8          THE COURT:  Any objection, Mr. Galipo?

 9          MR. GALIPO:  No objection.

10          THE COURT:  Okay.  203 is received.

11       (Whereupon Defense's Exhibit 203 is admitted hereto.)

12    BY MR. PROCTER:

13    Q    Okay.  At the bottom of this page -- I'll zoom this in,

14    so we can get a better view.  At the bottom of this page, it

15    says "tests" and then "methamphetamine."  It says "results

16    detected," and then over here, it says, "8,185 NG/ML."  What

17    does that mean?

18    A    That's nanograms per milliliter of blood.

19    Q    That's a very high level of methamphetamine in the

20    blood; correct?

21    A    Yes, when we discussed it before to make it easier

22    numbers to hold in your head, I'd rounded this off to

23    8 micrograms.  That's one -- a microgram is one 1000ths of a

24    nanogram.

25    Q    Okay.  But -- and that doesn't sound like very much, but
```

1    in terms of how this amount of methamphetamine reacts with

2    the human body, it's a very large amount; correct?

3    A    It's a high level, yes.

4    Q    In fact, high enough to cause death; correct?

5    A    Many levels are high enough to cause death, but this is

6    one of them.

7    Q    And levels far below this can cause death; correct?

8    A    They can.

9    Q    The second page of Exhibit 203, I believe refers to

10   the -- the autopsy; do you see that?

11   A    Yes, I do.

12   Q    Let me try to get a better view of it.

13            Okay.  And that was 10,000 nanograms per

14   milliliter; correct, 10,075?

15   A    Correct.  I mean, I talked to the jury about it earlier.

16   That's the one that I said was ten at micrograms.  So through

17   the same thing -- just different units.

18   Q    Well, why don't they express it that way on the -- on

19   the toxicology report?

20   A    That's a good question.  It's expressed many different

21   ways by different laboratories.  Some use nanograms; some use

22   micrograms; some use milligrams and sometimes per liter and

23   sometimes per milliliter.  So it takes a little conversion to

24   relate them, but that's also a high level, of course.

25   Q    Certainly potentially lethal; correct?

```
 1    A    Potentially lethal.

 2    Q    Is there a page that shows the level of methamphetamine

 3    in Mr. Ramirez' stomach on this report?

 4    A    Yes, some page here.  Do you want me to try to find it?

 5    Q    Yes, please.

 6         Oh, I have it here.  It looks like it's on

 7    page three of seven.

 8    A    Yes, page three.

 9    Q    And now, let's -- this is the amount of -- is this the

10    amount of methamphetamine that you found in the -- the fluid

11    in Mr. Ramirez' stomach at autopsy?

12    A    Yes, not from inside the bag.  It was in the liquid in

13    the stomach -- the small amount of liquid, yes.

14    Q    Okay.  Now, this is 3,145,000 nanograms per milliliter.

15    Had you ever found that much methamphetamine in anyone's

16    stomach before you autopsied Mr. Ramirez?

17    A    Well, I haven't found that much, but I don't look.  We

18    don't do stomach contents quantitatively routinely.  Usually

19    when stomach contents are present and they're sent for

20    toxicology, they just say this drug or that drug is present

21    in the stomach, because what's not -- the amount in the

22    stomach doesn't pertain to the cause of death.  It -- the

23    amount in the blood is what pertains; but in this case, the

24    crime laboratory on their own quantitated it to see how high

25    it was in the stomach.  What that tells us is that he had a
```

```
1    large amount in the stomach and he was probably on the up
2    curve; that is his methamphetamine level in his blood was on
3    the rise because the blood circulating by the stomach walls
4    is picking up methamphetamine every minute that his heart is
5    beating.  So he's on the rise in blood concentration.
6    Q    Okay.  So would you agree then that the fact that he had
7    this very large volume of methamphetamine in his stomach made
8    it even more critical for the officers who were trying to
9    restrain him to get him medical treatment as quickly as
10   possible?
11   A    No.  And you misspoke, I believe, on the large volume.
12   It's not a large volume.  It's a large concentration of the
13   drug in the small volume of -- of stomach contents.
14   Q    Oh, okay.  So -- so it -- it -- it wasn't important that
15   the officers get Mr. Ramirez treatment as quickly as
16   possible?
17   A    No, it was true.
18   Q    Okay.
19   A    Yes.  They should have gotten treatment as soon as
20   possible.
21   Q    Okay.  And -- okay.  Now, a person with a large
22   concentration of methamphetamine in his or her blood, such as
23   Mr. Ramirez typically feels very energized, don't they?
24   A    That is one of the things.  Methamphetamine acts like
25   caffeine, only caffeine on steroids.  So at first -- as the
```

1    levels are rising, a person feels energized.  If it gets

2    worse, the person doesn't feel so good and they often start

3    sort of losing their mind or losing touch with reality.

4    Q    Okay.  And it causes increased muscle activity; correct?

5    A    Yes, hyperactivity, yes.  Yes, it does.

6    Q    Okay.  And in a way, it acts like adrenaline; correct?

7    A    Yes.

8    Q    And what is adrenaline?  It's a hormone?

9    A    Yes.  It's a hormone that we all make, all animals,

10   mammals at least, make.  And it's a stimulant hormone that is

11   the fight or flight hormone that we talked about before.  If

12   you get frightened by something, your body secretes

13   adrenaline to get you ready to fight or run away.

14   Q    Okay.  Only in this case, the adrenaline is replaced by

15   a large concentration of methamphetamine, which is adrenaline

16   on steroids -- to use your words; correct?

17   A    Well, not quite, but it -- first off, the adrenaline

18   isn't replaced by the methamphetamine.  Methamphetamine and

19   cocaine and other stimulant drugs are what are called

20   adrenergic which just means like adrenaline.  So they have

21   the similar effects to adrenaline, but they don't make the

22   adrenaline go away or get displaced.

23   Q    Okay.  So -- so does methamphetamine cause a -- a

24   release of these adrenaline hormones?

25   A    Indirectly it can.  If a person becomes paranoid and

UNITED STATES DISTRICT COURT

```
 1    afraid that, you know, monsters are after them or whatever,
 2    or afraid of people because of the effect of adrenaline -- I
 3    mean, excuse me -- of methamphetamine -- then that fear can
 4    release more adrenaline from inside the body.
 5    Q    Okay.  And it's your understanding that Mr. Ramirez was,
 6    in fact, paranoid during his contact with police?
 7    A    Sometimes the things he said sounded like he was
 8    paranoid.
 9    Q    And he also reported that his heart was racing.  Is that
10    common?
11    A    I beg your pardon.  I'm sorry.
12    Q    Is it common when people have a large dose of
13    methamphetamine in their system?
14    A    To feel like their heart is racing?  Yes.
15    Q    And, in fact, it does race; correct?
16    A    It goes faster.
17    Q    And individuals in his condition, frequently feel like
18    they've got super strength; correct?
19    A    Well, they -- I don't know if they feel like they have
20    super strength, but they certainly do physical activities
21    that they wouldn't usually do.  They feel energized.
22    Q    Uh-huh.  I've heard stories about people seeing their
23    children in very dangerous situations and being able to pick
24    up huge rocks and maybe even a car off of a -- off of a loved
25    one.  Have you -- have you experienced that phenomenon?
```

1    A    No, I haven't.

2    Q    Have you ever heard of it?

3    A    Well, I've heard those stories; right.

4    Q    Okay.  And that -- and that is because -- the reason

5    people are able to do those things is because they have lots

6    of adrenaline coursing through their system; correct?

7    A    Well, I don't know if they can pick up a car.  That's a

8    Superman thing.

9    Q    I guess it depends on the car?

10    A    I guess.

11                        (Laughter.)

12    BY MR. PROCTER:

13    Q    Okay.  Well, you do not believe the heart compression

14    was the cause of Mr. Ramirez' death, correct?

15    A    Well, I think it's more likely that it was chest

16    compression causing asphyxia, but, you know, earlier you

17    mentioned, you know, the red -- the red face that was seen by

18    the paramedics.  And congestion of the face is seen sometimes

19    when the blood vessels that drain the head are compressed.

20    So, you know, that would be a slight indicator of some

21    vascular compression, including the heart.  It's not

22    definitive though.  It's a pretty vague multicause thing.

23    So --

24    Q    You did not list that as a conclusion that he died of

25    heart compression; correct?

```
 1    A     No, it was from chest compression.

 2    Q     Okay.  All right.

 3          Okay.  All right.  I'm going to try to move things

 4    along a little bit here.  I appreciate your explanations, but

 5    if we can just stick to the questions, it would probably be

 6    quicker.

 7          You saw no evidence that either externally or

 8    internally that he was strangled; correct?

 9    A     Minimal evidence.

10    Q     Minimal evidence.  You did not see any bruising to the

11    neck, did you?

12    A     Very close to the neck, but not to the neck itself.

13    Q     Well, that's my question.  Was there any bruising on the

14    man's neck?

15    A     No.

16    Q     All right.  Was -- was Mr. Ramirez' larynx fractured?

17    A     No.

18    Q     Now, you found methamphetamine intoxication to be the

19    cause of death in approximately 50 cases or so; is that

20    correct?

21    A     Yeah, something like that, over the years.  Perhaps --

22    perhaps more.  Right.

23    Q     Okay.  And when methamphetamine is the cause of death,

24    what is the mechanism of death?

25    A     Well, the mechanism as I understand it -- you know,
```

 1    they're not witnessed very often, but as I understand it, it

 2    can be through a seizure or probably more commonly by a

 3    cardiac arrest -- the arrest caused by a cardiac arrythmia.

 4    Q    And can it be both or -- or -- can those -- can the

 5    seizure and the cardiac arrythmia combine to cause death?

 6    A    He could -- I mean, people could have cardiac arrests

 7    while they're having a seizure.  So, yes.

 8    Q    Okay.  Now, were the -- methamphetamine intoxication was

 9    the cause of death, what would the range of blood levels of

10    methamphetamine that you observed in those individuals?

11    A    Usually I don't call it methamphetamine intoxication,

12    unless it's greater than one.  And I don't think I ever had

13    one that was less than one or 1,000, if we use the units in

14    the toxicology report; then up to my recollection is 11 or

15    12,000 or 11 or 12 in this context.

16    Q    And, Dr. O'Halloran, would you please look at your

17    deposition at page 89, lines 11 through 25.

18    A    What exhibit is it?

19          THE COURT:  That's your deposition.  Is it in front

20    of you, Doctor?

21          THE WITNESS:  No.

22          MR. PROCTER:  Oh, Okay.  We'll get it for you...

23          THE COURT:  Now, what were the lines, Mr. Procter?

24          MR. PROCTER:  11 through 25.

25          THE COURT:  This is Mr. Clark's deposition --

```
 1                MR. GALIPO:  I have it here -- I have a certified
 2      copy.
 3                MR. PROCTER:  89.
 4                THE COURT:  Let me see it, and then I can --
 5      BY MR. PROCTER:
 6      Q    Have you had an opportunity to look at that,
 7      Dr. O'Halloran?
 8      A    No, I haven't.
 9      Q    Oh, I'm sorry.
10      A    Okay.  I've read it.
11      Q    And does this refresh your recollection with respect to
12      the levels of methamphetamine found in individuals where you
13      found that the cause of death was methamphetamine
14      intoxication?
15      A    Um, no.  It's -- it's consistent with what I just told
16      you.
17      Q    Okay.
18                MR. PROCTER:  Okay.  Your Honor, I'd like to read
19      lines 11 through 25.
20                THE COURT:  You may.
21                MR. PROCTER:  "Question, In those cases were you
22      determined that methamphetamine intoxication was the cause of
23      death, what was the range of methamphetamine levels in those
24      decedents?
25                "Answer, Well, I don't know exactly.  To explain,
```

```
 1    drug intoxication deaths are usually a process of elimination
 2    of other causes, also.  So the autopsy doesn't show some
 3    disease that clearly caused the death and the toxicology is
 4    high.  So the toxicology is inferred to be the probable cause
 5    of death.  Now, to answer your question, I would say the
 6    ranges were probably in the high hundreds -- say, well over
 7    500 micrograms per liter up to many thousands of micrograms
 8    per liter up to the range of 10,000."
 9              And the statement you made in your deposition was
10    an accurate one.
11              THE WITNESS:  Yes.
12    BY MR. PROCTER:
13    Q    Okay.  Now, you worked for 33 years as a medical
14    examiner; correct?
15    A    Correct.
16    Q    8,000 autopsies?
17    A    Correct.
18    Q    And do you have a recollection of ever seeing higher
19    methamphetamine levels than those found in Mr. Ramirez' body?
20    A    Yes, I do.
21    Q    Okay.  Do you recall at your deposition you could not
22    recall that?
23    A    That very well may be true.  The deposition sent me to
24    thinking on this and so did preparing for this testimony.
25    Q    Okay.  And -- and when you made changes to your
```

```
 1   deposition testimony, did you correct that?
 2            MR. GALIPO:  I'm going to object.  Assumes he ever
 3   received his deposition --
 4            THE COURT:  Sustained.
 5            MR. PROCTER:  Okay.
 6            THE COURT:  Sustained.
 7   BY MR. PROCTER:
 8   Q    Okay.  Did you ever receive your deposition?
 9   A    I don't think I did.  I got -- I have -- had one at home
10   with -- in an envelope from the court reporter, but it was
11   only first like two-thirds of the deposition.  So it was
12   incomplete, I think.  That was back in December.  So my
13   memory is not clear, but I don't -- at home I didn't have a
14   complete copy of it.
15            MR. PROCTOR:  Can we have a look at the original
16   deposition transcript, Your Honor?
17            THE COURT:  If -- well, I don't have it, but if
18   it's here in court, of course.
19            MR. GALIPO:  I only have a certified copy that I
20   gave to your clerk.
21            THE COURT:  Okay.  Let me see that copy.
22            THE WITNESS:  You bet.
23            Okay.  This is the copy.
24            MR. PROCTER:  Your Honor, may we approach.
25            THE COURT:  You may.
```

```
 1                          (Sidebar.)

 2              MR. PROCTER:  We didn't take the deposition.  We

 3     don't have the original.  Counsel's predecessor took the

 4     deposition.  It should be lodged.

 5              MR. GALIPO:  I've never seen it.  I don't know

 6     where the individual is.  All I have is a certified copy.

 7              THE COURT:  I'm going to tell the jury what the

 8     procedure is, so they understand why you have a basis for

 9     asking these questions, but that way they'll know that you

10     just are asking to offer it.

11              MR. PROCTER:  Okay.  Thank you.

12              (Whereupon sidebar is concluded.)

13              THE COURT:  Ladies and gentlemen, with these

14     depositions after the witness has been examined in front of

15     the court reporter, the testimony is printed up into a -- a

16     bound volume as you've seen.  And generally, the procedure is

17     that the witness is sent a copy and has the opportunity to

18     correct something if he or she is reading it and realizes

19     that there's a mistake.  And, of course, then that is a

20     legitimate basis for a comment here in court.

21              Obviously, if you're changing -- if you're changing

22     your testimony in what you said and in then what you're

23     writing later, it's something that gets to be commented on.

24     So that was Mr. -- Mr. Procter certainly had the right to

25     inquire about that.  Whether or not, Dr. O'Halloran got a
```

```
 1    copy or understood that or -- or did it, I -- I don't know;
 2    but I just want you to know that that's what the procedure
 3    is, so you understand why Mr. Procter was asking these
 4    questions.
 5             All right.  Mr. Procter, go ahead.
 6             MR. PROCTER:  Your Honor, I apologize I got
 7    something here on my computer that I would like to show the
 8    Court and counsel regarding this issue.
 9             THE COURT:  Sure.
10                        (Sidebar.)
11             MR. PROCTER:  All right.  So here is what we
12    received.  Please find corrections and signature page.  So
13    I've got it, but I don't have it in hardcopy form.
14             THE COURT:  Well, in that case, let's just -- well,
15    I mean --
16             MR. PROCTER:  And then this -- he didn't -- he
17    never -- he didn't change the -- the --
18             THE COURT:  Well, this was in August -- he was
19    talking about December.  So I don't know --
20             MR. PROCTER:  No.  He signed it -- let's see.
21             THE COURT:  When did he sign it?
22             MR. PROCTER:  There it is.
23             THE COURT:  On September -- um, well, show it to
24    him and refresh his recollection, Counsel.
25             MR. PROCTER:  May I approach him?
```

```
 1              THE COURT:  Yes, you may approach him.

 2              MR. PROCTER:  Okay.  Thank you.

 3                   (Sidebar concluded.)

 4              MR. PROCTER:

 5              THE COURT:  All right.  Counsel, you may approach.

 6    BY MR. PROCTER:

 7    Q    Dr. O'Halloran, I'm showing you a screen shot or a

 8    screen of my -- my iPad here.

 9              Can you take a look at that and tell me if you

10    recognize what's on there?

