LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al., | Case No.: CV 13-01615-MWF-AN |
| Plaintiffs, | *Before the Hon. Michael W. Fitzgerald* |
| v. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| OXNARD POLICE DEPARTMENT, et al., | |
| Defendants. | [Proposed] Order *filed concurrently herewith* |

    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

    WHEREAS, on July 1, 2015, the jury returned with its verdict, finding in favor of the Plaintiffs on the claims for excessive force under the 4th Amendment, interference with familial relationships under the 14th Amendment, battery and negligence and a finding that the involved officers' use of force was a substantial factor in causing Decedent's death.

    WHEREAS, the jury awarded damages as follows: $75,000.00 to Decedent, Robert Ramirez; $625,000.00 to Plaintiff, Teresa Ramirez; $625,000.00 to Plaintiff,

1  Guillermo Ramirez; and $1,600,000.00 to Plaintiff, R.R., a minor. The Court also
2  awarded costs and statutory attorney's fees in the sum of $1,133,968.90.
3      WHEREAS, subsequently, Defendants filed a Motion for New Trial and a
4  Motion for Judgment as a Matter of Law, which were both ultimately denied by the
5  Court.
6      WHEREAS, on October 19, 2015, Defendants filed a timely notice of appeal.
7      WHEREAS, the parties recently agreed to a settlement in which Defendants
8  would dismiss their appeal in exchange for Plaintiffs reducing the Court-awarded costs
9  and statutory attorney's fees by $100,000 from $1,133,968.90 to $1,033,968.90 and for
10 vacating the judgment against the Defendants. The agreement obligates Defendants to
11 pay to the Plaintiffs and their counsel the total sum of $3,958,968.00.
12     WHEREAS, on January 6, Defendants filed a motion to voluntarily dismiss their
13 appeal, which was granted by the court of appeals the same day.
14     Therefore, it is respectfully requested and stipulated between the parties, that this
15 Court vacate the judgment entered against the Defendants [Doc. # 188] and that this
16 Court enter a Dismissal of the entire action, case number CV 13-01615-MWF-AN with
17 prejudice, pursuant to Federal Rules of Civil Procedure 41 (a)(2).
18     It is further respectfully requested and stipulated between the parties that this
19 stipulation not be granted and this case not be dismissed, until the minor R.R.'s petition
20 for minor's compromise has been approved by the Court.

22     IT IS SO STIPULATED.

24 DATED: January 25, 2016     LAW OFFICES OF DALE K. GALIPO

26     By _____
27     Eric Valenzuela
    Attorneys for Plaintiffs

1 | DATED: January 25, 2016        WISOTSKY PROCTER & SHYER

By: /s/ James Procter
James Procter
Attorneys for Defendants

-2-