# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RAMIREZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No.: CV 13-01615-MWF-AN<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** that the jury verdict against the Defendants and the Judgment After Trial [Doc. # 188] is hereby vacated and the Complaint of R.R. by and through her guardian ad litem, ANTONIO ANGUIANO CERVANTES, GUILLERMO RAMIREZ and TERESA RAMIREZ ("Plaintiffs") in USDC case no. CV 13-01615-MWF-AN is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
 Honorable Michael W. Fitzgerald
 United States District Judge