11    A    Yeah, it's dated December 10th, 2014, in my handwriting

12    and my signature on it.

13    Q    And in this -- this is your verification for your

14    deposition; correct?

15    A    I believe so.

16    Q    Okay.  And so you did read it?

17    A    Yes.  If I signed it, I read it.

18    Q    And you certified under penalty of perjury that the

19    testimony you gave was accurate?

20    A    Yes.

21    Q    And I do have some changes here.

22    A    Oh, I see, yeah.  I almost always make some changes.

23    Q    Okay.  So what I want -- do you know how to operate one

24    of these things?

25    A    Sort of.
```

```
 1    Q    Okay.  All right.  Well, let me -- let me ask you --

 2    A    Okay.

 3    Q    Did you make any changes on page 89 where I read to you

 4    the passage about methamphetamine levels causing death?

 5    A    You know, this only goes -- your iBook -- or whatever it

 6    is -- goes from page 82 to 93.

 7    Q    Right.

 8              THE COURT:  That's page 89.

 9              THE WITNESS:  Oh, okay.  There's no page 89 in

10    between 82 and --

11    BY MR. MR. PROCTER:

12    Q    Right.  And the attorney sent me the pages that you

13    changed.  Are those the pages that you changed, the ones that

14    are in the iPad there?

15    A    Well, they're certainly changes on these, yes.

16    Q    Okay.  You don't have any recollection of -- pardon

17    me -- you don't have any recollection of having changed your

18    testimony that you gave about the levels of methamphetamine

19    in the blood causing death; correct?

20    A    No, I don't think I made any changes to that.

21    Q    And now, if -- if not for the restraint in this case,

22    would the evidence -- would be clear and compelling that

23    Mr. Ramirez died of a methamphetamine overdose; correct?

24              MR. GALIPO:  I'm going to object to the question as

25    vague as phrased and assumes facts not in evidence in this
```

```
1    case that there was no restraint.

2             THE COURT:  Great.  The -- he can test the -- this

3    type of witness.  So overruled.

4    BY MR. PROCTER:

5    Q    There wasn't any evidence that Mr. Ramirez was choked;

6    was there?

7    A    The only evidence was -- or -- yes, there was.

8    Q    Would you take a look at page 93 in your deposition,

9    lines 6 through 11.

10            THE COURT:  Let me take a look at it, and I'll hand

11   it to the witness.

12            THE WITNESS:  Which line?

13   BY MR. PROCTER:

14   Q    6 through 11.

15   A    Thank you.

16            Okay.  I read it.

17   Q    Does that refresh your recollection as to whether or not

18   there was evidence that he was choked?

19   A    No.  We -- we already talked about this yesterday.  I

20   said the same thing yesterday as -- in the deposition.

21   Q    Well, Your Honor, I'd like to read from Mr. O'Halloran's

22   deposition, page 93, line 6 through 11?

23            THE COURT:  You may.

24            MR. PROCTER:  "Question, Was there any evidence

25   that he was choked?
```

```
 1            "Answer, There really was no evidence.  It's
 2    possible if an arm was around his neck, that one of bruises
 3    or a bruise that was over his collar bone on one side or the
 4    other -- I forget which -- could have occurred during a neck
 5    hold, but it's certainly not specific for that."
 6            And there was no significant bruising of his neck
 7    muscles; correct?
 8            THE WITNESS:  Correct.
 9    BY MR. PROCTER:
10    Q    Well, there was no fractured larynx; correct?
11    A    Correct.
12    Q    Now, the marks on Mr. Ramirez' face, those were
13    abrasions and not bruises; correct?
14    A    Correct.
15    Q    So can -- from that, can we infer that his head was not
16    slammed down to the ground when he was taken down to the
17    ground by the police officers?
18    A    You can't really assume that.
19    Q    Okay.  Well, wouldn't that cause a bruise -- an impact
20    of your face to a concrete driveway?
21    A    It would be depend on how hard the impact was.
22    Q    And so it would have to be a significant impact; right?
23    A    To make a bruise, yes.
24    Q    Okay.  Now, you can't say precisely how long weight was
25    on Mr. Ramirez' back during this encounter; correct?
```

```
 1    A    I can come very close; within seconds.

 2    Q    Okay.  Well --

 3         THE COURT:  Let me just say to the doctor:  That's

 4    based on what you perceive from your review of the tapes, or

 5    are you speaking as a medical doctor?

 6         THE WITNESS:  I'm speaking as a medical doctor who

 7    listened to the tapes.

 8         THE COURT:  Okay.  Well, the jury's only interested

 9    in what you're adding to it.  They're listening to the tapes.

10    So, Counsel, go ahead.

11         MR. PROCTER:  I understand.

12         THE WITNESS:  I understand, Your Honor.

13    BY MR. PROCTER:

14    Q    And you can't quantify how much weight was on his back;

15    correct?

16    A    No, not exactly.

17    Q    Okay.  Yesterday on direct examination, did you say that

18    in order to cause this kind of restraint, asphyxia in the

19    prone position, that you would need several hundred pounds on

20    your back?

21    A    I think I said that would be probable or likely.

22    Q    Several hundred pounds?

23    A    Yeah, right.

24    Q    Like 300?

25    A    300 could probably do it.
```

```
 1   Q    Would that be about the minimum that would be required

 2   to cause compression, restraint asphyxia in this position?

 3   A    You know, there's no good quantitation on it.  And I

 4   can't say -- I can't give an exact figure.

 5   Q    Have there been any studies done on that?

 6   A    It depends on the person.

 7   Q    Okay.  Well, you know that Dr. Newman has done some

 8   studies on the amount of weight necessary to cause

 9   compression asphyxia?

10   A    Um, they don't do -- their tests weren't to the point of

11   death, of course.

12   Q    Well, my question is:  Are you familiar that that

13   research has been done?

14   A    Yes.

15   Q    Okay.  Now, was it your understanding that

16   Officer Wilfert was straddling Mr. Ramirez' back through most

17   of this incident?

18          MR. GALIPO:  I'm going to object as vague.

19          THE COURT:  Yeah.  Just ask him to assume that, and

20   then ask him if he has an opinion based on that fact,

21   Counsel.

22          Again, the jury will determine what Officer Wilfert

23   was doing.

24   BY MR. PROCTER:

25   Q    Okay.  Well, I'm not going to ask you to assume that,
```

1   Doctor.

2           The application by Officer Bocanegra of the Taser

3   against Mr. -- against Mr. Ramirez' shoulder or back, did --

4   did that play any cause in Mr. Ramirez' death?

5   A    Well, it depends on how much pressure he put on it, but

6   it probably wasn't very much pressure.

7   Q    Well, you didn't see any marks where the Taser was on

8   the back; correct?

9   A    That's correct.

10  Q    And -- and you didn't see any evidence that Mr. Ramirez

11  was Tased; correct?

12  A    Correct.

13  Q    So is it safe to assume that Officer Bocanegra placing

14  the Taser on Mr. Ramirez' upper back, was not a contributing

15  factor in Mr. Ramirez' death?

16  A    It probably was not.

17  Q    And do you have any estimate at all of what Mr. Ramirez'

18  oxygen consumption was during the struggle with the officers?

19  A    It was probably much higher than a resting persons, but

20  I can't put it into numbers.  It was high -- probably high.

21  Q    In your opinion -- or do you have an opinion with

22  respect to whether large amounts of methamphetamine can

23  reduce the amount of oxygen a person can breathe in?

24  A    I don't know of any evidence like in narrowing the

25  airway somehow or -- no, I can't -- I mean, I don't recall

```
 1   reading anything like that.
 2   Q    Okay.  So you don't have any knowledge that this kind of
 3   intoxication inhibits the flow of oxygen in an individual's
 4   from -- through the airways into the lungs; correct?
 5   A    No, not until they, you know, suffer some worst thing
 6   like heart failure.
 7   Q    Okay.  Now, on this issue of excited delirium, it's
 8   true, isn't it, that the National Association of Medical
 9   Examiners accepts this term as a valid description of a
10   medical condition?
11   A    Not to my knowledge.  My recollection is that it came --
12   they had a paper on cocaine, and one subpart of it -- one
13   paragraph or two was about excited delirium, and in the
14   report they said the medical examiner should rule out other
15   causes before saying that cocaine excited delirium was the
16   cause.  And then that report was sunsetted -- that is they
17   didn't renew it -- renew it as a position paper.  So I think
18   it expired years ago.
19   Q    Okay.  And in this case, do you believe that it was
20   reasonable for the police officers to restrain Mr. Ramirez
21   before trying to bring in emergency medical personnel?
22            MR. GALIPO:  I'm going to object, Your Honor, as
23   beyond direct examining.
24            THE COURT:  Sustained.  Unless -- Doctor, do you
25   have -- as the county medical examiner, do you have some law
```

```
 1   enforcement basis for answering that question?
 2           THE WITNESS:  Well, the coroner's -- the medical
 3   examiners are public safety officers; but no, I don't have
 4   training in policies.
 5           THE COURT:  Then the objection is sustained.
 6           Go ahead, Counsel.
 7   BY MR. PROCTER:
 8   Q    You don't have any criticism of that as a medical
 9   examiner?
10           MR. GALIPO:  Same objection, Your Honor.
11           THE COURT:  Well speaking as a physician, I'll
12   allow the question to be asked and answered.
13           THE WITNESS:  Well, speaking as a physician, in
14   this case, had he not been restrained, he probably wouldn't
15   have died.  So in retrospect, there's certainly an objection.
16   BY MR. PROCTER:
17   Q    Doctor, I would invite your attention to page 133 --
18           THE COURT:  Doctor, if you can -- just a moment,
19   Mr. Procter.  Okay.  That was page 103?
20           MR. PROCTER:  133 of the deposition.
21           THE COURT:  All right.  Lines?
22           MR. PROCTER:  25 -- line 25 and onto the next page,
23   line three...
24           MR. GALIPO:  May I have one moment, Your Honor?
25   It's 133...
```

```
 1              THE COURT:  Line 25, the last line.
 2              You know, I'm -- let's move on, Counsel.
 3              Ladies and gentlemen, obviously, it will be up for
 4    you to decide what was reasonable here based on the evidence
 5    and my instruction.  So I don't think Dr. O'Halloran's
 6    position here is -- is relevant one way or the other.  So go
 7    ahead, Counsel.
 8    BY MR. PROCTER:
 9    Q    Now, the fact that you found no bruises on the neck
10    or -- or damage to the larynx, is that consistent with a
11    145-pound officer placing her knee on the neck for the
12    duration of this incident?
13    A    Where on the neck, I'm sorry?
14    Q    On the neck.
15              MR. GALIPO:  I'm going to object as incomplete as
16    to what part of the neck?  Are we talking about the back,
17    front, or the side.
18              THE COURT:  No speaking objections, Mr. Galipo.
19    Overruled.
20              THE WITNESS:  Well, to answer your question, just
21    directly, no it is not inconsistent with, because on the
22    front, you might very likely break the thyroid cartilage and
23    perhaps bruise, but on the back of the neck, the front would
24    be protected by whatever surface he was on.  And the same
25    goes to the back side where there's a lot of muscles.  So
```

```
1    they would protect from injury.

2    BY MR. PROCTER:

3    Q    There was no bruising on the muscles of the neck;

4    correct?

5    A    No, neither on the front nor the back.

6    Q    Or on the side?

7    A    Or on the side; that's right.

8              MR. PROCTER:  Thank you.  That's all I have.

9              THE COURT:  Thank you, Mr. Procter.

10             Mr. Galipo...

11             MR. GALIPO:  Thank you.

12                    REDIRECT EXAMINATION

13   BY MR. GALIPO:

14   Q    Dr. O'Halloran, your opinion that if they hadn't

15   restrained him, he probably would have lived, that takes into

16   consideration the drugs in the system?

17             MR. PROCTER:  Objection; leading and speculation.

18             THE COURT:  Overruled.

19             THE WITNESS:  Yes, it does.

20   BY MR. GALIPO:

21   Q    In fact, have you seen levels that high that we have in

22   this case where people have lived?

23   A    Yes.

24   Q    And has that been reported in literature that you have

25   reviewed?
```

```
1    A    That's where I've seen it; in case reports.

2    Q    And in terms of the following up on the last point, the

3    knee to a neck -- assuming, hypothetically that a knee was

4    put to the back of the neck, would that necessarily leave a

5    bruise?

6    A    It would not necessarily.

7    Q    Showing you Exhibit 66D, in terms of the amount of

8    weight, you said -- you threw out a figure today, 300 pounds?

9    A    Yes.

10   Q    Could potentially 200 pounds do it under certain

11   circumstances?

12             MR. PROCTER:  Objection.  Vague as to "do it."

13             THE COURT:  Overruled.

14             THE WITNESS:  Yes, it could.

15   BY MR. GALIPO:

16   Q    When I mean "do it," I'm meaning to say, caused death by

17   restraint asphyxia; do you understand that?

18   A    Yes, I do.

19   Q    And if multiple officers are holding someone's upper

20   body down, um, over of a period of two to three and a half

21   minutes, hypothetically, based on your training and

22   experience, based on the medicine, can that cause a person to

23   die from restraint asphyxia?

24   A    Yes, it can.

25   Q    And you said you had at least some of the statements to
```

```
 1    review; is that correct?

 2    A    That's correct.

 3    Q    In addition to the PUMA report?

 4    A    Correct.

 5    Q    And so your information based that multiple officers

 6    were holding him down until they said he could not breathe,

 7    was that based in part on the statements you reviewed?

 8              MR. PROCTER:  Objection, Your Honor; leading.

 9              THE COURT:  Ladies and gentlemen, as the county

10    medical examiner, Dr. O'Halloran reached a conclusion.  So

11    you should know on which basis he reached that conclusion;

12    but ultimately, you'll determine based on the evidence here

13    in court what happened that night.  So I think the -- but

14    nonetheless, the objection is overruled in the sense of

15    allowing the jury to have a sense on what it was that

16    Dr. O'Halloran used to reach his conclusion when he approved

17    the death certificate.

18              Go ahead, Mr. Galipo.

19    BY MR. GALIPO:

20    Q    Okay.  So it was based in part on some of the statements

21    you reviewed?

22    A    That's correct.

23    Q    And also the PUMA reporting?

24    A    That's correct.

25    Q    And your autopsy?
```

```
 1   A      Indeed.

 2   Q      And your knowledge and experience as a medical examiner

 3   for 33 years?

 4   A      Correct.

 5   Q      And your knowledge and experience with respect to death

 6   by restraint asphyxia?

 7   A      Correct.

 8   Q      I think you said you had reviewed about a hundred such

 9   cases?

10   A      Over a 25-year period, yes.

11   Q      And you mentioned in your response that you did not have

12   Officer Wilfert's statement; but let me ask you this:  Assume

13   hypothetically that Officer Wilfert had her knee on

14   Mr. Ramirez' back pressing down during the handcuffing

15   process, would that be the type of pressure that's consistent

16   with the mechanism or mechanisms to cause restraint asphyxia?

17           MR. PROCTER:  Objection.  Incomplete, improper

18   hypothetical.

19           THE COURT:  Overruled.

20           THE WITNESS:  Yes, it would.

21   BY MR. GALIPO:

22   Q      And assuming multiple officers are holding him down for

23   a period of let's say, collectively, over three minutes, is

24   that the information you essentially had in this case?

25   A      Yes.
```

1    Q    Now, may I approach?  Exhibit 101, Your Honor, is the

2    death certificate we referenced yesterday.

3          THE COURT:  You may approach.

4    BY MR. GALIPO:

5    Q    Dr. O'Halloran, is that a copy of the official final

6    death certificate in this case?

7    A    Yes, it is.

8    Q    And the cause of death is?

9          MR. PROCTER:  Objection -- withdraw the objection.

10          THE WITNESS:  Asphyxia from active prone restraint

11   parentheses, restraint asphyxia.

12   BY MR. GALIPO:

13   Q    And the manner of death listed?

14   A    Homicide.

15   Q    And what is done with that official document after you

16   execute it?

17   A    It's registered with the state -- the state keeps copies

18   of all death certificates for all the citizens of California

19   who -- well, for all the people that die within California.

20          MR. GALIPO:  I would move to admit that exhibit,

21   Your Honor?

22          THE COURT:  101 will be received.

23      (Whereupon Plaintiff's Exhibit 101 is admitted hereto.)

24   BY MR. GALIPO:

25   Q    Um, in terms of the baggy that had the meth in his

1    stomach; how big was that baggy approximately?

2    A    The baggy was approximately an inch by an inch.  I can't

3    remember if it was a Ziploc.  I think it was.

4    Q    Okay.  And did you take a picture of the baggy -- I

5    think you mentioned it had little eight ball symbols or

6    something on it?

7    A    Yes, I did.

8    Q    All right.  Exhibit 102?

9              THE COURT:  102 will be received.

10      (Whereupon Plaintiff's Exhibit 102 is admitted hereto.)

11              MR. GALIPO:  Okay.

12   BY MR. GALIPO:

13   Q    That's after it was torn apart, a portion of the baggy?

14   A    Correct.  It's -- that's -- that's the way it looked

15   when he pulled it out of the stomach, and I flattened it out

16   a little bit, so that you could see some of the eight balls.

17   The one on the bottom of the screen is the most clear.  It

18   looks just like -- it's small obviously -- little; but

19   it's the shape of an eight-ball with a white circle and an

20   eight in the middle of it, otherwise the ball is black.

21   Q    As far as how much methamphetamine he actually

22   swallowed, you don't know; is that fair?

23   A    That's correct.  I don't know.

24   Q    I mean, there were reports that he swallowed an

25   eight-ball.  It could have been an eight-ball; It could have

```
 1    been a half of an eight-ball?  You don't know.
 2              MR. PROCTER:  Objection.  Argumentative; leading.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  That's correct.  I don't know how
 5    much methamphetamine was inside the bag when he swallowed it.
 6    BY MR. GALIPO:
 7    Q    Now, there were some questions about a seizure.  You
 8    have -- have you looked at the reports of the Defense
 9    experts?
10    A    Yes, I have.
11    Q    That would include Dr. Sheridan, Dr. Lee and Dr. Neuman?
12    A    Correct.
13    Q    Did you see any reference at all to -- that he died of a
14    seizure?
15    A    No.
16    Q    And so with respect to the issue of -- oh, you were also
17    asked a question as to whether if someone was cyanotic or
18    looked bluish, if that would be consistent with someone dying
19    from restraint asphyxia.  Do you recall that general question
20    area?
21    A    Generally, yes.
22    Q    Okay.  If someone hypothetically looked bluish, would
23    that -- would that be at least, consistent with someone dying
24    from restraint asphyxia?
25    A    Yes, it would.
```

```
 1   Q    So assuming hypothetically, one of the officers looked
 2   at his face and his face looked bluish, you're saying that
 3   would be consistent, at least with death by restraint
 4   asphyxia?
 5   A    Yes, I am.
 6   Q    Can pressure be applied to the back of someone without
 7   leaving a bruise?
 8   A    Yes, it can.
 9   Q    And so the bruises on the back in this case in your mind
10   would be consistent with what?
11   A    Well, it would be consistent with --
12        MR. PROCTER:  Objection.  Vague and ambiguous,
13   Your Honor.  And I believe it misstates the evidence.
14        THE COURT:  Overruled.  And the jury will determine
15   if it misstates the evidence.
16        THE WITNESS:  So the bruises were three on the left
17   side of the back and two on the right.  They were relatively
18   small.  The biggest ones were the linear ones that you
19   remember seeing on the lower left back.  Those could be from
20   pressure -- hard pressure from some object.  Most of them
21   were nonspecific -- the two linear ones suggest that the
22   object that may have caused it by compression, had linear
23   components.  So lots of things have straight parts.  The sole
24   of shoes do, but that doesn't mean this was necessarily from,
25   you know, the edge of the sole of the shoe.  And, you know, a
```

1     stick or many other things have linear parts.  So it could be

2     from that and they could also be from blows.  So it doesn't

3     have to be, you know, sustained pressure.  It could be, you

4     know, a strike with something or him striking into something.

5     So they're not terribly specific.

6     BY MR. GALIPO:

7     Q     You were asked whether or not he needed immediate

8     medical attention.  Do you have an opinion as to whether or

9     not the sooner he would have got the medical attention, the

10    better?

11    A     Yes, I do.

12    Q     And what's your opinion in that regard?

13    A     The sooner he would have gotten attention, the better

14    the outcome would likely be.

15    Q     Would that be true even after he appeared to go

16    unconscious?

17    A     Yes, it would.

18    Q     And why is that?

19    A     When he appeared to go unconscious is about the same

20    time that he appeared to stop breathing and his heart

21    persisted for a while.  So, you know, a possibility would be

22    that he could get treatment while his heart still is beating

23    and that would certainly be a better circumstance.  Once the

24    heart stops beating, as minutes go by, the chance of getting

25    the heart to start again decrease a lot.  That's why we have

```
 1    emergency personnel in our counties and cities and pay a lot
 2    for it.
 3    Q    In terms of the petechial hemorrhages, are there certain
 4    types of asphyxia cases that you might more see them in, than
 5    asphyxia by chest compression?
 6              MR. PROCTER:  Objection, Your Honor.  Beyond the
 7    scope.
 8              THE COURT:  Overruled.
 9              THE WITNESS:  Yes, there are.
10    BY MR. GALIPO:
11    Q    And what are those?
12    A    Well, the -- they go by different names, but they're
13    basically called "traumatic asphyxia" or "crushed asphyxia."
14    And they've been described for a long time because accidents
15    happen a lot, and they basically are a heavy object, falling,
16    pinning a person's chest, whether from the front or the back
17    or the side that it compresses it so much that they can't
18    breathe at all.  And, in fact, the blood circulation from the
19    heart to the brain or from the brain back to the heart,
20    ceases.  So that's still considered asphyxia but the death is
21    caused more by lack of oxygen delivery to the brain than from
22    not being able to breathe.  The person can't breathe, and
23    they don't get enough oxygen to the brain or excreted out of
24    the brain.  So they die pretty quickly.
25    Q    Okay.
```

```
 1   A     And that -- those cases have -- approximately 80 to
 2   90 percent of the time have a really dark purple blue
 3   congested face with hemorrhages in the linings of the eyes,
 4   little petechial hemorrhages -- not often petechial
 5   hemorrhages all over their face and sometime even down into
 6   their neck.
 7   Q     And with chest compression, do you necessarily see
 8   petechial hemorrhages -- asphyxia by chest compression?
 9   A     Well, in the restraint asphyxia type where, you know,
10   the difference one is an outside object and not a person
11   doing the compression -- a heavy object, it doesn't move, and
12   the person dies quickly.  They can't remove the weight.  And
13   the restrained asphyxia situation, the difference is it's
14   people applying the weight, not another object.  And the
15   weight varies usually during the restraint and the
16   compression -- the amount of compression, therefore, varies.
17   In -- in restraint asphyxia situations from my studies, most
18   of the time you don't see any petechial hemorrhages.  So the
19   presence or absence of petechial hemorrhages, in my opinion,
20   really tells you nothing about whether or not there was
21   restrained asphyxia by other people.
22   Q     Have you given presentations with respect to retrained
23   asphyxia to police chiefs?
24               MR. PROCTER:  Your Honor, this is beyond the scope.
25               THE COURT:  Sustained.
```

1   BY MR. GALIPO:

2   Q    With respect to the articles that were -- not the

3   articles -- I apologize -- the experiments that were

4   referenced by counsel -- are you familiar with some of these

5   experiments?

6   A    Which kind are you talking about?

7   Q    I guess people laying down and putting some weight on

8   their back and seeing how they react?

9   A    Oh, yes.  That was -- those were started by Chan and

10  Neuman and Vilke back in around 1997.  You know, I'm quite

11  familiar with them.

12  Q    In your opinion, do those experiments simulate or have

13  similar characteristics to a real life situation, such as

14  multiple officers holding someone down like we have in this

15  case?

16          MR. PROCTER:  Objection.  No foundation,

17  Your Honor.

18          THE COURT:  Overruled.

19          THE WITNESS:  No, I mean, the experiments are fine,

20  but they don't simulate this situation.  The time that any

21  weight is applied or how long it goes on and the stress is

22  involved are just not the same.  They're -- they're too far a

23  distant to extrapolate from this relatively superficial

24  situations that decrease the ability to breathe a little bit

25  and say, therefore, other situations a person can't

```
 1    asphyxiate from pressure on their chest or back.

 2    BY MR. GALIPO:

 3    Q    I just have a few more cases -- questions.

 4              Can someone who is having difficulty breathing,

 5    still move or kick their legs?

 6    A    Yes, they can.

 7    Q    And scream?

 8    A    Yes.

 9    Q    And what is agonal breathing and agonal twitching?

10    A    When people die, that is lose consciousness and their

11    heart stops and breathing stops in a sense they're clinical

12    dead.  Sometimes they still have some postmortem or near the

13    time of death what's called "agonal.  So agony, like the

14    agony of death.  So agonal; twitches of muscles; spasms of

15    the chest; and sometimes what's called "tonic and chronic

16    seizure-like activity.  That happens -- it's hard to know how

17    long that happens, because, again, you don't -- just

18    experiments -- but there has been one group of doctors who

19    have been trying to get videos of people who hang

20    themselves -- suicides and believe it or not, now with

21    everybody having cameras, they've collected I think seven to

22    ten now, and they've written two papers about it.

23              MR. PROCTER:  Your Honor, I'm going to object.

24    It's beyond the scope.

25              THE COURT:  Overruled.
```

```
 1            THE WITNESS:  They describe -- and there's videos
 2   to show it -- that more often than not, a person who hangs
 3   themselves to death has agonal switching and seizure-like
 4   activity that lasts two to I think it's five minutes.
 5   BY MR. GALIPO:
 6   Q     Okay.  So for example, hypothetically, if someone -- it
 7   looked like someone took one breath or two breaths who was
 8   restrained and asphyxiated while they're restrained and
 9   turned on their side and it looked like they took 1 or 2
10   breaths after it appeared they stopped breathing, would that
11   relate to this concept of agonal breaths?
12   A     Yes, it would.
13   Q     Does that necessarily mean the person's alive because
14   someone sees them appear to take one breath?
15   A     No, it does not.
16   Q     And with respect to you ruling out that the death was by
17   methamphetamine intoxication, the pulse issue was one of the
18   factors?
19   A     Yes, it was.
20   Q     And in reviewing the reports of the defense experts, did
21   you note that they -- that some of them, at least gave the
22   opinion that he had -- he died of a cardiac arrest?
23            MR. PROCTER:  Objection, Your Honor.  This is
24   beyond the scope.
25            THE COURT:  Sustained.
```

```
 1    BY MR. GALIPO:

 2    Q    May I have one moment to look at my notes...

 3    BY MR. GALIPO:

 4    Q    Um, Dr. O'Halloran, given everything you are aware of

 5    about this case, including up to this moment in time, do you

 6    have any change in your opinions that you have on the copy of

 7    the death certificate before you, that the cause of death in

 8    this case was restraint asphyxia, and the manner of death in

 9    this case was homicide?

10    A    That is still my opinion.  So I wouldn't change it at

11    all.

12             MR. GALIPO:  Thank you.

13             That's all I have, Your Honor.

14             THE COURT:  Re-cross, Mr. Procter...

15                    RECROSS EXAMINATION

16             MR. PROCTER:  Yes, Your Honor.

17             Thank you.

18    BY MR. PROCTER:

19    Q    Dr. O'Halloran, you obviously, listened to all of the

20    recordings; correct?

21    A    Correct.

22    Q    And you heard the officers saying that he was still

23    breathing after the paramedics were -- were called; do you

24    recall that?

25    A    Let me look at my timeline to refresh my memory.
```

UNITED STATES DISTRICT COURT

```
 1    Q    Okay.

 2    A    Well, from my excerpts from it -- and I tried to put in

 3    the important ones -- when sergeant Burr called for the EMS,

 4    an officer after that -- an officer says, Breathe," you've

 5    got to breathe -- several officers do.  And then one officer

 6    sees the right side of the chest move and thinks it was

 7    breathing, and another thought it was his heart thumping in a

 8    spasm.

 9    Q    Well, we were looking at officer Ross's -- the timeline

10    that Mr. Berroni prepared for Officer Ross's PUMA recording

11    and after the officer says, "I don't think he's breathing" at

12    5:19 and Sergeant Burr calls in EMS at 5:21 --

13              THE COURT:  All right.  Let's again -- literally

14    all on the same page here, Exhibit 52, the Officer Ross

15    timeline is...

16              MR. PROCTER:  31 of 35, Your Honor.

17              THE COURT:  All right.  31 through 35.  All right.

18    Doctor, do you have that in front of you?

19              THE WITNESS:  I'm sorry.  It was what?

20              THE COURT:  Exhibit 52, pages 1 through 35.

21              Well, starting -- the entire transcript starts on

22    page 29.

23              MR. PROCTER:  52, page 31.

24              THE WITNESS:  31.  Thank you.

25    BY MR. PROCTER:
```

```
1    Q    Okay.  I see the line where Sergeant Burr calls EMS.  So
2    below it --
3    A    Okay.
4    Q    Okay.  And then down at 5:26, it says, "Roll him on his
5    side."  And then down at 5:43 --
6    A    Yes.
7    Q    -- some -- 20 seconds after that, the officer says,
8    "There he is.  He's breathing."  Do you recall hearing that
9    on the tape?
10   A    I don't specifically recall it, but I don't doubt that
11   that's what we heard or --
12   Q    Okay.
13   A    Mr. Berroni wrote it that way.  Three times -- if you
14   want me to quote it for them.
15   Q    Yes, absolutely.  "He took a deep breath.  He's
16   breathing.  He's breathing.  And that's at 5:51 on Mr. -- or
17   Officer's Ross's tape; correct?
18   A    Yes.
19   Q    And that's about the same time that they're reporting
20   that he still has a pulse; correct?
21   A    Yes.
22   Q    So do you believe that the officers -- is it your
23   opinion that the officers were correct in saying that he was
24   breathing?
25   A    Well, I interpreted this as when he takes the big breath
```

1    that it was probably an agonal breath when he saw that.

2    Q    Well, you don't know that, do you?

3    A    Not absolutely.

4    Q    Okay.

5    A    No.

6    Q    Okay.  And after that, he says, "Yeah, he took a big

7    breath."  The officer says, "He's breathing.  He's

8    breathing."  And that was about the same time that the

9    officer reported that they thought that they felt a pulse;

10   correct?

11   A    Well, he said they felt a pulse later -- later than the

12   one big breath or whatever it was.

13   Q    Yeah, that was about what?

14   A    There's one that's at 6:15.

15   Q    6:15 -- okay.  So they thought he had a pulse then.  And

16   they thought he was breathing, what?  24 seconds earlier;

17   correct?

18   A    Well, I don't know what they were thinking, but they

19   described either a big breath, or the other officer says,

20   "He's breathing.  He's breathing."

21   Q    Okay.

22   A    I don't know how many breaths.

23   Q    Okay.  Now, do you have any opinion as to whether or not

24   the officers -- well, strike that.  That's all the questions

25   I have?

1                THE COURT:  All right.  Anything else, Mr. Galipo?

2                MR. GALIPO:  Yes.  Just on this last point.

3                THE COURT:  Yes.  Keep it within the scope.

4                MR. GALIPO:  I will.

5                **REDIRECT EXAMINATION (FURTHER)**

6    BY MR. GALIPO:

7    Q    So, again, this is according to Ross's transcription.

8    At 5:33 they're talking about him having a pulse?

9    A    Correct.

10   Q    And 5:39 someone says you got to breathe?

11   A    Correct.

12   Q    And then this reference to he's breathing is at 5:51?

13   A    Yes.  There's three references, but between 5:43 and

14   5:51.

15   Q    And then at 6:15, they're reiterating that he has a

16   pulse?

17   A    Correct.

18   Q    But at 6:21 the officers are saying "Hey, breathe.

19   You've got to breathe"?

20   A    Correct.

21   Q    And then I think in your timeline, you indicated there

22   were further references later about him still having a pulse?

23   A    Correct.

24   Q    But any indications of him breathing?

25   A    No.

```
 1                    MR. GALIPO:  Thank you.

 2                    THE COURT:  Mr. Procter, anything else?

 3                    MR. PROCTER:  Yes, Your Honor.

 4                RECROSS EXAMINATION (FURTHER)

 5    BY MR. PROCTER:

 6    Q    At 6:53 on Officer Ross's timeline -- or on the

 7    transcript of the recording, an officer says, "Oh, look it.

 8    His heart's beating" and then, "It sounds like jump out of

 9    his chest."  Is that consistent with a cardiac arrythmia?

10    A    It's hard -- you can't see the heart jump out of the

11    chest or you can't even see it beat, unless you look very

12    carefully and get a person in the right position because it's

13    hidden behind the rib cage.

14    Q    Okay.  But you can never see the -- the -- on a

15    shirtless person you can never see the effect of -- of a

16    rapidly beating heart from the outside?

17    A    Well, a doctor can see the Apex of the heart if he looks

18    at the -- in between the lower left intercostal space if they

19    get the person in just the right position and look carefully.

20    It's not on obvious thing from a distance that you can see.

21    Q    Well, these officers were right next to him; right?

22    A    Yes.

23                    MR. PROCTER:  Okay.  Thank you.  That's all I have.

24                    MR. GALIPO:  Nothing further, Your Honor.

25                    THE COURT:  All right.  Dr. O'Halloran, you're
```

```
 1    excused.

 2              Ladies and gentlemen, we'll now take the morning

 3    break.  We'll start again at 10:35.  Don't discuss the case;

 4    don't investigate the case.

 5       (The following held outside the presence of the jury:)

 6              THE COURT:  Counsel, anything?

 7              MR. GALIPO:  Can I approach and just make sure the

 8    doctor doesn't walk off with any exhibits real quick?

 9              THE COURT:  Yes.  And get the copy of his prior

10    article which will be marked for identification as 99.  Then

11    you can return that to him after we get a copy.

12              THE WITNESS:  So what are we talking, just the '93

13    article or the --

14              MR. GALIPO:  I have a copy of -- of the -- maybe on

15    a break, Rita can make a copy.  I have what he referenced in

16    court yesterday.

17              THE COURT:  All right.  Anything else before I

18    leave the bench?

19              MR. GALIPO:  No.

20              MR. PROCTER:  No, Your Honor.  Thank you.

21       (Whereupon Volume II was reported by another reporter.)

22                           - - -

23

24

25
```

**C E R T I F I C A T E**

GUILLERMO RAMIREZ                    :

                    vs.                    :   No. CV 13-01615-MWF

OXNARD POLICE DEPARTMENT              :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS
OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE
REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE
REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

/S/_____          11/16/2015

MARIA R. BUSTILLOS                    DATE
OFFICIAL REPORTER

**'**

'93 [1] - 66:12

**/**

/S [1] - 67:22

**1**

1 [2] - 59:9, 61:20
1,000 [1] - 30:13
10,000 [2] - 23:13, 32:8
10,075 [1] - 23:14
100 [1] - 7:14
1000ths [1] - 22:23
100A [5] - 4:3, 9:3, 9:10, 9:13, 11:3
100A-D [2] - 4:3, 9:13
100B [2] - 14:12, 15:11
100C [1] - 19:18
100C.. [1] - 18:15
100D [2] - 18:16, 19:20
101 [4] - 3:23, 50:1, 50:22, 50:23
102 [3] - 51:8, 51:9, 51:10
103 [1] - 44:19
10:35 [1] - 66:3
10th [1] - 36:11
11 [8] - 30:14, 30:15, 30:17, 30:24, 31:19, 38:9, 38:14, 38:22
11/16/2015 [1] - 67:22
12 [1] - 30:15
12,000 [1] - 30:15
12254 [1] - 1:22
13-01615-MWF [2] - 1:10, 67:6
133 [2] - 44:17, 44:20
133.. [1] - 44:25
145-pound [1] - 45:11
1500 [1] - 2:13
1997 [1] - 57:10

**2**

2 [1] - 59:9
20 [2] - 11:19, 62:7
200 [1] - 47:10
2014 [1] - 36:11
2015 [1] - 5:1
203 [7] - 4:3, 21:7, 21:10, 22:7, 22:10, 22:11, 23:9
213 [1] - 1:25
21800 [1] - 2:6
22 [1] - 4:3
23rd [1] - 12:7
24 [2] - 5:1, 63:16
25 [7] - 3:7, 30:17, 30:24, 31:19, 44:22,

45:1
25-year [1] - 49:10
27 [1] - 3:23
28 [1] - 67:13
29 [1] - 61:22

**3**

3,145,000 [1] - 24:14
300 [4] - 2:12, 40:24, 40:25, 47:8
31 [4] - 61:16, 61:17, 61:23, 61:24
310 [1] - 2:7
312 [1] - 1:23
32 [1] - 3:8
33 [2] - 32:13, 49:3
34 [1] - 3:7
35 [3] - 61:16, 61:17, 61:20

**4**

404 [1] - 1:24
45-degree [1] - 16:10

**5**

5 [1] - 3:8
50 [1] - 29:19
500 [1] - 32:7
52 [3] - 61:14, 61:20, 61:23
5:19 [1] - 61:12
5:21 [1] - 61:12
5:26 [1] - 62:4
5:33 [1] - 64:8
5:39 [1] - 64:10
5:43 [2] - 62:5, 64:13
5:51 [3] - 62:16, 64:12, 64:14

**6**

6 [4] - 1:16, 38:9, 38:14, 38:22
66D [1] - 47:7
6:15 [3] - 63:14, 63:15, 64:15
6:21 [1] - 64:18
6:53 [1] - 65:6

**7**

753 [1] - 67:12

**8**

8 [2] - 3:3, 22:23
8,000 [1] - 32:16
8,185 [1] - 22:16
8................ [1] - 3:3

80 [1] - 56:1
805)278-0920 [1] - 2:14
818)347-3333 [1] - 2:8
82 [2] - 37:6, 37:10
89 [5] - 30:17, 31:3, 37:3, 37:8, 37:9
894-2739 [1] - 1:25
8:36 [1] - 5:3

**9**

9 [1] - 4:3
90 [2] - 16:1, 56:2
90012 [1] - 1:24
91367 [1] - 2:7
93 [3] - 37:6, 38:8, 38:22
93036 [1] - 2:13
99 [2] - 7:14, 66:10
99A [1] - 7:12

**A**

A.M [1] - 5:3
ability [1] - 57:24
able [3] - 27:23, 28:5, 55:22
ABOVE [1] - 67:15
ABOVE-ENTITLED [1] - 67:15
abrasions [1] - 39:13
absence [1] - 56:19
absolutely [2] - 62:15, 63:3
accepts [1] - 43:9
accidents [1] - 55:14
according [1] - 64:7
accurate [2] - 32:10, 36:19
active [1] - 50:10
activities [1] - 27:20
activity [5] - 8:3, 8:14, 26:4, 58:16, 59:4
acts [2] - 25:24, 26:6
adding [1] - 40:9
addition [1] - 48:3
admit [1] - 50:20
admitted [7] - 9:11, 9:12, 9:13, 22:7, 22:11, 50:23, 51:10
adrenaline [13] - 26:6, 26:8, 26:13, 26:14, 26:15, 26:17, 26:20, 26:21, 26:22, 26:24, 27:2, 27:4, 28:6
adrenergic [1] - 26:20
afraid [2] - 27:1, 27:2
ago [1] - 43:18
agonal [7] - 58:9, 58:13, 58:14, 59:3, 59:11, 63:1
agony [2] - 58:13, 58:14

agree [1] - 25:6
ahead [8] - 6:5, 8:22, 16:18, 35:5, 40:10, 44:6, 45:7, 48:18
airway [1] - 42:25
airways [1] - 43:4
al [1] - 1:7
AL [1] - 1:12
alive [1] - 59:13
allow [2] - 21:1, 44:12
allowing [1] - 48:15
almost [5] - 18:4, 19:9, 20:9, 20:18, 36:22
ambiguous [1] - 53:12
amount [13] - 11:9, 23:1, 23:2, 24:9, 24:10, 24:13, 24:21, 24:23, 25:1, 41:8, 42:23, 47:7, 56:16
amounts [1] - 42:22
AND [3] - 67:10, 67:13, 67:15
AND/OR [1] - 67:19
ANGELES [3] - 1:18, 1:24, 5:1
angle [1] - 16:10
animals [1] - 26:9
answer [6] - 16:15, 18:1, 31:25, 32:5, 39:1, 45:20
answered [1] - 44:12
answering [1] - 44:1
ANY [1] - 67:18
anyway [1] - 20:16
apart [1] - 51:13
Apex [1] - 65:17
apologize [3] - 13:16, 35:6, 57:3
appear [2] - 10:22, 59:14
appeared [4] - 54:15, 54:19, 54:20, 59:10
application [1] - 42:2
applied [3] - 12:16, 53:6, 57:21
applying [1] - 56:14
appreciate [1] - 29:4
approach [8] - 7:18, 33:24, 35:25, 36:1, 36:5, 50:1, 50:3, 66:7
approved [1] - 48:16
ARE [1] - 67:19
area [14] - 10:1, 10:17, 10:19, 11:6, 12:17, 12:21, 18:17, 19:11, 19:12, 19:24, 20:3, 20:16, 21:2, 52:20
areas [1] - 20:3
argumentative [1] - 52:2
arm [2] - 19:8, 39:2
arrest [3] - 30:3, 59:22
arrests [1] - 30:6

arriving [1] - 22:4
arrow [2] - 14:7, 21:3
arrythmia [2] - 30:3, 30:5, 65:9
article [2] - 66:10, 66:13
articles [2] - 57:2, 57:3
ascribe [1] - 17:11
asphyxia [27] - 6:14, 7:1, 28:16, 40:18, 41:2, 41:9, 47:17, 47:23, 49:6, 49:16, 50:10, 50:11, 52:19, 52:24, 53:4, 55:4, 55:5, 55:13, 55:20, 56:8, 56:9, 56:13, 56:17, 56:21, 56:23, 60:8
asphyxiate [2] - 7:5, 58:1
asphyxiated [3] - 6:8, 7:3, 59:8
Association [1] - 43:8
assume [6] - 13:23, 39:18, 41:19, 41:25, 42:13, 49:12
assumes [2] - 33:2, 37:25
assuming [3] - 47:3, 49:22, 53:1
AT [1] - 5:3
attention [4] - 44:17, 54:8, 54:9, 54:13
attorney [1] - 37:12
August [1] - 35:18
autopsied [1] - 24:16
autopsies [1] - 32:16
autopsy [6] - 8:10, 9:4, 23:10, 24:11, 32:2, 48:25
aware [1] - 60:4

**B**

backbone [1] - 14:22
bag [2] - 24:12, 52:5
baggy [5] - 50:25, 51:1, 51:2, 51:4, 51:13
ball [6] - 51:5, 51:19, 51:20, 51:25, 52:1
balls [1] - 51:16
based [11] - 12:13, 17:10, 40:4, 41:20, 45:4, 47:21, 47:22, 48:5, 48:7, 48:12, 48:20
basis [4] - 34:8, 34:20, 44:1, 48:11
baton [4] - 17:14, 17:17, 17:18, 17:19
beat [1] - 65:11
beating [11] - 11:24, 11:25, 25:5, 54:22,

54:24, 65:8, 65:16
**becomes** [1] - 26:25
**beg** [4] - 6:17, 10:4, 17:8, 27:11
**BEHALF** [2] - 2:4, 2:10
**behind** [5] - 15:12, 15:17, 16:5, 16:6, 65:13
**below** [2] - 23:7, 62:2
**bench** [1] - 66:18
**Berroni** [2] - 61:10, 62:13
**bet** [1] - 33:22
**better** [7] - 9:18, 20:11, 22:14, 23:12, 54:10, 54:13, 54:23
**between** [6] - 14:25, 15:15, 15:24, 37:10, 64:13, 65:18
**beyond** [5] - 43:23, 55:6, 56:24, 58:24, 59:24
**big** [5] - 51:1, 62:25, 63:6, 63:12, 63:19
**biggest** [1] - 53:18
**bit** [5] - 12:24, 20:21, 29:4, 51:16, 57:24
**black** [1] - 51:20
**bled** [1] - 14:23
**blood** [20] - 5:19, 6:10, 11:25, 12:1, 14:23, 15:1, 15:2, 20:3, 22:18, 22:20, 24:23, 25:2, 25:3, 25:5, 25:22, 28:19, 30:9, 37:19, 55:18
**blows** [1] - 54:2
**blue** [3] - 7:8, 14:25, 56:2
**bluish** [4] - 5:17, 52:18, 52:22, 53:2
**Bocanegra** [2] - 42:2, 42:13
**body** [10] - 6:10, 8:12, 8:13, 14:21, 17:20, 23:2, 26:12, 27:4, 32:19, 47:20
**bone** [1] - 39:3
**bones** [1] - 11:6
**boney** [2] - 19:10, 19:12
**book** [1] - 21:7
**bottom** [4] - 15:21, 22:13, 22:14, 51:17
**BOULEVARD** [1] - 2:6
**bound** [1] - 34:16
**boy** [1] - 6:3
**brain** [5] - 55:19, 55:21, 55:23, 55:24
**break** [3] - 45:22, 66:3, 66:15
**breath** [8] - 59:7, 59:14, 62:15, 62:25, 63:1, 63:7, 63:12, 63:19
**breathe** [10] - 42:23,

48:6, 55:18, 55:22, 57:24, 61:5, 64:10, 64:18, 64:19
**Breathe** [1] - 61:4
**breathing** [19] - 54:20, 58:4, 58:9, 58:11, 59:10, 60:23, 61:7, 61:11, 62:8, 62:16, 62:24, 63:7, 63:8, 63:16, 63:20, 64:12, 64:24
**breaths** [4] - 59:7, 59:10, 59:11, 63:22
**bring** [2] - 15:5, 43:21
**broken** [2] - 12:1, 14:23
**brown** [1] - 19:15
**bruise** [37] - 10:18, 10:20, 10:23, 11:3, 11:4, 11:10, 11:17, 12:3, 12:10, 12:14, 12:21, 12:25, 13:10, 13:21, 15:8, 15:9, 15:10, 15:21, 16:12, 16:20, 17:4, 17:12, 17:22, 17:24, 18:3, 18:12, 18:20, 19:7, 19:13, 19:18, 39:3, 39:19, 39:23, 45:23, 47:5, 53:7
**bruised** [1] - 12:22
**bruises** [15] - 9:6, 11:5, 12:18, 14:5, 14:22, 17:22, 18:4, 18:9, 19:23, 20:1, 39:2, 39:13, 45:9, 53:9, 53:16
**bruises..** [1] - 18:17
**bruising** [5] - 15:9, 29:10, 29:13, 39:6, 46:3
**BURBANK** [1] - 2:6
**Burr** [3] - 61:3, 61:12, 62:1
**business** [1] - 22:1
**BUSTILLOS** [3] - 1:21, 67:10, 67:23
**BY** [50] - 2:5, 2:11, 3:7, 3:8, 5:12, 6:6, 8:24, 9:24, 10:14, 14:11, 16:19, 19:1, 19:19, 22:12, 28:12, 31:5, 32:12, 33:7, 36:6, 37:11, 38:4, 38:13, 39:9, 40:13, 41:24, 44:7, 44:16, 45:8, 46:2, 46:13, 46:20, 47:15, 48:19, 49:21, 50:4, 50:12, 50:24, 51:12, 52:6, 54:6, 55:10, 57:1, 58:2, 59:5, 60:1, 60:3, 60:18, 61:25, 64:6, 65:5

**C**

**C.S.R** [1] - 1:22
**CA** [2] - 2:7, 2:13
**caffeine** [2] - 25:25
**cage** [1] - 65:13
**California** [2] - 50:18, 50:19
**CALIFORNIA** [5] - 1:2, 1:18, 1:24, 5:1, 67:12
**cameras** [1] - 58:21
**car** [3] - 27:24, 28:7, 28:9
**cardiac** [7] - 6:20, 30:3, 30:5, 30:6, 59:22, 65:9
**carefully** [2] - 65:12, 65:19
**cartilage** [1] - 45:22
**CASE** [1] - 3:3
**case** [21] - 8:18, 17:11, 22:5, 24:23, 26:14, 35:14, 37:21, 38:1, 43:19, 44:14, 46:22, 47:1, 49:24, 50:6, 53:9, 57:15, 60:5, 60:8, 60:9, 66:3, 66:4
**cases** [6] - 29:19, 31:21, 49:9, 55:4, 56:1, 58:3
**caused** [11] - 5:19, 11:2, 13:10, 15:21, 17:3, 17:6, 30:3, 32:3, 47:16, 53:22, 55:21
**causes** [5] - 5:18, 12:2, 26:4, 32:2, 43:15
**causing** [3] - 28:16, 37:4, 37:19
**ceases** [1] - 55:20
**center** [3] - 10:18, 20:4, 20:18
**CENTRAL** [2] - 1:2, 67:11
**certain** [2] - 47:10, 55:3
**certainly** [7] - 23:25, 27:20, 34:24, 37:15, 39:5, 44:15, 54:23
**certificate** [4] - 48:17, 50:2, 50:6, 60:7
**certificates** [1] - 50:18
**certified** [4] - 31:1, 33:19, 34:6, 36:18
**CERTIFY** [1] - 67:12
**chain** [3] - 15:15, 15:24
**Chan** [1] - 57:9
**chance** [1] - 54:24
**change** [3] - 35:17, 60:6, 60:10
**changed** [3] - 37:13,

37:17
**changes** [6] - 32:25, 36:21, 36:22, 37:3, 37:15, 37:20
**changing** [2] - 34:21
**characteristics** [1] - 57:13
**CHARGED** [1] - 67:18
**chest** [12] - 15:13, 28:15, 29:1, 55:5, 55:16, 56:7, 56:8, 58:1, 58:15, 61:6, 65:9, 65:11
**chiefs** [1] - 56:23
**children** [1] - 27:23
**choked** [3] - 38:5, 38:18, 38:25
**chronic** [1] - 58:15
**circle** [7] - 9:17, 10:6, 10:18, 14:17, 20:14, 20:19, 51:19
**circled** [1] - 10:16
**CIRCUIT** [1] - 67:18
**circulating** [1] - 25:3
**circulation** [1] - 55:18
**circumstance** [1] - 54:23
**circumstances** [1] - 47:11
**cities** [1] - 55:1
**citizens** [1] - 50:18
**clarify** [1] - 14:14
**clarity** [1] - 7:19
**Clark's** [1] - 30:25
**clear** [6] - 14:9, 18:8, 20:13, 33:13, 37:22, 51:17
**clearly** [2] - 12:20, 32:3
**clearness** [1] - 14:25
**CLERK** [1] - 7:15
**clerk** [1] - 33:20
**clinical** [1] - 58:11
**close** [2] - 29:12, 40:1
**cocaine** [2] - 26:19, 43:12, 43:15
**CODE** [1] - 67:13
**cold** [1] - 7:8
**collar** [1] - 39:3
**collect** [1] - 20:6
**collected** [1] - 58:21
**collectively** [2] - 9:2, 49:23
**collects** [1] - 20:6
**color** [1] - 12:23
**combine** [1] - 30:5
**comment** [1] - 34:20
**commented** [1] - 34:23
**common** [6] - 6:7, 27:10, 27:12
**commonly** [1] - 30:2
**compelling** [1] - 37:22
**complete** [1] - 33:14
**components** [1] -

53:23
**compressed** [1] - 28:19
**compresses** [1] - 55:17
**compression** [14] - 28:13, 28:16, 28:21, 28:25, 29:1, 41:2, 41:9, 53:22, 55:5, 56:7, 56:8, 56:11, 56:16
**compressions** [1] - 15:13
**computer** [1] - 35:7
**concentration** [4] - 25:5, 25:12, 25:22, 26:15
**concept** [1] - 59:11
**concluded** [3] - 8:8, 34:12, 36:3
**conclusion** [4] - 28:24, 48:10, 48:11, 48:16
**conclusions** [1] - 22:5
**concrete** [1] - 39:20
**condition** [2] - 27:17, 43:10
**CONFERENCE** [2] - 67:17, 67:20
**CONFORMANCE** [2] - 67:16, 67:19
**congested** [1] - 56:3
**congestion** [1] - 28:18
**consciousness** [1] - 58:10
**consideration** [1] - 46:16
**considered** [1] - 55:20
**consistent** [12] - 15:11, 15:25, 17:5, 31:15, 45:10, 49:15, 52:18, 52:23, 53:3, 53:10, 53:11, 65:9
**consumption** [1] - 42:18
**contact** [4] - 11:22, 11:24, 12:11, 27:6
**contacted** [1] - 12:6
**contents** [3] - 24:18, 24:19, 25:13
**context** [2] - 5:16, 30:15
**contributing** [1] - 42:14
**conversion** [1] - 23:23
**copies** [1] - 50:17
**copy** [14] - 31:2, 33:14, 33:19, 33:21, 33:23, 34:6, 34:17, 35:1, 50:5, 60:6, 66:9, 66:11, 66:14, 66:15
**corner** [1] - 21:17
**coroner's** [1] - 44:2
**correct** [86] - 6:8, 6:15, 11:3, 11:4,

11:22, 13:10, 16:3, 16:4, 16:5, 16:8, 16:21, 16:22, 17:12, 17:17, 17:25, 18:1, 19:21, 19:22, 20:22, 21:5, 22:2, 22:3, 22:5, 22:6, 22:20, 23:2, 23:4, 23:7, 23:14, 23:15, 23:25, 26:4, 26:6, 26:16, 27:15, 27:18, 28:6, 28:14, 28:25, 29:8, 29:20, 32:14, 32:15, 32:17, 33:1, 34:18, 36:14, 37:19, 37:23, 39:7, 39:8, 39:10, 39:11, 39:13, 39:14, 39:25, 40:15, 42:8, 42:9, 42:11, 42:12, 43:4, 46:4, 48:1, 48:2, 48:4, 48:22, 48:24, 49:4, 49:7, 51:14, 51:23, 52:4, 52:12, 60:20, 60:21, 62:17, 62:20, 62:23, 63:10, 63:17, 64:9, 64:11, 64:17, 64:20, 64:23
**CORRECT** [1] - 67:14
**corrections** [1] - 35:12
**counsel** [6] - 5:8, 16:18, 35:8, 36:5, 57:4, 66:6
**Counsel** [6] - 35:24, 40:10, 41:21, 44:6, 45:2, 45:7
**counsel's** [1] - 34:3
**counties** [1] - 55:1
**county** [4] - 21:15, 21:22, 43:25, 48:9
**course** [6] - 15:4, 22:1, 23:24, 33:18, 34:19, 41:11
**coursing** [1] - 28:6
**COURT** [85] - 1:1, 1:22, 5:3, 5:4, 5:6, 5:22, 6:1, 6:3, 7:14, 7:20, 7:24, 8:1, 8:5, 8:7, 8:9, 9:12, 9:16, 10:6, 13:18, 13:22, 16:14, 18:24, 22:8, 22:10, 30:19, 30:23, 30:25, 31:4, 31:20, 33:4, 33:6, 33:17, 33:21, 33:25, 34:7, 34:13, 35:9, 35:14, 35:18, 35:21, 35:23, 36:1, 36:5, 37:8, 38:2, 38:10, 38:23, 40:3, 40:8, 41:19, 43:24, 44:5, 44:11, 44:18, 44:21, 45:1, 45:18, 46:9, 46:18, 47:13, 48:9, 49:19, 50:3, 50:22, 51:9, 52:3, 53:14, 55:8,

56:25, 57:18, 58:25, 59:25, 60:14, 61:13, 61:17, 61:20, 64:1, 64:3, 65:2, 65:25, 66:6, 66:9, 66:17, 67:10, 67:11
**Court** [2] - 7:12, 35:8
**court** [9] - 5:5, 13:23, 16:15, 33:10, 33:18, 34:15, 34:20, 48:13, 66:16
**COURTHOUSE** [1] - 1:23
**covers** [1] - 20:9
**crime** [3] - 21:22, 22:1, 24:24
**critical** [1] - 25:8
**criticism** [1] - 44:8
**cropped** [1] - 8:12
**cropping** [1] - 7:22
**CROSS** [2] - 3:5, 5:10
**cross** [1] - 60:14
**CROSS-EXAMINATION** [1] - 5:10
**crushed** [1] - 55:13
**cuffs** [1] - 16:2
**curve** [2] - 10:12, 25:2
**cut** [3] - 10:21, 10:25, 18:1
**CV** [2] - 1:10, 67:6
**cyanosis** [5] - 5:15, 5:16, 6:7, 6:19, 7:4
**cyanotic** [2] - 6:15, 52:17

## D

**DALE** [3] - 2:4, 2:5, 3:7
**damage** [1] - 45:10
**dangerous** [1] - 27:23
**dark** [2] - 14:17, 56:2
**DATE** [1] - 67:23
**DATE,2015** [1] - 1:19
**dated** [1] - 36:11
**DAY** [3] - 1:16, 1:19, 3:3
**dead** [3] - 6:9, 6:13, 58:12
**death** [37] - 6:20, 23:4, 23:5, 23:7, 24:22, 28:14, 29:19, 29:23, 29:24, 30:5, 30:9, 31:13, 31:23, 32:3, 32:5, 37:4, 37:19, 41:11, 42:4, 42:15, 47:16, 48:17, 49:5, 50:2, 50:6, 50:8, 50:13, 50:18, 53:3, 55:20, 58:13, 58:14, 59:3, 59:16, 60:7, 60:8
**deaths** [1] - 32:1
**decedents** [1] - 31:24

**December** [3] - 33:12, 35:19, 36:11
**decide** [1] - 45:4
**deciding** [1] - 8:18
**decrease** [2] - 54:25, 57:24
**deep** [4] - 10:20, 10:21, 10:22, 62:15
**Defendants** [1] - 1:13
**DEFENDANTS** [1] - 2:10
**Defense** [1] - 52:8
**defense** [1] - 59:20
**Defense's** [2] - 9:13, 22:11
**DEFENSE'S** [1] - 4:2
**definitive** [1] - 28:22
**DeGENNA** [1] - 2:12
**degrees** [1] - 16:1
**delirium** [3] - 43:7, 43:13, 43:15
**delivery** [1] - 55:21
**deltoid** [1] - 19:8
**Department** [1] - 6:24
**DEPARTMENT** [3] - 1:12, 2:10, 67:7
**DEPOSIT** [1] - 67:19
**deposition** [18] - 30:17, 30:19, 30:25, 32:9, 32:21, 32:23, 33:1, 33:3, 33:8, 33:11, 33:16, 34:2, 34:4, 36:14, 38:8, 38:20, 38:22, 44:20
**depositions** [1] - 34:14
**describe** [1] - 59:1
**described** [2] - 55:14, 63:19
**description** [1] - 43:9
**detected** [1] - 22:16
**determine** [3] - 41:22, 48:12, 53:14
**determined** [1] - 31:22
**die** [5] - 15:1, 47:23, 50:19, 55:24, 58:10
**died** [5] - 28:24, 37:23, 44:15, 52:13, 59:22
**dies** [3] - 6:14, 15:3, 56:12
**difference** [2] - 56:10, 56:13
**different** [5] - 11:12, 23:17, 23:20, 23:21, 55:12
**difficulty** [1] - 58:4
**dignity** [1] - 8:13
**direct** [2] - 40:17, 43:23
**DIRECT** [1] - 3:5
**direction** [1] - 16:1
**directions** [1] - 16:10
**directly** [1] - 45:21
**DIRK** [1] - 2:12
**disappears** [1] - 12:23

**discoloration** [3] - 5:17, 12:24, 15:7
**discolorations** [1] - 14:24
**discuss** [1] - 66:3
**discussed** [2] - 7:9, 22:21
**disease** [1] - 32:3
**displaced** [1] - 26:22
**distance** [1] - 65:20
**distant** [1] - 57:23
**distinct** [1] - 20:25
**DISTRICT** [5] - 1:1, 1:2, 1:5, 67:11
**DIVISION** [1] - 1:3
**DO** [1] - 67:12
**doctor** [10] - 8:25, 21:4, 40:3, 40:5, 40:6, 44:17, 44:18, 61:18, 65:17, 66:8
**Doctor** [9] - 5:13, 5:21, 5:23, 10:6, 13:23, 16:14, 30:20, 42:1, 43:24
**doctors** [1] - 58:18
**document** [3] - 21:12, 21:25, 50:15
**done** [4] - 41:5, 41:7, 41:13, 50:15
**dose** [1] - 27:12
**dotted** [1] - 10:10
**doubt** [1] - 62:10
**down** [13] - 15:3, 17:25, 39:16, 47:20, 48:6, 49:14, 49:22, 56:5, 57:7, 57:14, 62:4, 62:5
**DR** [1] - 3:6
**Dr** [23] - 5:7, 14:4, 14:6, 14:13, 18:18, 19:17, 19:20, 30:16, 31:7, 34:25, 36:7, 41:7, 45:5, 46:14, 48:10, 48:16, 50:5, 52:11, 60:4, 60:19, 65:25
**dR** [1] - 5:11
**drain** [1] - 28:19
**drawn** [1] - 10:18
**DRIVE** [1] - 2:12
**driveway** [1] - 39:20
**drug** [4] - 24:20, 25:13, 32:1
**drugs** [2] - 26:19, 46:16
**duration** [1] - 45:12
**during** [9] - 12:1, 12:12, 13:2, 27:6, 39:4, 39:25, 42:18, 49:14, 56:15
**dying** [2] - 52:18, 52:23

## E

**E-c-c-h-y-m-o-s-i-s** [1] - 6:2
**easier** [3] - 11:5, 20:10, 22:21
**ECC** [1] - 5:24
**Ecchymosis** [1] - 6:1
**edge** [1] - 53:25
**effect** [3] - 13:24, 27:2, 65:15
**effects** [1] - 26:21
**eight** [8] - 16:25, 51:5, 51:16, 51:19, 51:20, 51:25, 52:1
**eight-ball** [4] - 51:19, 51:25, 52:1
**either** [2] - 29:7, 63:19
**elimination** [1] - 32:1
**Elmo** [1] - 9:22
**emergency** [2] - 43:21, 55:1
**EMS** [3] - 61:3, 61:12, 62:1
**EMT** [1] - 6:22
**encounter** [1] - 39:25
**energized** [3] - 25:23, 26:1, 27:21
**energy** [1] - 11:13
**enforcement** [1] - 44:1
**entire** [1] - 61:21
**ENTITLED** [1] - 67:15
**envelope** [1] - 33:10
**ERIC** [1] - 2:6
**ESPLANADE** [1] - 2:12
**ESQ** [3] - 2:5, 2:6, 2:11
**essentially** [1] - 49:24
**estimate** [1] - 42:17
**et** [1] - 1:7
**ET** [1] - 1:12
**evidence** [22] - 8:3, 8:14, 9:11, 14:12, 17:16, 17:20, 29:7, 29:9, 29:10, 37:22, 37:25, 38:5, 38:7, 38:18, 38:24, 39:1, 42:10, 42:24, 45:4, 48:12, 53:13, 53:15
**exact** [1] - 41:4
**exactly** [3] - 18:14, 31:25, 40:16
**EXAMINATION** [5] - 5:10, 46:12, 60:15, 64:5, 65:4
**examination** [1] - 40:17
**examined** [1] - 34:14
**examiner** [6] - 32:14, 43:14, 43:25, 44:9, 48:10, 49:2
**Examiners** [1] - 43:9
**examiners** [1] - 44:3
**examining** [1] - 43:23

**example** [1] - 59:6
**excerpts** [1] - 61:2
**excited** [3] - 43:7, 43:13, 43:15
**excreted** [1] - 55:23
**excuse** [1] - 27:3
**excused** [1] - 66:1
**execute** [1] - 50:16
**Exhibit** [14] - 11:3, 14:12, 18:15, 19:20, 21:7, 22:7, 22:11, 23:9, 47:7, 50:1, 50:23, 51:8, 51:10, 61:14
**exhibit** [6] - 14:5, 21:2, 21:7, 30:18, 50:20, 61:20
**exhibits** [1] - 66:8
**Exhibits** [4] - 7:12, 9:3, 9:10, 9:13
**expect** [2] - 6:14, 7:3
**experience** [3] - 47:22, 49:2, 49:5
**experienced** [1] - 27:25
**experiments** [5] - 57:3, 57:5, 57:12, 57:19, 58:18
**expert** [2] - 11:14, 13:24
**experts** [2] - 52:9, 59:20
**expired** [1] - 43:18
**explain** [2] - 5:15, 31:25
**explanations** [1] - 29:4
**exposed** [2] - 20:1, 20:20
**exposure** [2] - 19:25, 20:1
**express** [1] - 23:18
**expressed** [1] - 23:20
**externally** [1] - 29:7
**extrapolate** [1] - 57:23
**eyes** [1] - 56:3

**F**

**face** [9] - 6:25, 28:17, 28:18, 39:12, 39:20, 53:2, 56:3, 56:5
**fact** [8] - 23:4, 25:6, 27:6, 27:15, 41:20, 45:9, 46:21, 55:18
**factor** [1] - 42:15
**factors** [1] - 59:18
**facts** [2] - 17:11, 37:25
**faded** [1] - 20:15
**fades** [1] - 12:23
**fading** [1] - 19:15
**failure** [1] - 43:6
**fair** [1] - 51:22
**falling** [2] - 13:8, 55:15

**familiar** [3] - 41:12, 57:4, 57:11
**far** [3] - 23:7, 51:21, 57:22
**faster** [1] - 27:16
**fat** [1] - 10:25
**fear** [1] - 27:3
**FEE** [1] - 67:18
**FEES** [1] - 67:18
**fell** [1] - 13:4
**felt** [2] - 63:9, 63:11
**few** [1] - 58:3
**fight** [2] - 26:11, 26:13
**figure** [2] - 41:4, 47:8
**final** [1] - 50:5
**fine** [1] - 57:19
**fingers** [1] - 7:8
**finish** [2] - 16:14, 16:15
**first** [4] - 21:13, 25:25, 26:17, 33:11
**FITZGERALD** [1] - 1:5
**five** [1] - 59:4
**flattened** [1] - 51:15
**flight** [1] - 26:11
**flow** [1] - 43:3
**fluid** [1] - 24:10
**flushed** [1] - 6:25
**follow** [1] - 16:16
**following** [3] - 5:5, 47:2, 66:5
**foot** [1] - 11:13
**FOR** [3] - 67:10, 67:11, 67:18
**force** [4] - 11:2, 11:5, 11:9
**FOREGOING** [1] - 67:13
**forget** [2] - 5:24, 39:4
**form** [1] - 35:13
**format** [1] - 21:24
**FORMAT** [1] - 67:16
**forms** [1] - 20:14
**foundation** [2] - 13:17, 57:16
**fractured** [2] - 29:16, 39:10
**frequently** [1] - 27:17
**fresh** [2] - 19:13, 19:14
**frightened** [1] - 26:12
**front** [8] - 30:19, 34:14, 45:17, 45:22, 45:23, 46:5, 55:16, 61:18
**full** [1] - 19:21
**FURTHER** [3] - 3:7, 64:5, 65:4

**G**

**GALIPO** [46] - 2:5, 2:5, 3:7, 8:4, 8:6, 13:16, 22:9, 31:1, 33:2, 33:19, 34:5, 37:24,

41:18, 43:22, 44:10, 44:24, 45:15, 46:11, 46:13, 46:20, 47:15, 48:19, 49:21, 50:4, 50:12, 50:20, 50:24, 51:11, 51:12, 52:6, 54:6, 55:10, 57:1, 58:2, 59:5, 60:1, 60:3, 60:12, 64:2, 64:4, 64:6, 65:1, 65:24, 66:7, 66:14, 66:19
**Galipo** [4] - 22:8, 45:18, 48:18, 64:1
**Galipo..** [1] - 46:10
**gang** [1] - 8:14
**general** [1] - 52:19
**generally** [2] - 34:16, 52:21
**gentlemen** [6] - 5:6, 8:9, 34:13, 45:3, 48:9, 66:2
**given** [2] - 56:22, 60:4
**GOVERNMENT'S** [1] - 3:3
**graphs** [1] - 8:10
**gravity** [1] - 15:2
**Great** [1] - 38:2
**greater** [1] - 30:12
**green** [2] - 12:21, 12:23
**greenish/yellowish** [1] - 12:24
**ground** [2] - 39:16, 39:17
**group** [1] - 58:18
**guess** [5] - 10:2, 10:5, 28:9, 28:10, 57:7
**GUILLERMO** [3] - 1:7, 2:4, 67:5
**gurney** [1] - 20:5

**H**

**hairs** [1] - 11:8
**half** [3] - 18:11, 47:20, 52:1
**hand** [2] - 21:17, 38:10
**handcuffed** [2] - 15:14, 16:2
**handcuffing** [1] - 49:14
**handcuffs** [3] - 15:19, 15:25, 16:23
**handing** [1] - 7:15
**hands** [3] - 15:12, 15:17, 16:2
**handwriting** [1] - 36:11
**hang** [1] - 58:19
**hangs** [1] - 59:2
**happy** [2] - 9:17, 16:16
**hard** [7] - 11:11, 15:22, 20:21, 39:21,

53:20, 58:16, 65:10
**hardcopy** [1] - 35:13
**harder** [1] - 20:23
**head** [2] - 22:22, 28:19, 39:15
**heard** [5] - 27:22, 28:2, 28:3, 60:22, 62:11
**hearing** [1] - 62:8
**heart** [9] - 11:24, 12:3, 25:4, 27:9, 27:14, 28:13, 28:21, 28:25, 43:6, 54:20, 54:22, 54:24, 54:25, 55:19, 58:11, 61:7, 65:10, 65:16, 65:17
**heart's** [2] - 11:25, 65:8
**heavy** [2] - 55:15, 56:11
**held** [3] - 5:5, 17:25, 66:5
**HELD** [1] - 67:15
**hemorrhages** [7] - 55:3, 56:3, 56:4, 56:5, 56:8, 56:18, 56:19
**HEREBY** [1] - 67:12
**hereto** [4] - 9:13, 22:11, 50:23, 51:10
**hidden** [1] - 65:13
**high** [11] - 22:19, 23:3, 23:4, 23:5, 23:24, 24:24, 32:4, 32:6, 42:20, 46:21
**higher** [5] - 16:24, 16:25, 17:2, 32:18, 42:19
**HILLS** [1] - 2:7
**himself** [3] - 13:13, 13:20
**hitting** [2] - 13:13, 13:20
**hold** [3] - 16:23, 22:22, 39:5
**holding** [5] - 16:20, 47:19, 48:6, 49:22, 57:14
**home** [2] - 33:9, 33:13
**homicide** [2] - 50:14, 60:9
**Honor** [30] - 5:9, 7:18, 8:23, 9:15, 13:16, 18:22, 31:18, 33:16, 33:24, 35:6, 38:21, 40:12, 43:22, 44:10, 44:24, 48:8, 50:1, 50:21, 53:13, 55:6, 56:24, 57:17, 58:23, 59:23, 60:13, 60:16, 61:16, 65:3, 65:24, 66:20
**HONORABLE** [1] - 1:5
**horizontal** [2] - 14:16, 14:21
**hormone** [4] - 26:8,

26:9, 26:10, 26:11
**hormones** [1] - 26:24
**hospital** [1] - 15:4
**hour** [1] - 11:20
**huge** [1] - 27:24
**human** [1] - 23:2
**hundred** [3] - 40:19, 40:22, 49:8
**hundreds** [1] - 32:6
**hyperactivity** [1] - 26:5
**hypothetical** [1] - 49:18
**hypothetically** [6] - 47:3, 47:21, 49:13, 52:22, 53:1, 59:6

**I**

**iBook** [1] - 37:5
**identification** [1] - 66:10
**II** [4] - 1:17, 2:11, 3:2, 66:21
**immediate** [1] - 54:7
**immediately** [3] - 6:20, 6:21, 6:23
**impact** [5] - 12:2, 17:13, 39:19, 39:21, 39:22
**important** [2] - 25:14, 61:3
**improper** [1] - 49:17
**IN** [5] - 5:3, 67:10, 67:15, 67:16, 67:19
**inch** [3] - 15:23, 51:2
**inches** [3] - 16:25, 18:10, 18:11
**incident** [3] - 13:1, 41:17, 45:12
**incisions** [1] - 8:10
**include** [1] - 52:11
**including** [2] - 28:21, 60:5
**incomplete** [3] - 33:12, 45:15, 49:17
**inconsistent** [2] - 7:1, 45:21
**increased** [1] - 26:4
**indeed** [1] - 49:1
**indicated** [1] - 64:21
**indications** [1] - 64:24
**indicator** [1] - 28:20
**indirectly** [1] - 26:25
**individual** [2] - 6:8, 34:6
**individual's** [1] - 43:3
**individuals** [3] - 27:17, 30:10, 31:12
**infer** [1] - 39:15
**inferred** [1] - 32:4
**influence** [1] - 8:18
**information** [6] - 12:16, 13:2, 13:21, 17:3, 48:5, 49:24

71

**inhibits** [1] - 43:3
**initials** [3] - 21:16, 21:18, 21:19
**injury** [1] - 46:1
**inquire** [1] - 34:25
**inside** [3] - 24:12, 27:4, 52:5
**instruction** [2] - 8:2, 45:5
**instrument** [1] - 17:13
**intercostal** [1] - 65:18
**interested** [1] - 40:8
**intermittent** [1] - 14:19
**internally** [1] - 29:8
**interpreted** [1] - 62:25
**intoxication** [8] - 29:18, 30:8, 30:11, 31:14, 31:22, 32:1, 43:3, 59:17
**investigate** [1] - 66:4
**investigation** [1] - 13:3
**invite** [1] - 44:17
**involved** [3] - 8:16, 17:14, 57:22
**iPad** [2] - 36:8, 37:14
**IS** [2] - 67:13, 67:16
**is..** [1] - 61:15
**issue** [4] - 35:8, 43:7, 52:16, 59:17
**itself** [2] - 14:5, 29:12

## J

**JAMES** [2] - 2:11, 3:8
**joint** [1] - 19:9
**JUDGE** [1] - 1:5
**JUDICIAL** [2] - 67:17, 67:20
**jump** [2] - 65:8, 65:10
**June** [1] - 12:7
**JUNE** [2] - 1:19, 5:1
**jurors** [1] - 5:4
**jury** [10] - 5:15, 9:18, 14:15, 16:16, 23:15, 34:7, 41:22, 48:15, 53:14, 66:5
**jury's** [1] - 40:8

## K

**keep** [1] - 64:3
**keeps** [1] - 50:17
**kept** [1] - 21:25
**kick** [1] - 58:5
**kind** [12] - 14:16, 14:20, 14:24, 15:6, 19:10, 20:4, 20:21, 20:24, 40:18, 43:2, 57:6
**knee** [4] - 45:11, 47:3, 49:13
**knowledge** [4] - 43:2,

43:11, 49:2, 49:5

## L

**lab** [2] - 21:22, 22:1
**laboratories** [1] - 23:21
**laboratory** [2] - 21:14, 24:24
**lack** [2] - 13:17, 55:21
**ladies** [6] - 5:6, 8:9, 34:13, 45:3, 48:9, 66:2
**landed** [1] - 13:11
**large** [11] - 18:9, 23:2, 25:1, 25:7, 25:11, 25:12, 25:21, 26:15, 27:12, 42:22
**larynx** [3] - 29:16, 39:10, 45:10
**last** [3] - 45:1, 47:2, 64:2
**lasts** [1] - 59:4
**Laughter** [1] - 28:11
**LAW** [1] - 2:4
**law** [1] - 43:25
**laying** [1] - 57:7
**leading** [3] - 46:17, 48:8, 52:2
**learning** [1] - 10:12
**least** [5] - 26:10, 47:25, 52:23, 53:3, 59:21
**leave** [3] - 15:5, 47:4, 66:18
**leaving** [1] - 53:7
**Lee** [1] - 52:11
**left** [8] - 15:10, 19:25, 20:15, 20:19, 53:16, 53:19, 65:18
**legitimate** [1] - 34:20
**legs** [1] - 58:5
**LESS** [1] - 67:18
**less** [1] - 30:13
**lethal** [2] - 23:25, 24:1
**level** [5] - 22:19, 23:3, 23:24, 24:2, 25:2
**levels** [10] - 23:5, 23:7, 26:1, 30:9, 31:12, 31:23, 32:19, 37:4, 37:18, 46:21
**life** [1] - 57:13
**lift** [1] - 16:13
**likely** [4] - 28:15, 40:21, 45:22, 54:14
**limiting** [1] - 8:2
**line** [9] - 10:7, 14:21, 38:12, 38:22, 44:22, 44:23, 45:1, 62:1
**linear** [4] - 53:18, 53:21, 53:22, 54:1
**lines** [6] - 10:10, 30:17, 30:23, 31:19, 38:9, 44:21
**linings** [1] - 56:3

**liquid** [2] - 24:12, 24:13
**list** [1] - 28:24
**listed** [2] - 50:13
**listened** [2] - 40:7, 60:19
**listening** [1] - 40:9
**liter** [3] - 23:22, 32:7, 32:8
**literally** [1] - 61:13
**literature** [1] - 46:24
**live** [2] - 7:7, 7:10
**lived** [2] - 46:15, 46:22
**lividity** [8] - 14:25, 15:6, 20:2, 20:5, 20:8, 20:12, 20:19, 21:3
**LLP** [1] - 2:10
**located** [1] - 20:8
**location** [1] - 16:11
**lodged** [1] - 34:4
**look** [15] - 10:24, 18:15, 21:7, 24:17, 30:16, 31:6, 33:15, 36:9, 38:8, 38:10, 60:2, 60:25, 65:7, 65:11, 65:19
**looked** [8] - 51:14, 52:8, 52:18, 52:22, 53:1, 53:2, 59:7, 59:9
**looking** [9] - 9:25, 10:15, 11:3, 14:13, 18:18, 19:6, 19:21, 21:12, 61:9
**looks** [6] - 11:18, 15:7, 21:23, 24:6, 51:18, 65:17
**LOS** [3] - 1:18, 1:24, 5:1
**lose** [1] - 58:10
**loses** [1] - 6:11
**losing** [2] - 26:3
**loved** [1] - 27:24
**lower** [5] - 15:10, 18:10, 21:16, 53:19, 65:18
**lungs** [1] - 43:4
**lying** [1] - 20:5

## M

**mammals** [1] - 26:10
**man's** [1] - 29:14
**manner** [2] - 50:13, 60:8
**margins** [1] - 20:13, 20:25
**MARIA** [3] - 1:21, 67:10, 67:23
**mark** [6] - 7:12, 14:5, 14:6, 18:17, 19:18, 21:1
**MARKED** [2] - 3:22, 4:2

**marked** [2] - 21:2, 66:10
**markings** [1] - 14:10
**marks** [2] - 39:12, 42:7
**matter** [1] - 13:3
**MATTER** [1] - 67:15
**matters** [1] - 13:22
**mean** [15] - 7:7, 11:8, 11:13, 11:23, 22:17, 23:15, 27:3, 30:6, 35:15, 42:25, 47:16, 51:24, 53:24, 57:19, 59:13
**meaning** [1] - 47:16
**means** [1] - 26:20
**mechanism** [3] - 29:24, 29:25, 49:16
**mechanisms** [1] - 49:16
**Medical** [1] - 43:8
**medical** [14] - 25:9, 32:13, 40:5, 40:6, 43:10, 43:14, 43:21, 43:25, 44:2, 44:8, 48:10, 49:2, 54:8, 54:9
**medicine** [1] - 47:22
**memory** [2] - 33:13, 60:25
**mentioned** [2] - 28:17, 49:11, 51:5
**meth** [1] - 50:25
**methamphetamine** [35] - 13:15, 22:15, 22:19, 23:1, 24:2, 24:10, 24:15, 25:2, 25:4, 25:7, 25:22, 25:24, 26:15, 26:18, 26:23, 27:3, 27:13, 29:18, 29:23, 30:8, 30:10, 30:11, 31:12, 31:13, 31:22, 31:23, 32:19, 37:4, 37:18, 37:23, 42:22, 51:21, 52:5, 59:17
**MICHAEL** [1] - 1:5
**microgram** [1] - 22:23
**micrograms** [5] - 22:23, 23:16, 23:22, 32:7
**mid** [1] - 14:21
**middle** [1] - 51:20
**might** [5] - 12:21, 12:25, 20:9, 45:22, 55:4
**milligrams** [1] - 23:22
**milliliter** [4] - 22:18, 23:14, 23:23, 24:14
**mind** [2] - 26:3, 53:9
**minimal** [2] - 29:9, 29:10
**minimum** [1] - 41:1
**minute** [2] - 11:19, 25:4
**minutes** [5] - 11:19, 47:21, 49:23, 54:24,

59:4
**misspoke** [1] - 25:11
**misstates** [2] - 53:13, 53:15
**mistake** [1] - 34:19
**modelled** [1] - 20:24
**moment** [6] - 7:17, 7:19, 44:18, 44:24, 60:2, 60:5
**monsters** [1] - 27:1
**morgue** [1] - 15:5
**morning** [5] - 5:6, 5:7, 5:13, 5:14, 66:2
**most** [4] - 41:16, 51:17, 53:20, 56:17
**move** [8] - 14:2, 18:16, 29:3, 45:2, 50:20, 56:11, 58:5, 61:6
**MR** [127] - 5:9, 5:12, 6:6, 7:16, 7:18, 7:22, 7:25, 8:4, 8:6, 8:23, 8:24, 9:14, 9:19, 9:21, 9:24, 10:4, 10:11, 10:14, 13:16, 14:2, 14:11, 16:19, 18:22, 19:1, 19:16, 19:19, 22:9, 22:12, 28:12, 30:22, 30:24, 31:1, 31:3, 31:5, 31:18, 31:21, 32:12, 33:2, 33:5, 33:7, 33:15, 33:19, 33:24, 34:2, 34:5, 34:11, 35:6, 35:11, 35:16, 35:20, 35:22, 35:25, 36:2, 36:4, 36:6, 37:11, 37:24, 38:4, 38:13, 38:24, 39:9, 40:11, 40:13, 41:18, 41:24, 43:22, 44:7, 44:10, 44:16, 44:20, 44:22, 44:24, 45:8, 45:15, 46:2, 46:8, 46:11, 46:13, 46:17, 46:20, 47:12, 47:15, 48:8, 48:19, 49:17, 49:21, 50:4, 50:9, 50:12, 50:20, 50:24, 51:11, 51:12, 52:2, 52:6, 53:12, 54:6, 55:6, 55:10, 56:24, 57:1, 57:16, 58:2, 58:23, 59:5, 59:23, 60:1, 60:3, 60:12, 60:16, 60:18, 61:16, 61:23, 61:25, 64:2, 64:4, 64:6, 65:1, 65:3, 65:5, 65:23, 65:24, 66:7, 66:14, 66:19, 66:20
**multicause** [1] - 28:22
**multipage** [1] - 21:13
**multiple** [4] - 47:19, 48:5, 49:22, 57:14
**muscle** [2] - 19:9, 26:4
**muscles** [4] - 39:7,

45:25, 46:3, 58:14

**N**

**naked** [1] - 8:11
**names** [1] - 55:12
**nanogram** [1] - 22:24
**nanograms** [4] - 22:18, 23:13, 23:21, 24:14
**narrowing** [1] - 42:24
**National** [1] - 43:8
**nature** [1] - 12:14
**near** [1] - 58:12
**necessarily** [6] - 6:19, 47:4, 47:6, 53:24, 56:7, 59:13
**necessary** [1] - 41:8
**neck** [17] - 29:11, 29:12, 29:14, 39:2, 39:4, 39:6, 45:9, 45:11, 45:13, 45:14, 45:16, 45:23, 46:3, 47:3, 47:4, 56:6
**need** [1] - 40:19
**needed** [1] - 54:7
**Neuman** [2] - 52:11, 57:10
**never** [4] - 34:5, 35:17, 65:14, 65:15
**Newman** [1] - 41:7
**next** [6] - 13:4, 13:6, 13:7, 15:23, 44:22, 65:21
**NG/ML** [1] - 22:16
**night** [2] - 12:6, 48:13
**nonetheless** [1] - 48:14
**nonspecific** [1] - 53:21
**NORTH** [1] - 1:23
**notation** [1] - 14:7
**note** [1] - 59:21
**notes..** [1] - 60:2
**nothing** [4] - 8:20, 17:19, 56:20, 65:24
**notice** [1] - 21:16
**number** [1] - 21:9
**numbers** [2] - 22:22, 42:20

**O**

**O'HALLORAN** [2] - 3:6, 5:11
**O'Halloran** [15] - 5:7, 14:4, 14:6, 14:13, 18:18, 19:17, 19:20, 30:16, 31:7, 34:25, 36:7, 46:14, 48:10, 48:16, 50:5, 60:4, 60:19, 65:25
**O'Halloran's** [2] - 38:21, 45:5

**oath** [1] - 5:8
**object** [12] - 33:2, 37:24, 41:18, 43:22, 45:15, 53:20, 53:22, 55:15, 56:10, 56:11, 56:14, 58:23
**Objection** [1] - 49:17
**objection** [17] - 18:22, 22:8, 22:9, 44:5, 44:10, 44:15, 46:17, 47:12, 48:8, 48:14, 50:9, 52:2, 53:12, 55:6, 57:16, 59:23
**objections** [1] - 45:18
**observed** [1] - 30:10
**obvious** [1] - 65:20
**obviously** [6] - 8:11, 18:13, 34:21, 45:3, 51:18, 60:19
**occurred** [6] - 11:21, 11:24, 12:10, 12:12, 12:14, 39:4
**OF** [13] - 1:2, 1:16, 1:17, 2:4, 2:4, 2:10, 3:2, 67:11, 67:14, 67:17, 67:20
**offer** [2] - 11:1, 34:10
**office** [3] - 21:14, 21:22, 22:1
**officer** [11] - 45:11, 61:4, 61:5, 61:9, 61:11, 62:7, 63:7, 63:9, 63:19, 65:7
**Officer** [9] - 41:16, 41:22, 42:2, 42:13, 49:12, 49:13, 61:10, 61:14, 65:6
**Officer's** [1] - 62:17
**officers** [21] - 11:22, 12:6, 12:11, 25:8, 25:15, 39:17, 42:18, 43:20, 44:3, 47:19, 48:5, 49:22, 53:1, 57:14, 60:22, 61:5, 62:22, 62:23, 63:24, 64:18, 65:21
**OFFICES** [1] - 2:4
**official** [2] - 50:5, 50:15
**OFFICIAL** [3] - 1:22, 67:10, 67:23
**often** [5] - 5:19, 26:2, 30:1, 56:4, 59:2
**old** [4] - 12:21, 12:25, 14:6, 19:13
**ON** [2] - 2:4, 2:10
**once** [1] - 54:23
**one** [43] - 5:25, 7:23, 8:18, 11:19, 13:3, 14:6, 14:8, 14:14, 18:5, 18:10, 18:11, 18:20, 19:13, 22:23, 23:6, 23:16, 25:24, 27:25, 30:12, 30:13, 32:10, 33:9, 36:23, 39:2, 39:3, 43:12,

44:24, 45:6, 51:17, 53:1, 56:10, 58:18, 59:7, 59:14, 59:17, 60:2, 61:5, 63:12, 63:14
**ones** [5] - 37:13, 53:18, 53:21, 61:3
**open** [1] - 5:5
**operate** [1] - 36:23
**opinion** [13] - 11:1, 41:20, 42:21, 46:14, 54:8, 54:12, 56:19, 57:12, 59:22, 60:10, 62:23, 63:23
**opinions** [2] - 22:4, 60:6
**opportunity** [2] - 31:6, 34:17
**opposite** [2] - 16:1, 16:10
**order** [1] - 40:18
**ordinary** [1] - 21:25
**original** [2] - 33:15, 34:3
**otherwise** [1] - 51:20
**outcome** [1] - 54:14
**outside** [3] - 56:10, 65:16, 66:5
**over-exposed** [1] - 20:20
**overdose** [1] - 37:23
**overdosing** [1] - 13:14
**overruled** [12] - 13:18, 38:3, 45:19, 46:18, 47:13, 48:14, 49:19, 52:3, 53:14, 55:8, 57:18, 58:25
**own** [1] - 24:24
**Oxnard** [1] - 6:24
**OXNARD** [4] - 1:12, 2:10, 2:13, 67:7
**oxygen** [7] - 5:19, 6:11, 42:18, 42:23, 43:3, 55:21, 55:23

**P**

**page** [22] - 21:13, 22:13, 22:14, 23:9, 24:2, 24:4, 24:7, 24:8, 30:17, 35:12, 37:3, 37:6, 37:8, 37:9, 38:8, 38:22, 44:17, 44:19, 44:22, 61:14, 61:22, 61:23
**PAGE** [2] - 3:2, 67:16
**pages** [3] - 37:12, 37:13, 61:20
**pair** [1] - 17:22
**pale** [1] - 20:4
**paper** [2] - 43:12, 43:17
**papers** [1] - 58:22
**paragraph** [1] - 43:13
**parallel** [2] - 14:20,

18:4
**paramedics** [2] - 28:18, 60:23
**paranoid** [3] - 26:25, 27:6, 27:8
**pardon** [5] - 6:17, 10:4, 17:8, 27:11, 37:16
**parentheses** [1] - 50:11
**part** [3] - 45:16, 48:7, 48:20
**particular** [1] - 17:12
**parts** [3] - 15:3, 53:23, 54:1
**passage** [1] - 37:4
**patches** [1] - 14:25
**pay** [1] - 55:1
**penalty** [1] - 36:18
**people** [9] - 6:16, 6:18, 7:3, 7:5, 7:7, 8:16, 13:14, 27:2, 27:12, 27:22, 28:5, 30:6, 46:22, 50:19, 56:14, 56:21, 57:7, 58:10, 58:19
**per** [7] - 22:18, 23:13, 23:22, 23:23, 24:14, 32:7, 32:8
**perceive** [1] - 40:4
**percent** [1] - 56:2
**perhaps** [3] - 29:21, 29:22, 45:23
**perimeter** [1] - 20:6
**period** [3] - 47:20, 49:10, 49:23
**perjury** [1] - 36:18
**persisted** [1] - 54:21
**person** [20] - 6:9, 6:13, 6:14, 7:10, 15:3, 25:21, 26:1, 26:2, 26:25, 41:6, 42:23, 47:22, 55:22, 56:10, 56:12, 57:25, 59:2, 65:12, 65:15, 65:19
**person's** [2] - 55:16, 59:13
**personnel** [2] - 43:21, 55:1
**persons** [1] - 42:19
**pertain** [1] - 24:22
**pertains** [1] - 24:23
**petechial** [6] - 55:3, 56:4, 56:8, 56:18, 56:19
**phenomenon** [1] - 27:25
**photograph** [3] - 12:19, 18:18, 20:12
**photographs** [4] - 8:20, 8:25, 9:4, 9:6
**phrased** [1] - 37:25
**physical** [1] - 27:20
**physician** [2] - 44:11, 44:13
**pick** [3] - 15:5, 27:23,

28:7
**picking** [1] - 25:4
**picture** [1] - 51:4
**pinning** [1] - 55:16
**pinpoint** [2] - 11:19, 11:21
**placing** [2] - 42:13, 45:11
**PLAINTIFF'S** [2] - 3:5, 3:22
**Plaintiff's** [2] - 50:23, 51:10
**Plaintiffs** [1] - 1:8
**PLAINTIFFS** [1] - 2:4
**play** [1] - 42:4
**podium** [1] - 16:6
**point** [7] - 10:3, 10:5, 13:3, 14:15, 41:10, 47:2, 64:2
**Police** [1] - 6:24
**police** [7] - 11:22, 12:6, 12:11, 27:6, 39:17, 43:20, 56:23
**POLICE** [3] - 1:12, 2:10, 67:7
**policies** [1] - 44:4
**portion** [1] - 51:13
**portions** [1] - 18:12
**position** [6] - 40:19, 41:2, 43:17, 45:6, 65:12, 65:19
**possibility** [1] - 54:21
**possible** [4] - 25:10, 25:16, 25:20, 39:2
**postmortem** [3] - 15:1, 20:2, 58:12
**potentially** [3] - 23:25, 24:1, 47:10
**pounds** [5] - 11:13, 40:19, 40:22, 47:8, 47:10
**precisely** [1] - 39:24
**predecessor** [1] - 34:3
**prepared** [1] - 61:10
**preparing** [1] - 32:24
**presence** [2] - 56:19, 66:5
**present** [2] - 24:19, 24:20
**presentations** [1] - 56:22
**preserve** [1] - 8:12
**PRESIDING** [1] - 1:5
**pressing** [1] - 49:14
**pressure** [10] - 10:7, 12:2, 12:16, 15:2, 17:7, 17:9, 17:13, 42:5, 42:6, 49:15, 53:6, 53:20, 54:3, 58:1
**pretty** [3] - 15:22, 28:22, 55:24
**previous** [1] - 18:3
**PREVIOUSLY** [1] - 5:11

74

**printed** [1] - 34:15
**probable** [2] - 32:4, 40:21
**procedure** [3] - 34:8, 34:16, 35:2
**proceed** [1] - 5:8
**PROCEEDINGS** [2] - 1:16, 67:15
**process** [2] - 32:1, 49:15
**PROCTER** [85] - 2:10, 2:11, 3:8, 5:9, 5:12, 6:6, 7:16, 7:18, 7:22, 7:25, 8:23, 8:24, 9:14, 9:19, 9:21, 9:24, 10:4, 10:11, 10:14, 14:2, 14:11, 16:19, 18:22, 19:1, 19:16, 19:19, 22:12, 28:12, 30:22, 30:24, 31:3, 31:5, 31:18, 33:7, 33:24, 34:2, 34:11, 35:6, 35:11, 35:16, 35:20, 35:22, 35:25, 36:2, 36:4, 36:6, 37:11, 38:4, 38:13, 38:24, 39:9, 40:11, 40:13, 41:24, 44:7, 44:16, 44:20, 44:22, 45:8, 46:2, 46:8, 46:17, 47:12, 48:8, 49:17, 50:9, 52:2, 53:12, 55:6, 56:24, 57:16, 58:23, 59:23, 60:16, 60:18, 61:16, 61:23, 61:25, 65:3, 65:5, 65:23, 66:20
**Procter** [10] - 8:22, 14:1, 16:14, 30:23, 34:24, 35:3, 35:5, 44:19, 46:9, 65:2
**Procter..** [2] - 6:5, 60:14
**PROCTOR** [1] - 33:15
**prominence** [1] - 19:10
**prominent** [1] - 18:13
**prone** [2] - 40:19, 50:10
**protect** [1] - 46:1
**protected** [1] - 45:24
**public** [1] - 44:3
**published** [1] - 9:15
**pull** [1] - 11:25
**pulled** [1] - 51:15
**pulls** [1] - 15:2
**pulse** [8] - 59:17, 62:20, 63:9, 63:11, 63:15, 64:8, 64:16, 64:22
**PUMA** [3] - 48:3, 48:23, 61:10
**punched** [1] - 17:21
**punching** [1] - 13:20

**printed** [1] - 10:17, 12:22, 14:17, 14:19, 15:7, 19:7, 56:2
**purplish** [1] - 19:14
**PURSUANT** [1] - 67:12
**put** [8] - 9:21, 10:7, 14:7, 15:4, 42:5, 42:20, 47:4, 61:2
**putting** [2] - 15:16, 57:7

**Q**

**quantify** [3] - 11:9, 11:12, 40:14
**quantitated** [1] - 24:24
**quantitation** [1] - 41:3
**quantitatively** [1] - 24:18
**questions** [6] - 29:5, 34:9, 35:4, 52:7, 58:3, 63:24
**quick** [1] - 66:8
**quicker** [1] - 29:6
**quickly** [4] - 25:9, 25:15, 55:24, 56:12
**quite** [2] - 26:17, 57:10
**quote** [1] - 62:14

**R**

**race** [1] - 27:15
**racing** [2] - 27:9, 27:14
**RAMIREZ** [3] - 1:7, 2:4, 67:5
**Ramirez** [13] - 8:16, 9:5, 11:16, 13:3, 13:12, 24:16, 25:15, 25:23, 27:5, 37:23, 38:5, 42:10, 43:20
**Ramirez'** [19] - 6:25, 8:12, 9:7, 16:21, 19:21, 24:3, 24:11, 28:14, 29:16, 32:19, 39:12, 39:25, 41:16, 42:3, 42:4, 42:14, 42:15, 42:17, 49:14
**range** [3] - 30:9, 31:23, 32:8
**ranges** [1] - 32:6
**rapidly** [1] - 65:16
**rather** [1] - 19:14
**re** [1] - 60:14
**re-cross** [1] - 60:14
**reach** [1] - 48:16
**reached** [2] - 48:10, 48:11
**react** [1] - 57:8
**reacts** [1] - 23:1
**read** [7] - 31:10, 31:18, 36:16, 36:17,

37:3, 38:16, 38:21
**reading** [2] - 34:18, 43:1
**ready** [2] - 14:2, 26:13
**real** [2] - 57:13, 66:8
**reality** [1] - 26:3
**realizes** [1] - 34:18
**really** [4] - 39:1, 39:18, 56:2, 56:20
**reason** [3] - 8:15, 8:19, 28:4
**reasonable** [2] - 43:20, 45:4
**receive** [2] - 13:2, 33:8
**received** [6] - 9:11, 22:10, 33:3, 35:12, 50:22, 51:9
**RECEIVED** [2] - 3:22, 4:2
**recent** [1] - 11:18
**recognize** [2] - 8:25, 36:10
**recollection** [8] - 30:14, 31:11, 32:18, 35:24, 37:16, 37:17, 38:17, 43:11
**record** [1] - 19:17
**recording** [2] - 61:10, 65:7
**recordings** [1] - 60:20
**records** [1] - 13:20
**RECROSS** [3] - 3:5, 60:15, 65:4
**red** [5] - 6:25, 14:24, 19:14, 28:17
**reddish** [2] - 10:17, 15:7
**REDIRECT** [3] - 3:5, 46:12, 64:5
**reduce** [1] - 42:23
**REDUCTION** [1] - 67:19
**reference** [2] - 52:13, 64:12
**referenced** [3] - 50:2, 57:4, 66:15
**references** [2] - 64:13, 64:22
**refers** [1] - 23:9
**reformat** [1] - 18:6
**refresh** [4] - 31:11, 35:24, 38:17, 60:25
**regard** [1] - 54:12
**regarding** [1] - 35:8
**registered** [1] - 50:17
**REGULATIONS** [2] - 67:16, 67:20
**reiterating** [1] - 64:15
**relate** [2] - 23:24, 59:11
**related** [1] - 13:1
**relatively** [2] - 53:17, 57:23
**release** [2] - 26:24, 27:4

**relevant** [1] - 45:6
**rely** [1] - 22:4
**remember** [3] - 13:8, 51:3, 53:19
**remnants** [1] - 12:21
**remove** [1] - 56:12
**renew** [2] - 43:17
**replaced** [2] - 26:14, 26:18
**report** [7] - 21:5, 21:13, 21:22, 23:19, 24:3, 30:14, 43:14, 43:16, 48:3
**reported** [5] - 6:25, 27:9, 46:24, 63:9, 66:21
**REPORTED** [1] - 67:14
**REPORTER** [3] - 1:22, 67:10, 67:23
**reporter** [4] - 16:16, 33:10, 34:15, 66:21
**REPORTER'S** [1] - 1:16
**reporting** [2] - 48:23, 62:19
**reports** [5] - 21:23, 47:1, 51:24, 52:8, 59:20
**required** [1] - 41:1
**research** [1] - 41:13
**respect** [8] - 11:2, 31:11, 42:22, 49:5, 52:16, 56:22, 57:2, 59:16
**response** [1] - 49:11
**resting** [1] - 42:19
**restrain** [2] - 25:9, 43:20
**restrained** [6] - 44:14, 46:15, 56:13, 56:21, 59:8
**restraint** [18] - 12:9, 37:21, 38:1, 40:18, 41:2, 47:17, 47:23, 49:6, 49:16, 50:10, 50:11, 52:19, 52:24, 53:3, 56:9, 56:15, 56:17, 60:8
**results** [1] - 22:15
**retained** [1] - 56:22
**retrospect** [1] - 44:15
**return** [4] - 18:16, 19:17, 21:1, 66:11
**returned** [1] - 14:4
**review** [3] - 17:10, 40:4, 48:1
**reviewed** [5] - 21:20, 46:25, 48:7, 48:21, 49:8
**reviewing** [1] - 59:20
**rib** [1] - 65:13
**right-hand** [1] - 21:17
**rise** [2] - 25:3, 25:5
**rising** [1] - 26:1
**Rita** [1] - 66:15

**rocks** [1] - 27:24
**Roll** [1] - 62:4
**RONALD** [2] - 3:6, 5:11
**ROOM** [1] - 1:24
**Ross** [1] - 61:14
**Ross's** [5] - 61:9, 61:10, 62:17, 64:7, 65:6
**rounded** [1] - 22:22
**routinely** [1] - 24:18
**rule** [1] - 43:14
**ruler** [1] - 14:16
**ruling** [1] - 59:16
**run** [1] - 26:13

**S**

**safe** [1] - 42:13
**safety** [1] - 44:3
**saw** [4] - 13:20, 13:21, 29:7, 63:1
**scene** [2] - 6:22, 6:23
**scope** [5] - 55:7, 56:24, 58:24, 59:24, 64:3
**scream** [1] - 58:7
**screen** [7] - 10:7, 14:10, 20:8, 36:7, 36:8, 51:17
**second** [1] - 23:9
**seconds** [3] - 40:1, 62:7, 63:16
**secretes** [1] - 26:12
**SECTION** [1] - 67:12
**see** [44] - 6:9, 6:19, 7:3, 7:5, 7:7, 9:18, 10:2, 10:9, 10:13, 10:17, 10:21, 12:18, 13:19, 14:16, 14:19, 14:24, 16:7, 19:23, 19:25, 20:2, 20:16, 23:10, 24:24, 29:10, 31:4, 33:21, 35:20, 36:22, 42:7, 42:10, 51:16, 52:13, 55:4, 56:7, 56:18, 62:1, 65:10, 65:11, 65:14, 65:15, 65:17, 65:20
**seeing** [4] - 27:22, 32:18, 53:19, 57:8
**sees** [2] - 59:14, 61:6
**seizure** [7] - 30:2, 30:5, 30:7, 52:7, 52:14, 58:16, 59:3
**seizure-like** [2] - 58:16, 59:3
**sense** [4] - 21:23, 48:14, 48:15, 58:11
**sent** [4] - 24:19, 32:23, 34:17, 37:12
**September** [1] - 35:23
**sergeant** [2] - 6:24, 61:3
**Sergeant** [2] - 61:12,

62:1
**SESSION** [1] - 5:3
**settling** [2] - 15:1, 20:3
**seven** [2] - 24:7, 58:21
**several** [3] - 40:19, 40:22, 61:5
**severity** [1] - 11:2
**shape** [1] - 51:19
**Sheridan** [1] - 52:11
**sheriff's** [2] - 21:14, 21:22
**shirtless** [1] - 65:15
**shoe** [2] - 17:14, 53:25
**shoes** [1] - 53:24
**shot** [2] - 19:21, 36:7
**shoulder** [4] - 10:1, 10:19, 12:17, 42:3
**show** [10] - 9:6, 10:8, 14:12, 15:16, 20:7, 20:10, 32:2, 35:7, 35:23, 59:2
**showing** [3] - 16:11, 36:7, 47:7
**shown** [2] - 8:20, 15:11
**shows** [2] - 14:14, 24:2
**SHYER** [1] - 2:10
**side** [11] - 20:15, 39:3, 45:17, 45:25, 46:6, 46:7, 53:17, 55:17, 59:9, 61:6, 62:5
**Sidebar** [3] - 34:1, 35:10, 36:3
**sidebar** [3] - 7:21, 8:8, 34:12
**sign** [1] - 35:21
**signature** [2] - 35:12, 36:12
**signed** [2] - 35:20, 36:17
**significant** [5] - 11:5, 11:11, 18:19, 39:6, 39:22
**signify** [1] - 21:19
**similar** [2] - 26:21, 57:13
**simulate** [2] - 57:12, 57:20
**situation** [3] - 56:13, 57:13, 57:20
**situations** [4] - 27:23, 56:17, 57:24, 57:25
**six** [1] - 15:23
**six-inch** [1] - 15:23
**skin** [3] - 5:17, 5:20, 14:23
**slammed** [1] - 39:16
**slanted** [1] - 14:21
**slight** [1] - 28:20
**slowly** [1] - 15:2
**small** [4] - 24:13, 25:13, 51:18, 53:18
**soft** [1] - 11:6

**sole** [2] - 53:23, 53:25
**someone** [11] - 52:17, 52:18, 52:22, 52:23, 53:6, 57:14, 58:4, 59:6, 59:7, 59:14, 64:10
**sometime** [1] - 56:5
**sometimes** [6] - 23:22, 23:23, 27:7, 28:18, 58:12, 58:15
**somewhere** [1] - 19:11
**soon** [1] - 25:19
**sooner** [2] - 54:9, 54:13
**sorry** [11] - 5:21, 5:22, 12:8, 16:8, 18:2, 19:3, 21:9, 27:11, 31:9, 45:13, 61:19
**sort** [5] - 17:9, 17:13, 20:14, 26:3, 36:25
**sound** [1] - 22:25
**sounded** [1] - 27:7
**sounds** [1] - 65:8
**space** [1] - 65:18
**spasm** [1] - 61:8
**spasms** [1] - 58:14
**speaking** [5] - 40:5, 40:6, 44:11, 44:13, 45:18
**specific** [2] - 39:5, 54:5
**specifically** [2] - 17:6, 62:10
**speculation** [2] - 13:17, 46:17
**spell** [2] - 5:21, 5:22
**split** [1] - 11:8
**spots** [2] - 14:17, 14:20
**SPRING** [1] - 1:23
**stand** [1] - 5:8
**start** [3] - 26:2, 54:25, 66:3
**started** [1] - 57:9
**starting** [1] - 61:21
**starts** [2] - 12:22, 61:21
**state** [2] - 50:17
**statement** [2] - 32:9, 49:12
**statements** [3] - 47:25, 48:7, 48:20
**STATES** [8] - 1:1, 1:23, 67:11, 67:13, 67:17, 67:20
**STENOGRAPHICAL**
**LY** [1] - 67:14
**step** [1] - 16:6
**steroids** [2] - 25:25, 26:16
**stick** [2] - 29:5, 54:1
**still** [9] - 19:14, 54:22, 55:20, 58:5, 58:12, 60:10, 60:22, 62:20,

64:22
**stimulant** [2] - 26:10, 26:19
**stomach** [15] - 24:3, 24:11, 24:13, 24:16, 24:18, 24:19, 24:21, 24:22, 24:25, 25:1, 25:3, 25:7, 25:13, 51:1, 51:15
**stop** [1] - 54:20
**stopped** [3] - 5:25, 12:4, 59:10
**stops** [3] - 54:24, 58:11
**stories** [2] - 27:22, 28:3
**straddling** [1] - 41:16
**straight** [3] - 14:16, 18:4, 53:23
**strangled** [1] - 29:8
**STREET** [1] - 1:23
**strength** [2] - 27:18, 27:20
**stress** [1] - 57:21
**stricken** [1] - 67:12
**strike** [2] - 54:4, 63:24
**striking** [2] - 13:13, 54:4
**struck** [3] - 17:17, 17:21, 17:23
**struggle** [2] - 12:13, 42:18
**studies** [3] - 41:5, 41:8, 56:17
**subject** [1] - 19:3
**subject's** [1] - 19:8
**subpart** [1] - 43:12
**sudden** [1] - 6:20
**suffer** [1] - 43:5
**suggest** [3] - 8:1, 8:2, 53:21
**suicides** [1] - 58:20
**SUITE** [2] - 2:7, 2:13
**sunsetted** [1] - 43:16
**super** [2] - 27:18, 27:20
**superficial** [1] - 57:23
**Superman** [1] - 28:8
**support** [1] - 17:22
**surface** [2] - 20:5, 45:24
**surficially** [1] - 10:22
**surprise** [1] - 12:15
**sustained** [8] - 18:24, 33:4, 33:6, 43:24, 44:5, 54:3, 56:25, 59:25
**swallowed** [3] - 51:22, 51:24, 52:5
**switching** [1] - 59:3
**SWORN** [1] - 5:11
**symbols** [1] - 51:5
**system** [4] - 13:15, 27:13, 28:6, 46:16

**T**

**tape** [2] - 62:9, 62:17
**tapes** [4] - 17:10, 40:4, 40:7, 40:9
**Tased** [1] - 42:11
**Taser** [3] - 42:2, 42:7, 42:14
**tattoo** [3] - 20:3, 20:22, 20:23
**tattoos** [3] - 8:13, 8:17, 8:21
**ten** [2] - 23:16, 58:22
**term** [1] - 43:9
**terms** [6] - 11:13, 23:1, 47:2, 47:7, 50:25, 55:3
**terribly** [1] - 54:5
**test** [1] - 38:2
**testimony** [7] - 13:12, 32:24, 33:1, 34:15, 34:22, 36:19, 37:18
**tests** [2] - 22:15, 41:10
**THAT** [2] - 67:12, 67:15
**THE** [128] - 2:4, 2:10, 5:4, 5:6, 5:22, 5:24, 6:1, 6:2, 6:3, 7:14, 7:15, 7:20, 7:24, 8:1, 8:5, 8:7, 8:9, 9:12, 9:16, 9:17, 9:20, 9:23, 10:5, 10:6, 10:9, 10:13, 13:18, 13:19, 13:22, 14:9, 16:14, 18:24, 22:8, 22:10, 30:19, 30:21, 30:23, 30:25, 31:4, 31:20, 32:11, 33:4, 33:6, 33:17, 33:21, 33:22, 33:25, 34:7, 34:13, 35:9, 35:14, 35:18, 35:21, 35:23, 36:1, 36:5, 37:8, 37:9, 38:2, 38:10, 38:12, 38:23, 39:8, 40:3, 40:6, 40:8, 40:12, 41:19, 43:24, 44:2, 44:5, 44:11, 44:13, 44:18, 44:21, 45:1, 45:18, 45:20, 46:9, 46:18, 46:19, 47:13, 47:14, 48:9, 49:19, 49:20, 50:3, 50:10, 50:22, 51:9, 52:3, 52:4, 53:14, 53:16, 55:8, 55:9, 56:25, 57:18, 57:19, 58:25, 59:1, 59:25, 60:14, 61:13, 61:17, 61:19, 61:20, 61:24, 64:1, 64:3, 65:2, 65:25, 66:6, 66:9, 66:12, 66:17, 67:10, 67:11, 67:13, 67:14, 67:15, 67:16, 67:17,

67:19, 67:20
**themselves** [2] - 58:20, 59:3
**therefore** [2] - 56:16, 57:25
**they've** [4] - 27:18, 55:14, 58:21, 58:22
**thinking** [2] - 32:24, 63:18
**thinks** [1] - 61:6
**thirds** [1] - 33:11
**THIS** [1] - 67:18
**thousands** [1] - 32:7
**three** [8] - 18:10, 24:7, 24:8, 47:20, 49:23, 53:16, 62:13, 64:13
**three..** [1] - 44:23
**threw** [1] - 47:8
**thumping** [1] - 61:7
**thyroid** [1] - 45:22
**timeline** [5] - 60:25, 61:9, 61:15, 64:21, 65:6
**tissue** [1] - 11:6
**TITLE** [1] - 67:13
**TO** [1] - 67:12
**to..** [1] - 14:10
**today** [1] - 47:8
**together** [1] - 15:19
**tonic** [1] - 58:15
**took** [5] - 34:3, 59:7, 59:9, 62:15, 63:6
**top** [2] - 15:21, 19:7
**torn** [1] - 51:13
**torso** [2] - 9:7
**touch** [2] - 14:22, 26:3
**toward** [1] - 14:21
**towards** [1] - 14:21
**toxicology** [10] - 21:4, 21:13, 21:14, 21:21, 21:23, 23:19, 24:20, 30:14, 32:3, 32:4
**training** [2] - 44:4, 47:21
**TRANSCRIPT** [4] - 1:16, 67:14, 67:16, 67:18
**transcript** [3] - 33:16, 61:21, 65:7
**transcription** [1] - 64:7
**traumatic** [1] - 55:13
**treatment** [4] - 25:9, 25:15, 25:19, 54:22
**tree** [5] - 13:4, 13:5, 13:6, 13:7, 13:9
**TRIAL** [2] - 1:16, 3:3
**tried** [1] - 61:2
**TRUE** [1] - 67:13
**true** [4] - 25:17, 32:23, 43:8, 54:15
**try** [4] - 19:3, 23:12, 24:4, 29:3
**trying** [4] - 15:12, 25:8, 43:21, 58:19

turned [1] - 59:9
twitches [1] - 58:14
twitching [1] - 58:9
two [14] - 14:14,
  14:16, 14:19, 18:3,
  18:11, 18:17, 33:11,
  43:13, 47:20, 53:17,
  53:21, 58:22, 59:4,
  59:7
two-thirds [1] - 33:11
type [3] - 38:3, 49:15,
  56:9
types [1] - 55:4
typical [2] - 21:21,
  21:24
typically [1] - 25:23

**U**

ultimately [1] - 48:12
unaware [1] - 8:15
unconscious [2] -
  54:16, 54:19
under [5] - 5:8, 5:20,
  20:1, 36:18, 47:10
under-exposed [1] -
  20:1
underneath [2] -
  10:25, 14:23
understood [1] - 35:1
UNITED [6] - 1:1, 1:23,
  67:11, 67:13, 67:17,
  67:20
units [2] - 23:17,
  30:13
unless [4] - 10:24,
  30:12, 43:24, 65:11
unlikely [2] - 11:23
up [16] - 10:8, 15:5,
  16:23, 18:5, 19:11,
  25:1, 25:4, 27:24,
  28:7, 30:14, 32:7,
  32:8, 34:15, 45:3,
  47:2, 60:5
upper [6] - 18:10,
  18:21, 19:8, 19:21,
  42:14, 47:19

**V**

vague [5] - 28:22,
  37:25, 41:18, 47:12,
  53:12
VALENZUELA [1] -
  2:6
valid [1] - 43:9
varies [2] - 56:15,
  56:16
vascular [1] - 28:21
Ventura [2] - 21:15,
  21:22
verification [1] - 36:13
vertically [1] - 15:20
vessels [4] - 5:20,

12:1, 14:23, 28:19
victim's [1] - 18:20
videos [2] - 58:19,
  59:1
view [2] - 22:14, 23:12
Vilke [1] - 57:10
visible [1] - 7:23
volume [5] - 25:7,
  25:11, 25:12, 25:13,
  34:16
VOLUME [2] - 1:17,
  3:2
Volume [1] - 66:21
vs [2] - 1:10, 67:6

**W**

walk [1] - 66:8
wall [1] - 13:20
walls [1] - 25:3
ways [1] - 23:21
WEDNESDAY [1] - 5:1
weight [9] - 39:24,
  40:14, 41:8, 47:8,
  56:12, 56:14, 56:15,
  57:7, 57:21
WESTERN [1] - 1:3
white [1] - 51:19
Wilfert [3] - 41:16,
  41:22, 49:13
Wilfert's [1] - 49:12
WITH [2] - 67:16,
  67:19
withdraw [1] - 50:9
witness [6] - 7:15,
  18:17, 34:14, 34:17,
  38:3, 38:11
WITNESS [33] - 5:24,
  6:2, 9:17, 9:20, 9:23,
  10:5, 10:9, 10:13,
  13:19, 14:9, 30:21,
  32:11, 33:22, 37:9,
  38:12, 39:8, 40:6,
  40:12, 44:2, 44:13,
  45:20, 46:19, 47:14,
  49:20, 50:10, 52:4,
  53:16, 55:9, 57:19,
  59:1, 61:19, 61:24,
  66:12
witnessed [1] - 30:1
WITNESSES [1] - 3:5
witnesses [1] - 10:11
WOODLAND [1] - 2:7
words [1] - 26:16
worse [1] - 26:2
worst [1] - 43:5
wrist [2] - 16:3, 16:20
wrists [3] - 15:19,
  15:20, 16:9
write [1] - 21:2
writing [2] - 5:25,
  34:23
written [1] - 58:22
wrote [1] - 62:13

**Y**

years [4] - 29:21,
  32:13, 43:18, 49:3
yellow [2] - 12:23,
  19:15
yesterday [7] - 7:9,
  9:8, 38:19, 38:20,
  40:17, 50:2, 66:16
you.. [1] - 30:22

**Z**

Ziploc [1] - 51:3
zoom [1] - 22:13